# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY, et al., )   Case No. 2:15-cv-01786-APG-CWH
       Plaintiff, )
  v. )
RUSSELL J. SHAH, et al., )   **ORDER**
       Defendants. )

Presently before the court is Defendants' motion (ECF No. 65) to seal, filed on September 16, 2016. Plaintiffs have not filed a response.

For most judicial records, a motion to seal is considered under a "compelling reasons" standard. *See Kamakana v. City & County of Honolulu,* 447 F.3d 1172, 1178 (9th Cir.2006) (holding that "[a] party seeking to seal a judicial record ... bears the burden of ... meeting the 'compelling reasons' standard"). This standard derives from the common law right "to inspect and copy public records and documents, including judicial records and documents." *Kamakana,* 447 F.3d at 1178 (citation and internal quotation marks omitted). To limit this common law right of access, a party seeking to seal judicial records must show that "compelling reasons supported by specific factual findings ... outweigh the general history of access and the public policies favoring disclosure." *Id.* at 1178–79 (internal quotation marks and citations omitted). *Pintos v. Pac. Creditors Ass'n*, 605 F.3d 665, 677–78 (9th Cir. 2010). Here, Defendants represents that Exhibits 1-R and 1-S supporting ECF No. 62 for this case contain sensitive medical information of non-parties. Upon review, the court agrees that there are compelling reasons to seal these documents that override the general presumption for public disclosure.

//

//

1    IT IS THEREFORE ORDERED that the Clerk of Court shall SEAL Exhibits 1-R and 1-S of ECF No. 66 for this case.

DATED: September 19, 2016.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge