DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimants*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 43-65 AND 70-86 SUPPORTING THEIR MOTION FOR SANCTIONS AGAINST PLAINTIFFS (FED. R. CIV. P. 11 AND THE COURT'S INHERENT POWER)** |

Page **1** of **4**

1  Defendants Russell J. Shah, M.D. ("Russell"), Dipti R. Shah, M.D. ("Dipti"), Radar Medical
2  Group, LLP ("Radar Medical Group"), Russell J. Shah, MD, Ltd. ("Russell PC"), and Dipti R.
3  Shah, MD, Ltd. ("Dipti PC") (collectively, the "Radar Parties") move this Court for leave to file
4  under seal Exhibits 43-65 and 70-86 supporting their Motion for Sanctions Against Plaintiffs (Fed
5  R. Civ. P. 11 and the Court's Inherent Power) [ECF No. 73] (the "Motion for Sanctions"). These
6  exhibits contain or reference "protected health information" concerning non-parties to this matter,
7  and therefore, compelling reasons exist to seal them.
8  This Motion is made and based on the papers and pleadings on file, the following
9  Memorandum of Points and Authorities, and any argument heard by the Court.
10  DATED this 1st day of February, 2017.

BAILEY❖KENNEDY

By: */s/ Dennis L. Kennedy*
  DENNIS L. KENNEDY
  JOSEPH A. LIEBMAN
  JOSHUA P. GILMORE

*Attorneys for Defendants & Counterclaimants*

## MEMORANDUM OF POINTS AND AUTHORITIES

18  A party seeking to seal documents attached to a dispositive motion must identify
19  "compelling reasons supported by specific factual findings" in order to overcome the presumptive
20  right of public access to those documents. *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172,
21  1178-79 (9th Cir. 2006). The Court will balance the competing interests of the public and the
22  parties (or non-parties) in deciding whether to seal judicial documents. *See id.* at 1179.
23  On February 1, 2017, the Radar Parties filed their Motion for Sanctions. The Radar Parties
24  attached twenty exhibits to their Motion for Sanctions that qualify (or likely qualify) for sealing:
25  Exhibits 43-65 and 70-86. Exhibits 43-65 consist of written reports prepared by various health care
26  providers describing medical treatment rendered to several patients purportedly at issue in this
27  matter. Exhibits 70-86 consist of claims notes that discuss or reference several patients purportedly
28  at issue in this matter who received medical treatment from one or more members of Radar Medical

1  Group.[1] The Insurance Companies have marked each these medical reports and each of their claim
2  notes as "CONFIDENTIAL" pursuant to the Stipulated Confidentiality Agreement and Protective
3  Order [ECF No. 39] (the "Protective Order").

4  Because the patients referenced in Exhibits 43-65 and 70-86 are non-parties to this matter,
5  sealing these exhibits is warranted in order to protect the patients' privacy interests under the Health
6  Insurance Portability and Accountability Act of 1996.[2] *See, e.g.*, *Brodsky v. Baca*, No. 3:14-cv-
7  00641-RCJ-WGC, 2015 WL 6962867, at *1 (D. Nev. Nov. 10, 2015) (recognizing that protecting
8  medical privacy qualifies as a "compelling reason" to seal judicial records).

9  For these reasons, the Court should grant this Motion to Seal.

10 DATED this 1st day of February, 2017.

11                                              BAILEY❖KENNEDY

12                                              By: */s/ Dennis L. Kennedy*
                                                    DENNIS L. KENNEDY
13                                                  JOSEPH A. LIEBMAN
                                                    JOSHUA P. GILMORE
14

15 IT IS SO ORDERED.

17 DATED: February 23, 2017

20 _____
   C.W. HOFFMAN, JR.
21 UNITED STATES MAGISTRATE JUDGE

---

[1] Excerpts were submitted in order to minimize the amount of private medical information filed with the Court.

[2] On September 20, 2016, the Court entered an Order [ECF No. 67] sealing excerpts of claims notes for two other patients purportedly at issue in this matter because they contained "sensitive medical information of non-parties."

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

# CERTIFICATE OF SERVICE

I certify that I am an employee of BAILEY❖KENNEDY and that on the 1st day of February, 2017, service of the foregoing DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 43-65 AND 70-86 SUPPORTING THEIR MOTION FOR SANCTIONS AGAINST PLAINTIFFS (FED. R. CIV. P. 11 AND THE COURT'S INHERENT POWER) was made by mandatory electronic service through the United States District Court's electronic filing system and/or by emailing a true and correct copy to the following:

| | |
|---|---|
| JARED P. GREEN, ESQ.<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV  89113 | Email:<br>jared.green@mccormickbarstow.com<br>Kristin.thomas@mccormickbarstow.com<br>Debbie.sizemore@mccormickbarstow.com<br>Jennifer.deboer@mccormickbarstow.com<br>Michael.merritt@mccormickbarstow.com<br><br>*Attorneys for Plaintiffs/<br>Counterdefendants* |
| ERON Z. CANNON, ESQ.<br>**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC**<br>701 Fifth Avenue, Ste. 4750<br>Seattle, WA  98104 | Email:<br>Eron@favros.com<br>donna@favros.com<br><br>*Attorneys for Plaintiffs/<br>Counterdefendants* |

*/s/ Susan Russo*
Employee of BAILEY❖KENNEDY