1 | McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
2 | Jared P. Green
Nevada Bar No. 10059
3 |   *jared.green@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
4 | Las Vegas, Nevada 89113
Telephone:    (702) 949-1100
5 | Facsimile:    (702) 949-1101

6 | Fain Anderson VanDerhoef
Rosendahl O'Halloran Spillane PLLC
7 | Eron Z. Cannon
Nevada Bar No. 8013
8 |   *eron@favros.com*
701 5th Avenue #4750
9 | Seattle, Washington  98104
Telephone:    (206) 749-0094

10 |
Attorneys for Plaintiffs

11 |

12 |

13 |                **UNITED STATES DISTRICT COURT**

14 |                      **DISTRICT OF NEVADA**

15 |

16 | ALLSTATE INSURANCE COMPANY,          CASE NO.        2:15-cv-01786-APG-CWH
ALLSTATE PROPERTY & CASUALTY
17 | INSURANCE COMPANY, ALLSTATE          **MOTION FOR LEAVE TO FILE UNDER**
INDEMNITY COMPANY, and ALLSTATE       **SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21**
18 | FIRE & CASUALTY INSURANCE            **FOUND IN PLAINTIFFS' APPENDIX**
COMPANY,                              **SUPPORTING PLAINTIFFS' RESPONSE**
19 |                                      **TO MOTION FOR SANCTIONS**
                     Plaintiffs,
20 |
           v.
21 |
RUSSELL J. SHAH, MD, DIPTI R. SHAH,
22 | MD, RUSSELL J. SHAH, MD, LTD., DIPTI
R. SHAH, MD, LTD., and RADAR
23 | MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE, DOES 1-100, and ROES
24 | 101-200,

25 |                     Defendants.

26 |

27 | AND RELATED CLAIMS

28 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21 FOUND IN PLAINTIFFS'
APPENDIX SUPPORTING PLAINTIFFS' RESPONSE TO MOTION FOR SANCTIONS

1       Plaintiffs ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY

2   INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE &

3   CASUALTY INSURANCE COMPANY (collectively "Allstate") move this Court for leave to file

4   under seal Exhibits 1-12, 14, 16, 17, 18, 20-21 as found in Plaintiffs' Appendix supporting their

5   Response to Motion for Sanctions Against Plaintiffs.  These exhibits contain or reference "protected

6   health information" concerning non-parties to this matter, and therefore, compelling reasons exist to

7   seal them.

8       This Motion is made and based on the papers and pleadings on files, the following

9   Memorandum of Points and Authorities, and any argument heard by the Court.

10       DATED this 15th day of March, 2017

11                   McCORMICK, BARSTOW, SHEPPARD,
                 WAYTE & CARRUTH LLP

12

13

14   By        //s// Jared P. Green

15           Jared P. Green
        Nevada Bar No. 10059

16           8337 West Sunset Road, Suite 350
        Las Vegas, Nevada 89113

17           Telephone:   (702) 949-1100

18           FAIN ANDERSON VANDERHOEF
        ROSENDAHL O'HALLORAN SPILLANE PLLC

19           Eron Z. Cannon
        Nevada Bar No. 8013

20           701 5th Avenue #4750
        Seattle, Washington  98104

21           Telephone:   (206) 749-0094

22           Attorneys for Plaintiffs

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2                                    2:15-cv-01786-APG-CWH

MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21 FOUND IN PLAINTIFFS'
APPENDIX SUPPORTING PLAINTIFFS' RESPONSE TO MOTION FOR SANCTIONS

## MEMORANDUM OF POINTS AND AUTHORITIES

A party seeking to seal documents attached to a dispositive motion must identify "compelling reasons supported by specific factual findings" in order to overcome the presumptive right of public access to those documents. *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006). The Court will balance the competing interests of the public and the parties (or non-parties) in deciding whether to seal judicial documents. *Id.* at 1179.

On March 15, 2017, Plaintiffs herein filed their Response to Defendants' Motion for Sanctions. The Plaintiffs attached 18 documents to their Appendix in support of their Response to the Motion for Sanctions that qualify (or likely qualify) for sealing: Exhibits 1-12, 14, 16, 17, 18, 20-21. Exhibits 1-12 consist of recorded statements of patients of Defendants, which describe medical treatment and a deposition transcript of a Chiropractic Doctor, which also describes medical treatment of patients undertaken by Defendants. Exhibits 14 and 16 consist of deposition transcripts of two patients which describe medical treatment rendered to them by the Defendants. Exhibits 17, 18, 20-21, are declarations of expert medical witnesses on behalf of Allstate, and these written declarations describe medical treatment rendered to several patients of the Defendants. Exhibits 1-5 and 7-12 have all been labeled confidential by Allstate.

Because the patients referenced in Exhibits 1-12, 14, 16, 17, 18, 20-21 are non-parties to this matter, sealing these exhibits is warranted in order to protect the patients' privacy interests under the Health Insurance Portability and Accountability Act of 1996. *See, e.g., Brodsky v. Baca*, No. 3:14-cv-00641-RJC-WGC, 2015 WL 6962867, 1 (D. Nev. 2015) (recognizing that protecting medical privacy qualifies as a "compelling reason" to seal judicial records.)

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3

2:15-cv-01786-APG-CWH

MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21 FOUND IN PLAINTIFFS' APPENDIX SUPPORTING PLAINTIFFS' RESPONSE TO MOTION FOR SANCTIONS

1    For these reasons, Allstate respectfully requests that this Court grant this Motion to Seal.

2    DATED this 15th day of March, 2017

3                                                 McCORMICK, BARSTOW, SHEPPARD,
                                                  WAYTE & CARRUTH LLP
4

5

6                                        By      //s// Jared P. Green
                                                 Jared P. Green
7                                                Nevada Bar No. 10059
                                                 8337 West Sunset Road, Suite 350
8                                                Las Vegas, Nevada 89113
                                                 Telephone:     (702) 949-1100
9

10                                               FAIN ANDERSON VANDERHOEF
     IT IS SO ORDERED.                           ROSENDAHL O'HALLORAN SPILLANE PLLC
11                                               Eron Z. Cannon
                                                 Nevada Bar No. 8013
12   DATED: April 4, 2017                        701 5th Avenue #4750
                                                 Seattle, Washington  98104
13                                               Telephone:     (206) 749-0094

14   _____                 Attorneys for Plaintiffs
     C.W. HOFFMAN, JR.
15   UNITED STATES MAGISTRATE JUDGE

16                            **CERTIFICATE OF SERVICE**

17       I hereby certify that on this 15 day of March, 2017, a true and correct copy of **MOTION**

18   **FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21 FOUND IN**

19   **PLAINTIFFS' APPENDIX SUPPORTING PLAINTIFFS' RESPONSE TO MOTION FOR**

20   **SANCTIONS** was served via the United States District Court CM/ECF system on all parties or

21   persons requiring notice.

22

23                                       By      //s// Kristin Thomas
                                                 Kristin Thomas, an Employee of
24                                               MCCORMICK,    BARSTOW,    SHEPPARD,
                                                 WAYTE & CARRUTH LLP
25

26   03246-01559 4363488.1

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

                                                  4                              2:15-cv-01786-APG-CWH
MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 1-12, 14, 16, 17, 18, 20-21 FOUND IN PLAINTIFFS'
       APPENDIX SUPPORTING PLAINTIFFS' RESPONSE TO MOTION FOR SANCTIONS