# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALLSTATE INSURANCE CO., et al.,

        Plaintiffs,

vs.

DR. RUSSELL J. SHAH, M.D., et al.,

        Defendants.

Case No. 2:15-cv-01786-APG-CWH

**ORDER**

    Presently before the court is Defendants' Motion to Compel Plaintiffs' Compliance with Federal Rule of Civil Procedure 26(a)(1)(A)(iii) (ECF No. 89). Also before the court is Defendants' Motion to Compel Plaintiffs' Responses to First Set of Requests for Production of Documents and First Set of Interrogatories (ECF No. 95). These motions are fully briefed as of today's date and are currently set for hearing on May 1, 2017. (Min. Order (ECF No. 130).) In total, the parties have submitted over 300 pages in briefs and over 1300 pages of exhibits.

    The court has reviewed and considered the briefing on these motions in detail and has given substantial consideration to the most efficient manner of handling the hearing on these motions. Given the volume of the parties' submissions and the complexity of the issues at stake, the court has determined it is in the interest of justice to continue the hearing by approximately two weeks to allow adequate time to prepare for the hearing. At the hearing, the parties should be prepared to address each of the objections in numerical order.

    IT IS THEREFORE ORDERED that the motions hearing currently set for May 1, 2017, at 2:30 p.m. is CONTINUED to May 18, 2017, at 1:30 p.m. in Courtroom 3C, Lloyd D. George

1 | United States Courthouse, 333 Las Vegas Boulevard South, Las Vegas, Nevada.
2 |
3 |     DATED: April 27, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**