DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES**<br><br>**(First Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On May 12, 2017, the Radar Parties filed their Motion to Compel Addressing the Relevancy of Their Third Set of Requests for Production of Documents [ECF No. 146] ("Motion to Compel").

2. Following an extension of time to respond [ECF No. 154], on June 2, 2017, the Allstate Parties filed their Response to the Motion to Compel [ECF No. 155].

3. The Radar Parties presently have until June 9, 2017 to file their Reply in Support of their Motion to Compel.

4. On May 26, 2017, the Allstate Parties filed their Motion to Dismiss Amended Counterclaims Pursuant to Fed. R. Civ. P. 12(b)(6) [ECF No. 153] ("Motion to Dismiss").

5. The Radar Parties presently have until June 9, 2017 to file their Response to the Motion to Dismiss.

6. Due to unforeseen circumstances and scheduling conflicts for the Radar Parties' counsel, the Radar Parties shall now have up to and including June 16, 2017 to file their Response to the Motion to Dismiss and up to and including June 23, 2017 to file their Reply in Support of their Motion to Compel.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

7. This is the first stipulation for an extension of time to file the Response to the Motion to Dismiss and Reply in Support of the Motion to Compel. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of June, 2017.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE
PLLC

By: */s/ Eron Z. Cannon*
ERON Z. CANNON
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

JARED P. GREEN
TODD W. BAXTER
McCORMICK, BARSTOW,
SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 8th day of June, 2017.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2017