1 DYLAN P. TODD
Nevada Bar No. 10456
2 TODD W. BAXTER
Admitted Pro Hac Vice
3 McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
4 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
5 Telephone: (702) 949-1100
Facsimile: (702) 949-1101
6 *dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
7

8 ERON Z. CANNON
Nevada Bar No. 8013
9 FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
10 701 5th Avenue #4750
Seattle, Washington 98104
11 Telephone: (206) 749-0094
Facsimile: (206) 749-0194
12 *eron@favros.com*

13 Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.    2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SETS OF INTERROGATORIES** |

2:15-cv-01786-APG-CWH

STIPULATION RE DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO FIRST SET OF
REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SETS OF INTERROGATORIES

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants/Counterclaimants RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On October 17, 2017, the parties filed a Joint Status Report [ECF No. 187] indicating that the Allstate Parties would produce supplemental discovery responses by or before November 10, 2017.

2. Due to ongoing meet and confer efforts, and the Allstate Parties' efforts to prepare all of the agreed upon supplemental responses arising out of the meet and confers, the Allstate Parties shall have an additional 10 days to serve supplemental discovery responses, making their responses due on or before November 20, 2017.

3. Within 21 days of the Radar Parties' receipt of the Allstate Parties' supplemental discovery responses, the parties – without waiving any rights – will prepare and submit a Joint Status Report indicating whether any dispute remains and, if so, setting forth the parties' respective positions (subject to further briefing as may be requested by the Court). The parties will thereafter appear for a status hearing as may be requested by the Court.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2  2:15-cv-01786-APG-CWH
STIPULATION RE DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SETS OF INTERROGATORIES

4. Consistent with the prior Stipulation, the parties request that the Court reserve any ruling on sanctions.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: November 9, 2017 | Dated: November 9, 2017 |
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY KENNEDY |
| By: */s/ Todd W. Baxter* | By: */s/ Joshua P. Gilmore* |
| TODD W. BAXTER, ESQ.<br>Admitted Pro Hac Vice<br>8337 West Sunset Road, Suite 350<br>Las Vegas, Nevada 89113<br><br>ERON Z. CANNON, ESQ.<br>Nevada Bar No. 8013<br>FAIN ANDERSON VANDERHOEF<br>ROSENDAHL O'HALLORAN<br>SPILLANE, PLLC<br>701 Fifth Avenue, Suite 4750<br>Seattle, Washington 98104<br>*Attorneys for Plaintiffs/Counterdefendants* | DENNIS L, KENNEDY, ESQ.<br>Nevada Bar No. 1462<br>JOSEPH A. LIEBMAN, ESQ.<br>Nevada Bar No. 10125<br>JOSHUA P. GILMORE, ESQ.<br>Nevada Bar No. 11576<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>*Attorneys for Defendants/Counterclaimants* |

IT IS SO ORDERED.

DATED: 11/14/17

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2017, a true and correct copy of **STIPULATION AND ORDER REGARDING DEFENDANTS' MOTION TO COMPEL PLAINTIFFS' RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS AND FIRST SETS OF INTERROGATORIES** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  */s/ Mary M. Schnee*
Mary M. Schnee, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01559 4797384.1