| | |
|---|---|
| 1 | DENNIS L. KENNEDY |
| | Nevada Bar No. 1462 |
| 2 | JOSEPH A. LIEBMAN |
| | Nevada Bar No. 10125 |
| 3 | JOSHUA P. GILMORE |
| | Nevada Bar No. 11576 |
| 4 | **BAILEY❖KENNEDY** |
| | 8984 Spanish Ridge Avenue |
| 5 | Las Vegas, Nevada 89148-1302 |
| | Telephone: 702.562.8820 |
| 6 | Facsimile: 702.562.8821 |
| | DKennedy@BaileyKennedy.com |
| 7 | JLiebman@BaileyKennedy.com |
| | JGilmore@BaileyKennedy.com |
| 8 | |
| | *Attorneys for Defendants & Counterclaimant* |
| 9 | RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING JOINT STATUS REPORT** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On November 20, 2017, the Allstate Parties served their supplemental discovery responses in this matter;

2. Pursuant to the November 14, 2017 Order [ECF No. 193], the parties – without waiving any rights – presently have until December 11, 2017 to prepare and submit a Joint Status Report indicating whether any dispute remains regarding the Allstate Parties' supplemental discovery responses and, if so, setting forth the parties' respective positions (subject to further briefing as may be requested by the Court);

3. On November 30, 2017, the Allstate Parties served their supplemental discovery responses in the matter entitled *Allstate Insurance Co., et al. v. Marjorie Belsky, M.D., et al.*, United States District Court, District of Nevada, Case No. 2:15-cv-02265-MMD-CWH (the "Belsky Matter"). The Allstate Parties are still compiling documents to serve with those supplemental discovery responses;

4. Pursuant to the November 20, 2017 Order entered in the Belsky Matter [ECF No. 241], the parties – without waiving any rights – presently have until December 21, 2017 to prepare and submit a Joint Status Report indicating whether any dispute remains regarding the Allstate Parties' supplemental discovery responses and, if so, setting forth the parties' respective positions (subject to further briefing as may be requested by the Court);

5. For efficiency's sake, and due to the overlap in discovery requests and responses between this matter and the Belsky matter, the parties shall have an additional 10 days, until December 21, 2017, to file a Joint Status Report in this matter related to the Allstate Parties'

supplemental discovery responses.  The parties will thereafter appear for a status hearing as may be requested by the Court; and

6. Consistent with prior Stipulations, the parties request that the Court reserve any ruling on sanctions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED this 6th day of December, 2017. | DATED this 6th day of December, 2017. |
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY❖KENNEDY |
| By: */s/ Dylan P. Todd*<br>DYLAN P. TODD<br>TODD W. BAXTER<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113<br><br>ERON Z. CANNON<br>FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104 | By: */s/ Joshua P. Gilmore*<br>DENNIS L. KENNEDY<br>JOSEPH A. LIEBMAN<br>JOSHUA P. GILMORE<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendants & Counterclaimant* |

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: December 6, 2017.