1 DENNIS L. KENNEDY
Nevada Bar No. 1462
2 JOSEPH A. LIEBMAN
Nevada Bar No. 10125
3 JOSHUA P. GILMORE
Nevada Bar No. 11576
4 **BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
5 Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
6 Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
7 JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE FILING OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**<br><br>**(Second Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On October 17, 2017, the Radar Parties filed their Motion for Summary Judgment (Hearing Requested) [ECF No. 183] (the "Motion");

2. On November 22, 2017, the Allstate Parties filed their Opposition to the Motion [ECF No. 195];

3. Pursuant to the October 27, 2017 Order [ECF No. 190], the Radar Parties presently have until December 8, 2017 to file their Reply in Support of the Motion;

4. In order to accommodate scheduling conflicts for the Radar Parties' counsel, and due to ongoing efforts by the Radar Parties related to reviewing the Allstate Parties' supplemental discovery responses, the Radar Parties shall now have up to and including December 22, 2017 to file their Reply in Support of the Motion; and

/ / /

/ / /

/ / /

/ / /

/ / /

5. This is the second stipulation for an extension of time to file the Reply in Support of the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of December, 2017.          DATED this 6th day of December, 2017.

McCORMICK, BARSTOW, SHEPPARD,                   BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

By: _/s/ Dylan P. Todd_                         By: _/s/ Joshua P. Gilmore_
    DYLAN P. TODD                              DENNIS L. KENNEDY
    TODD W. BAXTER                              JOSEPH A. LIEBMAN
    8337 West Sunset Road, Suite 350            JOSHUA P. GILMORE
    Las Vegas, NV 89113                         8984 Spanish Ridge Avenue
                                                Las Vegas, NV 89148

    ERON Z. CANNON                         *Attorneys for Defendants & Counterclaimant*
    FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
    SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 12/12/2017