DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
dylan.todd@mccormickbarstow.com

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
eron@favros.com
Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [ECF No. 198]**<br><br>(First Request) |

2:15-cv-01786-APG-CWH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE (collectively, the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

## RECITALS

WHEREAS, on December 5, 2017, the Radar Parties filed and served their Motion to Disqualify Plaintiffs' Counsel (Hearing Requested) [ECF No. 198]; and

WHEREAS, the Allstate Parties' Opposition to the Motion to Disqualify Plaintiffs' Counsel is presently due on December 19, 2017.

## STIPULATION

1. The date for the Allstate Parties to file and serve their Opposition to the Radar Parties' Motion to Disqualify Plaintiffs' Counsel is continued from December 19, 2017 to January 15, 2018.

Good cause exists for the above continuance as counsel for the Allstate Parties are in the process of finalizing an Appeal brief and a Petition for Writ of Mandate in the Supreme Court in unrelated matters. Additionally, the Allstate Parties' counsel will be on vacation for the holidays until after the New Year.

///
///
///
///
///
///
///
///
///

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

This is the first stipulation for an extension of time for the Allstate Parties to file their Opposition to the Radar Parties' Motion to Disqualify Plaintiffs' Counsel. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated: December 13, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Dylan P. Todd*
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
TODD W. BAXTER, ESQ.
Admitted Pro Hac Vice
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated: December 13, 2017

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants & Counterclaimant*

## ORDER

IT IS SO ORDERED.

DATED this December 15, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2017, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis L. Kennedy, Esq.
Joseph A. Liebman, Esq.
Joshua P. Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Defendants*

By: /s/ Tricia A. Dorner
Tricia A. Dorner, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01559 4850527.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

4

2:15-cv-01786-APG-CWH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [ECF No. 198]