UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL J. SHAH, MD, et al., <br><br> Defendants. | Case No. 2:15-cv-01786-APG-CWH <br><br> **ORDER GRANTING MOTIONS TO SEAL** <br><br> (ECF Nos. 185, 214) |

The defendants have filed two motions to seal exhibits they attached to their recent filings. ECF Nos. 185, 214. The defendants have not opposed the motion (ECF No. 185) to seal exhibits attached to the motion for summary judgment, and the motion is supported by good cause. I will grant the motion.

With regard to the motion (ECF No. 214) to seal exhibits filed in support of the reply, the subject exhibits shall remain under seal. If the plaintiffs believe any of those documents do not need to be sealed, they shall file a response to the motion by January 5, 2018.

IT IS THEREFORE ORDERED that the defendants' motion to seal **(ECF No. 185) is GRANTED.** The documents filed as ECF No. 186 shall remain sealed pending further order of the court.

IT IS FURTHER ORDERED that the defendants' motion to seal **(ECF No. 214) is GRANTED.** The documents filed as ECF NO. 215 shall remain sealed pending further order of the court.

DATED this 2nd day of January, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE