1  DYLAN P. TODD
   Nevada Bar No. 10456
2  TODD W. BAXTER
   Admitted Pro Hac Vice
3  MCCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
5  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
6  *dylan.todd@mccormickbarstow.com*

7  ERON Z. CANNON
   Nevada Bar No. 8013
8  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
9  701 5th Avenue #4750
   Seattle, Washington 98104
10 Telephone:    (206) 749-0094
   *eron@favros.com*
11 Attorneys for Plaintiffs/Counterdefendants

12 **UNITED STATES DISTRICT COURT**

13 **DISTRICT OF NEVADA**

14 \*\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.    2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [ECF No. 198]**<br><br>**(Second Request)** |

2:15-cv-01786-APG-CWH

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE (collectively, the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

## RECITALS

WHEREAS, on December 5, 2017, the Radar Parties filed and served their Motion to Disqualify Plaintiffs' Counsel (Hearing Requested) [ECF No. 198]; and

WHEREAS, on December 13, 2017, the parties stipulated to a continuance for the Allstate Parties to file and serve an Opposition to the Motion to Disqualify Plaintiff's Counsel up to and including January 15, 2018 [ECF. No. 206], which was approved by the Court on December 15, 2017 [ECF No. 208].

## BACKGROUND FACTS

Good cause exists to continue the deadline for the Allstate Parties to file and serve an Opposition to the Motion to Disqualify Plaintiff's Counsel; specifically:

1. When the parties agreed that the Allstate Parties would have until January 15, 2018 to file their opposition, they did not realize that January 15, 2018 is Martin Luther King Jr. Day, and that not only would the Court be closed, but their offices would also be closed;

2. The Allstate Parties' counsel, Todd Baxter, who is preparing the opposition, was out on vacation for the holidays until Monday, January 8, 2018. Upon his return, he had to address some unexpected medical issues, which further kept him out of the office for different parts of the day from January 8, 2018 through January 10, 2018; and

3. The parties are working to resolve remaining discovery issues arising out of the Court's May 19, 2017 Order [ECF No. 151], and will be having a further meet and confer to address certain issues on January 16, 2018.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2   2:15-cv-01786-APG-CWH
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]

## STIPULATION

The deadline for the Allstate Parties to file and serve their Opposition to the Radar Parties' Motion to Disqualify Plaintiffs' Counsel is continued from January 15, 2018 to January 22, 2018.

This is the second and final stipulation for an extension of time for the Allstate Parties to file their Opposition to the Radar Parties' Motion to Disqualify Plaintiffs' Counsel. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated: January 11, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
TODD W. BAXTER, ESQ.
Admitted Pro Hac Vice
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated: January 11, 2018

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants & Counterclaimant*

## ORDER

IT IS SO ORDERED.

DATED this January 12, 2018.

_____
UNITED STATES DISTRICT COURT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

3    2:15-cv-01786-APG-CWH
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of January, 2018, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis L. Kennedy, Esq.
Joseph A. Liebman, Esq.
Joshua P. Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Defendants*

By */s/ Mary M. Schnee*
Mary M. Schnee, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

03246-01559 4893884.1

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

4     2:15-cv-01786-APG-CWH
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATES OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL [198]