1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR FILING JOINT STATUS REPORT** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On January 17, 2018, Todd Baxter, Esq. (counsel for the Allstate Parties) and Joshua P. Gilmore, Esq. (counsel for the Radar Parties) participated in a telephonic meet and confer (lasting approximately 1.5 hours) regarding the Allstate Parties' supplemental discovery responses. They agreed to conduct an additional telephonic meet and confer on January 19, 2018;

2. On January 18, 2018, Mr. Gilmore sent an email to Mr. Baxter identifying items to be discussed during a telephonic meet and confer related to the Allstate Parties' supplemental discovery responses in the matter entitled *Allstate Insurance Co., et al. v. Marjorie Belsky, M.D., et al.*, United States District Court, District of Nevada, Case No. 2:15-cv-02265-MMD-CWH (the "Belsky Matter"), some of which overlapped with the items already discussed during the January 17, 2018 meet and confer in this matter;

3. Due to unanticipated scheduling conflicts, and in order to allow sufficient time for Mr. Baxter to review Mr. Gilmore's January 18, 2018 email, Messrs. Gilmore and Baxter rescheduled their January 19, 2018 telephonic meet and confer to January 24, 2018;

4. Pursuant to the December 28, 2017 Minute Order [ECF No. 216], the parties have until today to file a Joint Status Report indicating whether any dispute remains regarding the Allstate Parties' supplemental discovery responses and, if so, setting forth the parties' respective positions (subject to further briefing as may be requested by the Court);

5. For efficiency's sake, and due to the overlap in discovery requests and responses between this matter and the Belsky Matter, the parties shall have until January 26, 2018 to file a Joint Status Report in this matter related to the Allstate Parties' supplemental discovery responses. The parties will thereafter appear for a status hearing as may be requested by the Court;

6. The parties do not anticipate any further requests for extending the deadline to file the Joint Status Report in this matter; and

7. Consistent with prior Stipulations, the parties request that the Court reserve any ruling on sanctions.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| DATED this 22nd day of January, 2018. | DATED this 22nd day of January, 2018. |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY❖KENNEDY |
| By: */s/ Todd W. Baxter*<br>    DYLAN P. TODD<br>    TODD W. BAXTER<br>    8337 West Sunset Road, Suite 350<br>    Las Vegas, NV 89113<br><br>    ERON Z. CANNON<br>    FAIN ANDERSON VANDERHOEF<br>    ROSENDAHL O'HALLORAN<br>    SPILLANE PLLC<br>    701 Fifth Avenue, Suite 4750<br>    Seattle, WA 98104 | By: */s/ Joshua P. Gilmore*<br>    DENNIS L. KENNEDY<br>    JOSEPH A. LIEBMAN<br>    JOSHUA P. GILMORE<br>    8984 Spanish Ridge Avenue<br>    Las Vegas, NV 89148<br><br>*Attorneys for Defendants & Counterclaimant* |
| *Attorneys for Plaintiffs/Counterdefendants* | |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 23, 2018