1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE FILING OF DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISQUALIFY PLAINTIFFS' COUNSEL**<br><br>**(Second Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 5, 2017, the Radar Parties filed their Motion to Disqualify Plaintiffs' Counsel (Hearing Requested) [ECF No. 198] (the "Motion");

2. On December 13, 2017, the parties stipulated to extend the deadline for the Allstate Parties to file their Opposition to the Motion, from December 19, 2017 to January 15, 2018 [ECF No. 206], which was granted by the Court pursuant to its December 15, 2017 Order [ECF No. 208];

3. On January 11, 2018, the parties stipulated to extend the deadline for the Allstate Parties to file their Opposition to the Motion, from January 15, 2018 to January 22, 2018 [ECF No. 218], which was granted by the Court pursuant to its January 12, 2018 Order [ECF No. 219];

4. On January 22, 2018, the Allstate Parties filed their Opposition to the Motion [ECF No. 221];

5. On January 26, 2018, the parties stipulated to extend the deadline for the Radar Parties to file their Reply in Support of the Motion, from January 19, 2018 to February 9, 2018 [ECF No. 225];

6. On February 7, 2017, the parties appeared before the Court for a hearing in this matter and in the matter entitled *Allstate Insurance Co., et al. v. Marjorie Belsky, M.D., et al.*, United States District Court, District of Nevada, Case No. 2:15-cv-02265-MMD-CWH;

7. On February 7, 2018, the Court entered a minute Order [ECF No. 232] setting the Motion for hearing on March 2, 2018, at 9:00 a.m.;

8. Counsel for the Radar Parties who is primarily responsible for preparing the Reply (Joshua P. Gilmore) is involved in a matter pending in the Eighth Judicial District Court, Clark County, Nevada in which the parties had anticipated continuing the upcoming trial (currently set for

March 12, 2018) pending a ruling on appeal by the Nevada Supreme Court; however, the district court did not continue the trial. In light of those circumstances, the Radar Parties shall now have up to and including February 16, 2018 to file their Reply in Support of the Motion; and

9. This is the second stipulation for an extension of time to file the Reply in Support of the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of February, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Todd W. Baxter
DYLAN P. TODD
TODD W. BAXTER
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

ERON Z. CANNON
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 9th day of February, 2018.

BAILEY❖KENNEDY

By: /s/ Joshua P. Gilmore
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 12, 2018