DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY✦KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION FOR SUMMARY JUDGMENT** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On January 24, 2018, the Radar Parties filed their Motion to Stay Discovery Pending Resolution of their Motion for Summary Judgement [ECF No. 224] (the "Stay Motion");[1]

2. On February 1, 2018, the Allstate Parties filed their Motion for Leave of Court to File Supplemental Response to Defendants' Motion for Summary Judgment [LR 7-2(g)] [ECF No. 230] (the "Motion for Leave");

3. On February 7, 2018, the Allstate Parties filed their Opposition to the Stay Motion [ECF No. 233];

4. The Radar Parties presently have until February 14, 2018 to file their Reply in Support of the Stay Motion. Due to scheduling conflicts for the Radar Parties' counsel, and because the arguments to be presented in the Reply in Support of the Stay Motion will address, in part, the arguments to be presented in the Opposition to the Motion for Leave, the Radar Parties shall now have up to and including February 23, 2018 to file their Reply in Support of the Stay Motion; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] The Radar Parties filed their Motion for Summary Judgment (Hearing Requested) [ECF No. 183] on October 17, 2017. The Allstate Parties filed their Opposition to the Motion for Summary Judgment [ECF No. 195] on November 21, 2017. The Radar Parties filed their Reply in Support of the Motion for Summary Judgment [ECF No. 213] on December 22, 2017.

5. This is the first stipulation to extend the deadline to file the Reply in Support of the Stay Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 9th day of February, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Todd W. Baxter
DYLAN P. TODD
TODD W. BAXTER
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

ERON Z. CANNON
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 9th day of February, 2018.

BAILEY✦KENNEDY

By: /s/ Joshua P. Gilmore
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 12, 2018