1 DYLAN P. TODD
Nevada Bar No. 10456
2 TODD W. BAXTER
Admitted Pro Hac Vice
3 MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
4 8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
5 Telephone: (702) 949-1100
Facsimile: (702) 949-1101
6 *dylan.todd@mccormickbarstow.com*

7 ERON Z. CANNON
Nevada Bar No. 8013
8 FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
9 701 5th Avenue #4750
Seattle, Washington 98104
10 Telephone: (206) 749-0094
*eron@favros.com*
11 Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER [ECF No. 227 and ECF No. 228]**<br><br>**(Second Request)** |

2:15-cv-01786-APG-CWH
STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER [ECF No. 227 and ECF No. 228]

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE (collectively, the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

## RECITALS

WHEREAS, on January 29, 2018, the Radar Parties filed and served their Motion To Quash Or Modify Subpoenas And For Protective Order (Hearing Requested) [ECF No. 227 and ECF No. 228]; and

WHEREAS, the Allstate Parties' Opposition to the Motion To Quash Or Modify Subpoenas And For Protective Order was originally due on February 12, 2018, and following the first request for extension, is now presently due on February 19, 2018.

## STIPULATION

1. The date for the Allstate Parties to file and serve their Opposition to the Radar Parties' Motion To Quash Or Modify Subpoenas And For Protective Order is continued from February 19, 2018 to February 23, 2018.

Good cause exists for the above continuance as the spouse of one of the Las Vegas counsel for the Allstate Parties gave birth to a child on February 6, 2018, and counsel's office continues to require additional time to ensure resources are properly allocated to respond to the Motion. Furthermore, due to inadvertence, the original extended deadline of February 19, 2018 falls on a holiday when Allstate's counsel's office is closed.

/ / /
/ / /
/ / /
/ / /
/ / /

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER [ECF No. 227 and ECF No. 228]

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

This is the second stipulation for an extension of time for the Allstate Parties to file their Opposition to the Radar Parties' Motion To Quash Or Modify Subpoenas And For Protective Order. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated: February 16, 2018

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Dylan P. Todd*
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
TODD W. BAXTER, ESQ.
Admitted Pro Hac Vice
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated: February 16, 2018

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants & Counterclaimant*

### **ORDER**

IT IS SO ORDERED.

DATED February 20, 2018

_____
UNITED STATES MAGISTRATE JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of February, 2018, a true and correct copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE FILING DATE OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER [ECF No. 227 and ECF No. 228]** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

Dennis L. Kennedy, Esq.
Joseph A. Liebman, Esq.
Joshua P. Gilmore, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
*Attorneys for Defendants*

By */s/ Cheryl A. Schneider*
Cheryl A. Schneider, an Employee of
MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

4990678.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113