# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALLSTATE INSURANCE CO., et al., 

    Plaintiffs,

v.

RUSSELL J. SHAH, et al.,

    Defendants.

Case No. 2:15-cv-01786-APG-CWH

**ORDER**

Presently before the Court is Plaintiffs' motion to seal (ECF No. 248), filed on February 23, 2018, and Defendants' emergency motion to seal (ECF No. 251), filed on February 27, 2018. Both parties move to seal Plaintiffs' response brief (ECF No. 246) filed in opposition to a pending motion to quash.

Motions to seal are generally disfavored, in deference to the public's "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589 (1978)). Except for a narrow range of documents in criminal matters that have traditionally been kept secret, there is a "strong presumption in favor of access" for court records. *Id.* The party which seeks to seal a court record bears the burden of overcoming this presumption. *Id.* When determining whether a record should be sealed, the court must attempt to balance the competing interests of the public and the party seeking to seal the record. *Id.* at 1179. When attempting to balance these competing interests, the potential embarrassment, incrimination, or exposure to further litigation do not by themselves constitute compelling reasons. *Id.* A court may seal a record only upon a finding of "compelling reasons," in the case of exhibits attached to dispositive motions, or "good cause" for discovery materials. *Id.* at 1178-1179.

Here, the parties represent that Plaintiffs' response brief to Defendant's motion to quash contains material deemed confidential pursuant to the stipulated protective order in this case (ECF NO. 39). The Court therefore finds good cause to grant the motions to seal.

IT IS THEREFORE ORDERED that Plaintiffs' motion to seal (ECF No. 248), and Defendants' emergency motion to seal (ECF No. 251) are GRANTED. The Clerk shall SEAL Plaintiffs' response (ECF No. 246) and Exhibit A (ECF No. 246-2).

IT IS FURTHER ORDERED that Plaintiff shall file a redacted version the above documents no later than March 5, 2018, consistent with the redactions requested in Defendants' motion, as well as any other redactions necessary to comply with the stipulated protective order.

DATED: February 28, 2018

_____
C.W. Hoffman, Jr.
United States Magistrate Judge