DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION [ECF NO. 245] TO U.S. MAGISTRATE JUDGE'S FEBRUARY 7, 2018 ORDER [ECF NO. 232] DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 156]**<br><br>**ORDER** |

2:15-cv-01786-APG-CWH

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' OBJECTION [ECF NO. 245] TO U.S. MAGISTRATE JUDGE'S FEBRUARY 7, 2018 ORDER [ECF NO. 232] DENYING DEFENDANTS' MOTION FOR SANCTIONS [ECF NO. 156]

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE (collectively referred to as the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On February 21, 2018, the Radar Parties filed their Objection [ECF No. 245] to U.S. Magistrate Judge's February 7, 2018 Order [ECF No. 232] Denying Defendants' Motion for Sanctions [ECF No. 156] ("Objection").

2. The Allstate Parties presently have until March 7, 2018 to file their response.

3. Due to the Allstate Parties' counsel's work schedule during the weeks of February 26, 2018 and March 5, 2018, the Allstate Parties shall now have until March 16, 2018 to file their response.

4. This is the first stipulation for an extension of time to file a response to the Objection. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated:_March 1, 2018.

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated:_March 1, 2018.

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L, KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants &
Counterclaimant*

**IT IS SO ORDERED.**

3/1/2018
_____
UNITED STATES DISTRICT JUDGE