DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.;  and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>                              Plaintiffs,<br><br>          vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>                              Defendants.<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' REPLY TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On January 29, 2018, the Radar Parties filed their Motions to Quash or Modify Subpoenas and for Protective Order [ECF Nos. 227-28] (the "Motions");

2. Following stipulations for extensions of time that were approved by the Court, on February 23, 2018, the Allstate Parties filed their Opposition to the Motions [ECF No. 246];

3. The Radar Parties presently have until March 2, 2018 to file their Reply in Support of the Motions. Due to scheduling conflicts for the Radar Parties' counsel, the Radar Parties shall now have up to and including March 16, 2018 to file their Reply in Support of the Motions; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

4.      This is the first stipulation to extend the deadline to file the Reply in Support of the

Motions. This stipulation is made in good faith and not to delay the proceedings.

        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 2nd day of March, 2018.                    DATED this 2nd day of March, 2018.

McCORMICK, BARSTOW, SHEPPARD,                         BAILEY❖KENNEDY
WAYTE & CARRUTH LLP
                                                      By:   */s/ Joshua P. Gilmore*
By:   */s/ Dylan P. Todd*                                   DENNIS L. KENNEDY
        DYLAN P. TODD                                       JOSEPH A. LIEBMAN
        TODD W. BAXTER                                      JOSHUA P. GILMORE
        8337 West Sunset Road, Suite 350                    8984 Spanish Ridge Avenue
        Las Vegas, NV 89113                                 Las Vegas, NV 89148

        ERON Z. CANNON                               *Attorneys for Defendants & Counterclaimant*
        FAIN ANDERSON VANDERHOEF
        ROSENDAHL O'HALLORAN
        SPILLANE PLLC
        701 Fifth Avenue, Suite 4750
        Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*


        **IT IS SO ORDERED.**


                                                      _____
                                                      UNITED STATES MAGISTRATE JUDGE


                                                      DATED:   March 6, 2018
                                                              _____