1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
8
   *Attorneys for Defendants & Counterclaimant*
9  RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
   M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
10 R. SHAH, MD, LTD.;  and RADAR
   MEDICAL GROUP, LLP dba UNIVERSITY
11 URGENT CARE

12              UNITED STATES DISTRICT COURT
                   DISTRICT OF NEVADA
13

14 ALLSTATE INSURANCE COMPANY,
   ALLSTATE PROPERTY & CASUALTY
15 INSURANCE COMPANY, ALLSTATE          Case No.  2:15-cv-01786-APG-CWH
   INDEMNITY COMPANY, and ALLSTATE
16 FIRE & CASUALTY INSURANCE            **STIPULATION AND ORDER TO**
   COMPANY,                             **EXTEND DEADLINE FOR**
17                                      **DEFENDANTS' OPPOSITION TO**
                         Plaintiffs,    **PLAINTIFFS' MOTION FOR**
18                                      **SANCTIONS PURSUANT TO FRCP 11**
           vs.
19
   RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
20 M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
   R. SHAH, MD, LTD.;  and RADAR MEDICAL
21 GROUP, LLP dba UNIVERSITY URGENT
   CARE, Does 1-100, and ROES 101-200,
22
                         Defendants.
23  _____

24 AND RELATED CLAIMS.

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On March 16, 2018, the Allstate Parties filed their Motion for Sanctions Pursuant to FRCP 11 [ECF No. 263] (the "Motion");

2. The Radar Parties presently have until March 30, 2018 to file their Opposition to the Motion. In order to fully address the issues presented, and due to scheduling conflicts for the Radar Parties' counsel, including the fact that a member of the Radar Parties' counsel will be out of town from March 30, 2018 until April 7, 2018, the Radar Parties shall now have up to and including April 13, 2018 to file their Opposition to the Motion; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    3.    This is the first stipulation to extend the deadline to file the Opposition to the Motion.

2  This stipulation is made in good faith and not to delay the proceedings.

3    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED this 27th day of March, 2018.    DATED this 27th day of March, 2018.

5  McCORMICK, BARSTOW, SHEPPARD,    BAILEY❖KENNEDY
   WAYTE & CARRUTH LLP

6    By:    /s/ Joshua P. Gilmore
             DENNIS L. KENNEDY
7  By:    /s/ Todd W. Baxter    JOSEPH A. LIEBMAN
          DYLAN P. TODD    JOSHUA P. GILMORE
8         TODD W. BAXTER    8984 Spanish Ridge Avenue
          8337 West Sunset Road, Suite 350    Las Vegas, NV 89148
9         Las Vegas, NV 89113

10        ERON Z. CANNON    *Attorneys for Defendants & Counterclaimant*
          FAIN ANDERSON VANDERHOEF
11        ROSENDAHL O'HALLORAN
          SPILLANE PLLC
12        701 Fifth Avenue, Suite 4750
          Seattle, WA 98104
13

14 *Attorneys for Plaintiffs/Counterdefendants*

15    **IT IS SO ORDERED.**

16

17    _____
      UNITED STATES MAGISTRATE JUDGE
18
                    March 28, 2018
19          DATED:_____

20

21

22

23

24

25

26

27

28