1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
5  Las Vegas, Nevada 89148-1302
   Telephone: 702.562.8820
6  Facsimile: 702.562.8821
   DKennedy@BaileyKennedy.com
7  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11**<br><br>**(Second Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree, pursuant to an agreement reached on April 11, 2018, as follows:

1. On March 16, 2018, the Allstate Parties filed their Motion for Sanctions Pursuant to FRCP 11 [ECF No. 263] (the "Motion");

2. Pursuant to the parties' March 27, 2017 Stipulation [ECF No. 267], which was granted by the Court by Order dated March 28, 2018 [ECF No. 268], the Radar Parties presently have until April 13, 2018 to file their Opposition to the Motion;

3. In order to fully address the issues presented, and due to additional scheduling conflicts for the Radar Parties' counsel, the Radar Parties shall now have up to and including April 20, 2018 to file their Opposition to the Motion; and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page **2** of **3**

4. This is the second stipulation to extend the deadline to file the Opposition to the Motion. No further extension will be sought by the Radar Parties. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 13th day of April, 2018.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
 DYLAN P. TODD
 TODD W. BAXTER
 8337 West Sunset Road, Suite 350
 Las Vegas, NV 89113

 ERON Z. CANNON
 FAIN ANDERSON VANDERHOEF
 ROSENDAHL O'HALLORAN
 SPILLANE PLLC
 701 Fifth Avenue, Suite 4750
 Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 13th day of April, 2018.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
 DENNIS L. KENNEDY
 JOSEPH A. LIEBMAN
 JOSHUA P. GILMORE
 8984 Spanish Ridge Avenue
 Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: April 20, 2018.