1  DYLAN P. TODD
   Nevada Bar No. 10456
2  TODD W. BAXTER
   Admitted Pro Hac Vice
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
5  Telephone: (702) 949-1100
   Facsimile:  (702) 949-1101
6  dylan.todd@mccormickbarstow.com
   todd.baxter@mccormickbarstow.com
7

8  ERON Z. CANNON
   Nevada Bar No. 8013
9  FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
10 701 5th Avenue #4750
   Seattle, Washington  98104
11 Telephone:    (206) 749-0094
   Facsimile:  (206) 749-0194
12 eron@favros.com

13 Attorneys for Plaintiffs/Counterdefendants

14                 **UNITED STATES DISTRICT COURT**

15                      **DISTRICT OF NEVADA**

16

17 ALLSTATE INSURANCE COMPANY,          CASE NO.        2:15-cv-01786-APG-CWH
   ALLSTATE PROPERTY & CASUALTY
18 INSURANCE COMPANY, ALLSTATE          **STIPULATION AND ORDER TO**
   INDEMNITY COMPANY, and ALLSTATE      **EXTEND DEADLINE FOR PLAINTIFFS'**
19 FIRE & CASUALTY INSURANCE            **REPLY TO RESPONSE TO PLAINTIFFS'**
   COMPANY,                             **MOTION FOR SANCTIONS PURSUANT**
20                                      **TO FRCP 11**
                Plaintiffs,
21
          v.
22
   RUSSELL J. SHAH, MD, DIPTI R. SHAH,
23 MD, RUSSELL J. SHAH, MD, LTD., DIPTI
   R. SHAH, MD, LTD., and RADAR
24 MEDICAL GROUP, LLP dba UNIVERSITY
   URGENT CARE, DOES 1-100, and ROES
25 101-200,

26                Defendants.

27
   AND RELATED CLAIMS
28

2:15-cv-01786-APG-CWH
STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO
PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      On March 16, 2018, the Allstate Parties filed their Motion for Sanctions Pursuant to FRCP 11 [ECF No. 263] (the "Motion");

2.      Following two stipulated extensions of time for the Radar Parties to file a Response, on April 20, 2018, the Radar Parties filed their Response to Plaintiffs' Motion for Sanctions Pursuant to FRCP 11; Defendants' Counter-Request for Attorney's Fees and Costs [ECF No. 273] (the "Response");

3.      The Allstate Parties presently have until April 27, 2018 to file their Reply to the Response to the Motion;

4.      In order to fully address the issues presented, and due to additional scheduling conflicts for the Allstate Parties' counsel, the Allstate Parties shall now have up to and including May 11, 2018 to file their Reply to the Response to the Motion; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11

5.      This is the first stipulation to extend the deadline to file the Reply to the Response to the Motion.  This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 26th day of April, 2018.          DATED this 26th day of April, 2018.

McCORMICK, BARSTOW, SHEPPARD,          BAILEY❖KENNEDY
WAYTE & CARRUTH LLP


By: _/s/ Todd W. Baxter_____          By: _/s/ Joshua P. Gilmore_____
      DYLAN P. TODD                              DENNIS L. KENNEDY
      TODD W. BAXTER                            JOSEPH A. LIEBMAN
      8337 West Sunset Road, Suite 350          JOSHUA P. GILMORE
      Las Vegas, NV 89113                        8984 Spanish Ridge Avenue
                                                Las Vegas, NV 89148
      ERON Z. CANNON
      FAIN ANDERSON VANDERHOEF          *Attorneys for Defendants & Counterclaimant*
      ROSENDAHL          O'HALLORAN
      SPILLANE PLLC
      701 Fifth Avenue, Suite 4750
      Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*




**IT IS SO ORDERED.**



_____
UNITED STATES DISTRICT JUDGE
Dated: April 26, 2018.

STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY TO OPPOSITION TO
PLAINTIFFS' MOTION FOR SANCTIONS PURSUANT TO FRCP 11