UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. RUSSELL J. SHAH, M.D., et al., <br><br> Defendants. | Case No. 2:15-cv-01786-APG-CWH <br><br> **ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER REGARDING SANCTIONS** <br><br> (ECF No. 245) |

On February 7, 2018, Magistrate Judge Hoffman orally ruled from the bench that the Radar Defendants'[1] motion for sanctions (ECF No. 156) was denied. ECF No. 232. The Radar Defendants filed an objection to Judge Hoffman's ruling. ECF No. 245. I have reviewed the objection, Judge Hoffman's ruling, the transcript of the February 7, 2018 hearing, and the underlying papers. Judge Hoffman's Order is not clearly erroneous or contrary to law. Local Rule IB 3-1(a). Therefore, Magistrate Judge Hoffman's ruling **(ECF No. 232) is affirmed** in its entirety, and the Radar Defendants' objection **(ECF No. 245) is overruled.**

DATED this 22nd day of May, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] "Radar Defendants" refers to defendants Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care.