```
 1  JARED P. GREEN, ESQ.
    Nevada Bar No. 10059
 2  TODD W. BAXTER, ESQ.
    Admitted Pro Hac Vice
 3  McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP
 4  8337 West Sunset Road, Suite 350
    Las Vegas, NV 89113
 5  Telephone:   (702) 949-1100
    Facsimile:   (702) 949-1101
 6  jared.green@mccormickbarstow.com
    todd.baxter@mccormickbarstow.com
 7
    ERON Z. CANNON, ESQ.
 8  Nevada Bar No. 8013
    FAIN ANDERSON VANDERHOEF ROSENDAHL
 9  O'HALLORAN SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
10  Seattle, WA 98104
    Telephone:   (206) 749-0094
11  Facsimile:   (206) 749-0194
    eron@favros.com
12
    Attorneys for Plaintiffs/Counterdefendants
13
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.     2:15-cv-1786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR RESPONSE TO DEFENDANTS' OBJECTION TO U.S. MAGISTRATE JUDGE'S APRIL 19, 2018 ORDER [ECF NO. 271] GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTION TO QUASH OR MODIFY SUBPOENAS AND FOR PROTECTIVE ORDER [ECF NOS. 227 AND 228]**<br><br>**(First Request)** |
McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

5137116.1

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, by and through their attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC, and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, by and through their attorneys of record of the law firm BAILEY KENNEDY, hereby stipulate and agree as follows:

1. On May 3, 2018, Defendants filed an Objection to U.S. Magistrate Judge's April 19, 2018 Order [ECF No. 271] Granting in Part and Denying in Part Defendants' Motion to Quash or Modify Subpoenas and for Protective Order [ECF Nos. 227 and 228];

2. Plaintiffs presently have until May 17, 2018, to respond to Defendants' Objection to Magistrate Judge's April 19, 2018 Order;

3. Due to counsel for Plaintiffs, Dylan Todd, being in trial in the Eighth Judicial District Court in the matter of *Galvan v. JMR & CLS, INC.*, case number A-15-724639-C, Department XXXI with the Honorable Joanna S. Kishner, Plaintiffs shall now have until May 24, 2018 to file the Response to Defendants' Objection to Magistrate Judge's April 19, 2018 Order; and

///
///
///
///
///
///
///
///
///

2

4. This is the first Stipulation to extend the deadline for the Response to the Objection.

This Stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 17th day of May, 2018.

    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

    By  *//s// Dylan P. Todd*
        DYLAN P. TODD, ESQ.
        Nevada Bar No. 10456
        TODD W. BAXTER, ESQ.
        Admitted Pro Hac Vice
        8337 West Sunset Road, Suite 350
        Las Vegas, NV 89113

        ERON Z. CANNON, ESQ.
        Nevada Bar No. 8013
        FAIN ANDERSON VANDERHOEF
        ROSENDAHL O'HALLORAN SPILLANE PLLC
        701 Fifth Avenue, Suite 4750
        Seattle, WA 98104

    Attorneys for Plaintiffs/Counterdefendants

DATED this 17th day of May, 2018.

    BAILEY KENNEDY

    By  *//s// Joshua P. Gilmore*
        DENNIS L. KENNEDY, ESQ.
        Nevada Bar No. 1462
        JOSEPH A. LIEBMAN, ESQ.
        Nevada Bar No. 10125
        JOSHUA P. GILMORE, ESQ.
        Nevada Bar No. 11576
        8984 Spanish Ridge Avenue
        Las Vegas, NV 89148
    Attorneys for Defendants & Counterclaimant

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 22, 2018