1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   JOSEPH A. LIEBMAN
    Nevada Bar No. 10125
3   JOSHUA P. GILMORE
    Nevada Bar No. 11576
4   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
5   Las Vegas, Nevada 89148-1302
    Telephone: 702.562.8820
6   Facsimile: 702.562.8821
    DKennedy@BaileyKennedy.com
7   JLiebman@BaileyKennedy.com
    JGilmore@BaileyKennedy.com
8
    *Attorneys for Defendants & Counterclaimant*
9   RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
    M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
10  R. SHAH, MD, LTD.; and RADAR
    MEDICAL GROUP, LLP dba UNIVERSITY
11  URGENT CARE

12                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA
13

14  ALLSTATE INSURANCE COMPANY,
    ALLSTATE PROPERTY & CASUALTY
15  INSURANCE COMPANY, ALLSTATE          Case No.  2:15-cv-01786-APG-CWH
    INDEMNITY COMPANY, and ALLSTATE
16  FIRE & CASUALTY INSURANCE
    COMPANY,                             **STIPULATION AND ORDER TO**
17                                       **EXTEND DEADLINE FOR**
                        Plaintiffs,      **DEFENDANTS' RESPONSE TO**
18                                       **PLAINTIFFS' MOTION FOR**
              vs.                        **PROTECTIVE ORDER [ECF NO. 281]**
19
    RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
20  M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI   **(First Request)**
    R. SHAH, MD, LTD.; and RADAR MEDICAL
21  GROUP, LLP dba UNIVERSITY URGENT
    CARE, Does 1-100, and ROES 101-200,
22
                        Defendants.
23  _____

24  AND RELATED CLAIMS.

25

26

27

28

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE

2    PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,

3    and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and

4    Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR

5    MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD.,

6    and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of

7    record, stipulate and agree as follows:

8        1.    On May 11, 2018, the Allstate Parties filed their Motion for Protective Order [ECF

9    No. 281] (the "Motion");

10       2.    The Radar Parties presently have until May 25, 2018 to file their Response to the

11   Motion;

12       3.    Due to scheduling conflicts for the Radar Parties' counsel, including the preparation

13   of an unanticipated report in an unrelated matter on an expedited basis, the Radar Parties shall now

14   have up to and including June 6, 2018 to file their Response to the Motion; and

15   / / /

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

4.      This is the first stipulation to extend the deadline to file the Response to the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 24th day of May, 2018.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE
PLLC

By:    /s/ Eron Z. Cannon
       ERON Z. CANNON
       701 Fifth Avenue, Suite 4750
       Seattle, WA 98104

       DYLAN P. TODD
       TODD W. BAXTER
       McCORMICK, BARSTOW,
       SHEPPARD, WAYTE & CARRUTH
       LLP
       8337 West Sunset Road, Suite 350
       Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 24th day of May, 2018.

BAILEY✦KENNEDY

By:    /s/ Joshua P. Gilmore
       DENNIS L. KENNEDY
       JOSEPH A. LIEBMAN
       JOSHUA P. GILMORE
       8984 Spanish Ridge Avenue
       Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  May 25, 2018
        _____