# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | Case No. 2:15-cv-01786-APG-CWH |
| Plaintiffs, | **ORDER** |
| v. | |
| RUSSELL J. SHAH, MD, et al., | |
| Defendants. | |

Presently before the court is plaintiff's Motion to Remove Attorney Jared P. Green, as Counsel for Plaintiffs/Counterdefendants (ECF No. 296), filed on June 7, 2018. Defendant moves the court to remove Jared P. Green as counsel for plaintiffs and from the electronic service of this case.

IT IS THEREFORE ORDERED that defendant's Motion to Remove Attorney Jared P. Green (ECF No. 296) is GRANTED.

DATED: June 13, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE