DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | CASE NO. 2:15-cv-01786-APG-CWH |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [281]** |
| v. | |
| RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200, | **(First Request)** |
| Defendants. | |
| AND RELATED CLAIMS | |

2:15-cv-01786-APG-CWH

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [281]**

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, by and through their attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC, and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, by and through their attorneys of record of the law firm BAILEY KENNEDY, hereby stipulate and agree as follows:

1. On May 11, 2018, Plaintiffs filed a Motion for Protective Order [ECF No. 281];
2. Defendants filed a Response on June 6, 2018 [ECF No. 294];
3. Pursuant to an agreement between the parties, Plaintiffs shall now have until June 22, 2018 to file a Reply in Support of Plaintiffs' Motion for Protective Order; and
4. This is the first Stipulation to extend the deadline for the Reply to Defendants' Response. This Stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 13th day of June, 2018.

    McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP

    By  */s/ Dylan P. Todd*
        DYLAN P. TODD, ESQ.
        Nevada Bar No. 10456
        TODD W. BAXTER, ESQ.
        Admitted Pro Hac Vice
        8337 West Sunset Road, Suite 350
        Las Vegas, NV 89113

    Attorneys for Plaintiffs/Counterdefendants

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2    2:15-cv-01786-APG-CWH
**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [281]**

DATED this 13th day of June, 2018.

BAILEY KENNEDY

By */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorneys for Defendants & Counterclaimant

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 14, 2018

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3   2:15-cv-01786-APG-CWH

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR PROTECTIVE ORDER [281]**