DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*\*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>    Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>    Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER [ECF No. 309]**<br><br>**(First Request)** |

2:15-cv-01786-APG-CWH

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER [ECF No. 309]**

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, by and through their attorneys of record of the law firms McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP, and FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC, and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, by and through their attorneys of record of the law firm BAILEY KENNEDY, hereby stipulate and agree as follows:

1. On July 13, 2018, Defendants filed their Renewed Motion for Protective Order [ECF No. 309] (the "Motion");
2. Plaintiffs' Response to the Motion is presently due on July 27, 2018;
3. Pursuant to an agreement between the parties, Plaintiffs shall now have until Friday, August 3, 2018 to file a Response to the Motion; and
4. This is the first Stipulation to extend the deadline for the Response to the Motion. This Stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 23rd day of July, 2018.

>      McCORMICK, BARSTOW, SHEPPARD,
>      WAYTE & CARRUTH LLP
>
>      By  */s/ Dylan P. Todd*
>      DYLAN P. TODD, ESQ.
>      Nevada Bar No. 10456
>      TODD W. BAXTER, ESQ.
>      Admitted Pro Hac Vice
>      8337 West Sunset Road, Suite 350
>      Las Vegas, NV 89113
>
>      Attorneys for Plaintiffs/Counterdefendants

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2     2:15-cv-01786-APG-CWH
**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER [ECF No. 309]**

DATED this 23rd day of July, 2018.

BAILEY KENNEDY

By */s/ Joshua P. Gilmore*
DENNIS L. KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, NV 89148
Attorneys for Defendants & Counterclaimant

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 25, 2018

03246-01559 5241727.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113