DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
ANDREA M. CHAMPION
Nevada Bar No. 13461
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.;  and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ALLSTATE INSURANCE COMPANY,
ALLSTATE PROPERTY & CASUALTY
INSURANCE COMPANY, ALLSTATE
INDEMNITY COMPANY, and ALLSTATE
FIRE & CASUALTY INSURANCE
COMPANY,

                      Plaintiffs,

          vs.

RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.;  and RADAR MEDICAL
GROUP, LLP dba UNIVERSITY URGENT
CARE, Does 1-100, and ROES 101-200,

                      Defendants.

AND RELATED CLAIMS.

Case No.  2:15-cv-01786-APG-CWH

**STIPULATION AND ORDER TO
EXTEND DEADLINE FOR
DEFENDANTS' REPLY TO
PLAINTIFFS' RESPONSE TO
DEFENDANTS' RENEWED MOTION
FOR PROTECTIVE ORDER**

**(First Request)**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1         Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE

2  PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,

3  and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and

4  Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR

5  MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD.,

6  and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of

7  record, stipulate and agree as follows:

8        1.      On July 13, 2018, the Radar Parties filed their Renewed Motion for Protective Order

9  [ECF No. 309] (the "Motion");

10       2.      Following a stipulated extension of time that was approved by the Court [ECF No.

11  311], on August 3, 2018, the Allstate Parties filed their Response to the Motion [ECF No. 312];

12       3.      The Radar Parties presently have until August 10, 2018 to file their Reply to the

13  Response to the Motion;

14       4.      Due to scheduling conflicts for the Radar Parties' counsel, the Radar Parties shall

15  now have up to and including August 17, 2018 to file their Reply; and

16  / / /

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    5.    This is the first stipulation to extend the deadline to file the Reply to the Response to

2    the Motion.  This stipulation is made in good faith and not to delay the proceedings.

3        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4    DATED this 7th day of August, 2018.        DATED this 7th day of August, 2018.

5    McCORMICK, BARSTOW, SHEPPARD,        BAILEY❖KENNEDY
     WAYTE & CARRUTH LLP

6                            By:    /s/ Joshua P. Gilmore
                                        DENNIS L. KENNEDY
7    By:    /s/ Dylan P. Todd                    JOSEPH A. LIEBMAN
            DYLAN P. TODD                        JOSHUA P. GILMORE
8            TODD W. BAXTER                      ANDREA M. CHAMPION
             8337 West Sunset Road, Suite 350    8984 Spanish Ridge Avenue
9            Las Vegas, NV 89113                 Las Vegas, NV 89148

10           ERON Z. CANNON                 *Attorneys for Defendants & Counterclaimant*
             FAIN ANDERSON VANDERHOEF
11           ROSENDAHL O'HALLORAN
             SPILLANE PLLC
12           701 Fifth Avenue, Suite 4750
             Seattle, WA 98104
13
     *Attorneys for Plaintiffs/Counterdefendants*
14

15       **IT IS SO ORDERED.**

16       _____
         UNITED STATES MAGISTRATE JUDGE
17

18       DATED: August 8, 2018
                _____
19

20

21

22

23

24

25

26

27

28