1 | DENNIS L. KENNEDY
Nevada Bar No. 1462
2 | JOSEPH A. LIEBMAN
Nevada Bar No. 10125
3 | JOSHUA P. GILMORE
Nevada Bar No. 11576
4 | ANDREA M. CHAMPION
Nevada Bar No. 13461
5 | **BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
6 | Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
7 | Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
8 | JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
9 | AChampion@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANTS' RENEWED MOTION FOR PROTECTIVE ORDER REGARDING PLAINTIFFS' DEPOSITIONS OF DEFENDANTS RUSSELL J. SHAH, M.D. AND DIPTI R. SHAH, M.D. [ECF NO. 309] AND TO VACATE THE SEPTEMBER 4, 2018 HEARING** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On July 13, 2018, the Radar Parties filed their Renewed Motion for Protective Order [ECF No. 309] (the "Motion");

2. On August 3, 2018, the Allstate Parties filed their Response to the Motion [ECF No. 312];

3. Pursuant to Minute Order dated August 21, 2018 [ECF No. 317], the Motion is set for hearing on September 4, 2018, at 1:30 p.m.;

4. On August 16, 2018, in *Allstate Insurance Company, et al. v. Marjorie Belsky, M.D., et al.*, Case No. 2:15-cv-02265-MMD-CWH (the "*Belsky/Tarquino* Matter"), the Court denied a similar motion for protective order filed by the defendants [*see* ECF No. 332];

5. Based on the August 16, 2018 decision in the *Belsky/Tarquino* Matter, the Radar Parties withdraw their Motion;

6. Subject to approval of the Court, the September 4, 2018 hearing should be taken off calendar; and

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

7. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 28th day of August, 2018.                    DATED this 28th day of August, 2018.

McCORMICK, BARSTOW, SHEPPARD,                           BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

                                                       By: */s/ Joshua P. Gilmore*
                                                           DENNIS L. KENNEDY
By: */s/ Dylan P. Todd*                     JOSEPH A. LIEBMAN
     DYLAN P. TODD                        JOSHUA P. GILMORE
     TODD W. BAXTER                   ANDREA M. CHAMPION
     8337 West Sunset Road, Suite 350     8984 Spanish Ridge Avenue
     Las Vegas, NV 89113                   Las Vegas, NV 89148

     ERON Z. CANNON                 *Attorneys for Defendants & Counterclaimant*
     FAIN ANDERSON VANDERHOEF
     ROSENDAHL O'HALLORAN
     SPILLANE PLLC
     701 Fifth Avenue, Suite 4750
     Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.** The September 4, 2018 hearing at 1:30 p.m. is hereby VACATED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 29, 2018