UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DR. RUSSELL J. SHAH, M.D., et al., <br><br> Defendants. | Case No. 2:15-cv-01786-APG-CWH <br><br> **ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER REGARDING SUBPOENAS AND PROTECTIVE ORDER** <br><br> (ECF No. 278, 292) |

On April 19, 2018, Magistrate Judge Hoffman orally ruled from the bench denying the Radar Defendants'[1] motions to quash and for a protective order (ECF Nos. 227, 228). ECF Nos. 271, 275. The Radar Defendants filed both an objection to Judge Hoffman's ruling and a motion for leave to file a reply in support of their objection. ECF Nos. 278, 292.

I have reviewed the objection, Judge Hoffman's ruling, the transcript of the April 19, 2018 hearing, and the underlying papers. Judge Hoffman's Order is not clearly erroneous or contrary to law. Local Rule IB 3-1(a). Therefore, Magistrate Judge Hoffman's ruling **(ECF Nos. 271, 275) is affirmed** in its entirety, and the Radar Defendants' objection **(ECF No. 278) is overruled**. In addition, I reviewed the Radar Defendants' proposed reply. It did not help clarify the issues or assist me in ruling on the objection. Therefore, the motion for leave to file a reply **(ECF No. 292) is denied as moot**.

DATED this 24th day of September, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] "Radar Defendants" refers to defendants Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care.