DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone:   (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants. | CASE NO.   2:15-cv-01786-APG-CWH<br><br>**STIPULATION TO INCLUDE BERTOLDO BAKER CARTER & SMITH INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA** |
| AND RELATED CLAIMS | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

2:15-cv-01786-APG-CWH

STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND
PROTECTIVE ORDER (ECF NO. 39)

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and the law firm of BERTOLDO BAKER CARTER & SMITH (non-party herein after referred to as "BBC&S") hereby stipulate and agree as follows:

1. Plaintiffs served BBC&S with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during BBC&S's representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. BBC&S provided a written objection to the Rule 45 subpoena.

3. BBC&S is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Belsky, et. al. Case No. 2:15-cv-00065-MMD-CWH ("Belsky")*.

4. BBC&S understands that this Court presides over both the instant matter as well as the *Belsky* matter, and that this Court has ruled consistently in both these cases and ordered other law firms to produce the same type of documents request of BBC&S.

5. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on May 20, 2016. (ECF No. 39).

6. BBC&S was not a party to the stipulated confidentiality and protective order. (ECF No. 39).

7. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 39) be applied to those law firms.

8. In accordance with this Court's prior rulings both in this action and in the *Belsky* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on May 20, 2016. (ECF No. 39) be extended in their entirety to cover BBC&S in its compliance with Plaintiffs' subpoena.

///

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 360
LAS VEGAS, NV 89113

1                                                                                                        2:15-cv-01786-APG-CWH
**STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39)**

9. BBC&S will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

Dated: 1/4/19                                                    Dated:

McCORMICK, BARSTOW, SHEPPARD,                                    BERTOLDO BAKER CARTER & SMITH
WAYTE & CARRUTH LLP

By:                                                              By:
DYLAN P. TODD, ESQ.                                              John Lowry Bertoldo, Esq.
Nevada Bar No. 10456                                             Nevada Bar No. 2261
8337 West Sunset Road, Suite 350                                 7408 W. Sahara Avenue
Las Vegas, NV 89113                                              Las Vegas, NV 89117
*Attorneys for Plaintiffs/Counterdefendants*                     702-228-2600

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001559 5553236.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD. SUITE 350
LAS VEGAS, NV 89113

2                                                                                                  2:15-cv-01786-APG-CWH
STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND
PROTECTIVE ORDER (ECF NO. 39)