1  DYLAN P. TODD
   Nevada Bar No. 10456
2  TODD W. BAXTER
   Admitted Pro Hac Vice
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
5  Telephone: (702) 949-1100
   Facsimile:  (702) 949-1101
6  dylan.todd@mccormickbarstow.com
   todd.baxter@mccormickbarstow.com
7
   ERON Z. CANNON
8  Nevada Bar No. 8013
   FAIN ANDERSON VANDERHOEF
9  ROSENDAHL O'HALLORAN SPILLANE PLLC
   701 5th Avenue #4750
10 Seattle, Washington 98104
   Telephone:   (206) 749-0094
11 Facsimile: (206) 749-0194
   eron@favros.com
12
   Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.    2:15-cv-01786-APG-CWH<br><br>**STIPULATION TO INCLUDE ZHENGYI LAW GROUP INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA** |

2:15-cv-01786-APG-CWH

STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND
PROTECTIVE ORDER (ECF NO. 39)

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and ZHENGYI LAW GROUP (non-party herein after referred to as "ZHENGYI") hereby stipulate and agree as follows:

1. Plaintiffs served ZHENGYI with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during ZHENGYI's representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. ZHENGYI is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Belsky, et. al.* Case No. 2:15-cv-00065-MMD-CWH ("*Belsky*").

3. ZHENGYI understands that this Court presides over both the instant matter as well as the *Belsky* matter, and that this Court has ruled consistently in both these cases and ordered other law firms to produce the same type of documents request of ZHENGYI.

4. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on May 20, 2016. (ECF No. 39).

5. ZHENGYI was not a party to the stipulated confidentiality and protective order. (ECF No. 39).

6. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 39) be applied to those law firms.

7. In accordance with this Court's prior rulings both in this action and in the *Belsky* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on May 20, 2016. (ECF No. 39) be extended in their entirety to cover ZHENGYI in its compliance with Plaintiffs' subpoena.

///

///

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

8. ZHENGYI will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

Dated: 1/3/19                                    Dated: January 2, 2019

McCORMICK, BARSTOW, SHEPPARD,         ZHENGYI LAW GROUP LTD.
WAYTE & CARRUTH LLP

By: _____        By: _____/s/ Andrew J. VanNess_____
       DYLAN P. TODD, ESQ.                        Andrew J. VanNess, Esq.
       Nevada Bar No. 10456                        Nevada Bar No. 9709
       8337 West Sunset Road, Suite 350            3815 S. Jones Blvd., Ste. 1
       Las Vegas, NV 89113                         Las Vegas, NV 89103
       *Attorneys for Plaintiffs/Counterdefendants*    702-868-8248

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001559 5561734.1

2                                                              2:15-cv-01786-APG-CWH
**STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39)**

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113