1  DYLAN P. TODD
   Nevada Bar No. 10456
2  TODD W. BAXTER
   Admitted Pro Hac Vice
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
5  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
6  dylan.todd@mccormickbarstow.com
   todd.baxter@mccormickbarstow.com
7
   ERON Z. CANNON
8  Nevada Bar No. 8013
   FAIN ANDERSON VANDERHOEF
9  ROSENDAHL O'HALLORAN SPILLANE PLLC
   701 5th Avenue #4750
10 Seattle, Washington 98104
   Telephone: (206) 749-0094
11 Facsimile: (206) 749-0194
   eron@favros.com
12
   Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-CWH<br><br>**STIPULATION TO INCLUDE NETTLES LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:15-cv-01786-APG-CWH

**STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39)**

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and the NETTLES LAW FIRM (non-party herein after referred to as "NETTLES") hereby stipulate and agree as follows:

1. Plaintiffs served NETTLES with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during NETTLES' representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. NETTLES provided a written objection to the Rule 45 subpoena.

3. NETTLES is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Belsky, et. al. Case No. 2:15-cv-00065-MMD-CWH ("Belsky")*.

4. NETTLES understands that this Court presides over both the instant matter as well as the *Belsky* matter, and that this Court has ruled consistently in both these cases and ordered other law firms to produce the same type of documents request of NETTLES.

5. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on May 20, 2016. (ECF No. 39).

6. NETTLES was not a party to the stipulated confidentiality and protective order. (ECF No. 39).

7. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 39) be applied to those law firms.

8. In accordance with this Court's prior rulings both in this action and in the *Belsky* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on May 20, 2016. (ECF No. 39) be extended in their entirety to cover NETTLES in its compliance with Plaintiffs' subpoena.

///

9. NETTLES will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

Dated: 1/3/19

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
*Attorneys for Plaintiffs/Counterdefendants*

Dated: 01/03/2019

NETTLES LAW FIRM

By: _____
Christian M. Morris, Esq.
Nevada Bar No. 11218
1389 Galleria Dr., #200
Henderson, NV 89014
702-434-8282

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001559 5559609.1