1  DYLAN P. TODD
   Nevada Bar No. 10456
2  TODD W. BAXTER
   Admitted Pro Hac Vice
3  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
4  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada 89113
5  Telephone: (702) 949-1100
   Facsimile: (702) 949-1101
6  dylan.todd@mccormickbarstow.com
   todd.baxter@mccormickbarstow.com
7
   ERON Z. CANNON
8  Nevada Bar No. 8013
   FAIN ANDERSON VANDERHOEF
9  ROSENDAHL O'HALLORAN SPILLANE PLLC
   701 5th Avenue #4750
10 Seattle, Washington 98104
   Telephone:  (206) 749-0094
11 Facsimile: (206) 749-0194
   eron@favros.com
12
   Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.  2:15-cv-01786-APG-CWH<br><br>STIPULATION TO INCLUDE RALPH PORTER & ASSOCIATES INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2:15-cv-01786-APG-CWH

STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39)

1   Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE
2   PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY,
3   and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and
4   the law firm RALPH PORTER & ASSOCIATES (non-party herein after referred to as "RP&A")
5   hereby stipulate and agree as follows:

6   1.   Plaintiffs served RP&A with a subpoena pursuant to F.R.C.P. 45 for the production of
7   documents regarding communications and payments made by and between Law Firm and the
8   Defendants during RP&A's representation of certain clients in personal injury claims for which
9   Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

10  2.   RP&A is aware that Plaintiffs have subpoenaed several law firms seeking the same
11  type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v.*
12  *Belsky, et. al. Case No. 2:15-cv-00065-MMD-CWH ("Belsky").*

13  3.   RP&A understands that this Court presides over both the instant matter as well as the
14  *Belsky* matter, and that this Court has ruled consistently in both these cases and ordered other law
15  firms to produce the same type of documents request of RP&A.

16  4.   A stipulated confidentiality and protective order in this case entered between Plaintiffs
17  and Defendants for the disclosure of confidential, sensitive or other protected information was
18  approved by this Court on May 20, 2016. (ECF No. 39).

19  5.   RP&A was not a party to the stipulated confidentiality and protective order. (ECF No.
20  39).

21  6.   In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also
22  ordered that the confidentiality and protective order (ECF No. 39) be applied to those law firms.

23  7.   In accordance with this Court's prior rulings both in this action and in the *Belsky*
24  matter, the parties hereby stipulate and agree that the protections and scope articulated in the
25  Stipulated Confidentiality and Protective Order approved by this Court on May 20, 2016. (ECF No.
26  39) be extended in their entirety to cover RP&A in its compliance with Plaintiffs' subpoena.
27  ///
28  ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W Sunset Rd, Suite 350
Las Vegas, NV 89113

1                                                                        2:15-cv-01786-APG-CWH
STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND
PROTECTIVE ORDER (ECF NO. 39)

8. RP&A will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

Dated:  Dated: 1/3/19

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

RALPH PORTER & ASSOCIATES

By: _____
DYLAN P. TODD, ESQ.
Nevada Bar No. 10456
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
*Attorneys for Plaintiffs/Counterdefendants*

By: _____
Ralph E. Porter, Esq.
Nevada Bar No. 4130
525 S 9th Street
Las Vegas, NV 89101
702-384-5800

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001559 5561751.1