DYLAN P. TODD
Nevada Bar No. 10456
TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
dylan.todd@mccormickbarstow.com
todd.baxter@mccormickbarstow.com

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
eron@favros.com

Attorneys for Plaintiffs/Counterdefendants

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO.  2:15-cv-01786-APG-CWH<br><br>**STIPULATION TO INCLUDE HANRATTY LAW GROUP INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39) FOR THE DISCLOSURE OF DOCUMENTS PURSUANT TO F.R.C.P. 45 SUBPOENA** |

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (collectively referred to as the "Plaintiffs"), and HANRATTY LAW GROUP (non-party herein after referred to as "HANRATTY") hereby stipulate and agree as follows:

1. Plaintiffs served HANRATTY with a subpoena pursuant to F.R.C.P. 45 for the production of documents regarding communications and payments made by and between Law Firm and the Defendants during HANRATTY's representation of certain clients in personal injury claims for which Plaintiffs paid on settlement on behalf of Plaintiffs' insureds.

2. HANRATTY is aware that Plaintiffs have subpoenaed several law firms seeking the same type of information pursuant to Rule 45 in this case, as well as a companion sister-lawsuit *Allstate v. Belsky, et. al. Case No. 2:15-cv-00065-MMD-CWH ("Belsky")*.

3. HANRATTY understands that this Court presides over both the instant matter as well as the *Belsky* matter, and that this Court has ruled consistently in both these cases and ordered other law firms to produce the same type of documents request of HANRATTY.

4. A stipulated confidentiality and protective order in this case entered between Plaintiffs and Defendants for the disclosure of confidential, sensitive or other protected information was approved by this Court on May 20, 2016. (ECF No. 39).

5. HANRATTY was not a party to the stipulated confidentiality and protective order. (ECF No. 39).

6. In ordering compliance with Plaintiffs' subpoenas to other law firms, this Court also ordered that the confidentiality and protective order (ECF No. 39) be applied to those law firms.

7. In accordance with this Court's prior rulings both in this action and in the *Belsky* matter, the parties hereby stipulate and agree that the protections and scope articulated in the Stipulated Confidentiality and Protective Order approved by this Court on May 20, 2016. (ECF No. 39) be extended in their entirety to cover HANRATTY in its compliance with Plaintiffs' subpoena.

///

///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

1

2:15-cv-01786-APG-CWH

**STIPULATION TO INCLUDE LAW FIRM INTO THE STIPULATED CONFIDENTIALITY AND PROTECTIVE ORDER (ECF NO. 39)**

8. HANRATTY will produce all documents responsive to the subpoena within ten (10) days of approval and entry of this Order by the Court.

IT IS SO STIPULATED.

Dated:                                                      Dated:

McCORMICK, BARSTOW, SHEPPARD,              HANRATTY LAW GROUP
WAYTE & CARRUTH LLP

By: _____                 By: _____
DYLAN P. TODD, ESQ.                         Kari J. Hanratty, Esq.
Nevada Bar No. 10456                        Nevada Bar No. 7677
8337 West Sunset Road, Suite 350            1815 Village Center Circle, Suite 140
Las Vegas, NV 89113                         Las Vegas, NV 89134
*Attorneys for Plaintiffs/Counterdefendants*   702-821-1379

## ORDER

IT IS SO ORDERED.

DATED this 14 day of January, 2019.

_____
UNITED STATES MAGISTRATE JUDGE

003246-001559 5561719.1