DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
ANDREA M. CHAMPION
Nevada Bar No. 13461
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.;  and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200, <br><br> Defendants. | Case No.  2:15-cv-01786-APG- DJA <br><br> **STIPULATION AND ORDER TO AMEND THE STIPULATED CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER** |

The parties, by and through their respective counsel of record, hereby stipulate and agree to

amend the Stipulated Confidentiality Agreement and Protective Order ("Stipulated Protective

Order"), previously entered by this Court on May 20, 2016 [ECF No. 39].

///

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Specifically, the parties stipulate and agree to amend the definition of "Confidential

2    Information" in Section II of the Stipulated Protective Order to now read as follows:

3
4
5
6
7
8
9
10
11
12
13
14

> "Confidential Information" shall mean and include information, testimony, interrogatory responses, responses to requests for admissions, documents, materials, items and tangible things produced, disclosed or otherwise exchanged in discovery in this action, regardless of the medium or manner generated, stored or maintained (collectively, "Discovery Material"), (i) which has not been made public, and (ii) which constitutes protected health information (as defined under HIPAA) pertaining to those non-parties (a) who are identified (by initials) in Exhibit "A" to the Amended Complaint for Damages and Demand for Jury Trial [ECF No. 41] (the "Amended Complaint") or (b) who are identified (by initials) in Exhibit "C" to this protective order in regards to Defendants' Amended Counterclaims [ECF No. 145] (the "Amended Counterclaims"), and/or (iii) which constitutes trade secrets, confidential research and development information, know-how, proprietary data, commercial information, company policies or practices, financial information, accounting information, business strategies, personnel files, and/or highly personal and sensitive information, (iv) which the producing party maintains in confidence, and; (iv) which the producing party in good faith believes that the unprotected disclosure or production of which may result in economic or competitive injury or harm to or invasion of its rights or the rights of a non-party to this action.

15    The parties further stipulate and agree that Exhibit "C", as referenced in the above amended

16    definition of "Confidential Information," a copy of which is attached hereto, shall be deemed to be

17    affixed to and made a part of the Stipulated Protective Order.

18    The parties further stipulate and agree that compliance with Section 4.4 of the Stipulated

19    Protective Order is not required prior to any disclosure or use of protected health information for

20    those patients identified (by initials) in Exhibit "C."

21    This Stipulation is brought in good faith and not for the purpose of delay.

22    ///

23    ///

24    ///

25    ///

26    ///

27    ///

28    ///

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    Based on the foregoing, the parties respectfully request that the Court approve this

2    Stipulation and hereby amend the Stipulated Protective Order as outlined above.  Except as amended

3    by this Stipulation, all provisions of the Stipulated Protective Order shall remain unmodified and in

4    full force and effect.

5        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

6    DATED this 26th day of October, 2020.          DATED this 26th day of October, 2020.

7    McCORMICK, BARSTOW, SHEPPARD,                  BAILEY❖KENNEDY
     WAYTE & CARRUTH LLP

8                                                   By:    Andrea M. Champion
                                                           DENNIS L. KENNEDY
9    By:    Todd W. Baxter                                 JOSEPH A. LIEBMAN
            TODD W. BAXTER                                 JOSHUA P. GILMORE
10          8337 West Sunset Road, Suite 350              ANDREA M. CHAMPION
            Las Vegas, NV 89113                            8984 Spanish Ridge Avenue
11                                                         Las Vegas, NV 89148
            ERON Z. CANNON
12          JENNIFER M. SMITROVICH               *Attorneys for Defendants & Counterclaimant*
            FAIN ANDERSON VANDERHOEF
13          ROSENDAHL O'HALLORAN
            SPILLANE PLLC
14          701 Fifth Avenue, Suite 4750
            Seattle, WA 98104

15
            DYLAN P. TODD
16          FORAN GLENNON PALANDECH
            PONZI & RUDLOFF PC
17          2200 Paseo Verde Pkwy., Suite 280
            Henderson, NV 89052

18
     *Attorneys for Plaintiffs/Counterdefendants*
19

20       **IT IS SO ORDERED.**

21                                               _____
                                                 UNITED STATES MAGISTRATE JUDGE
22
                                                        October 27, 2020
23                                               DATED:_____

24

25

26

27

28

Page **3** of **3**

*Left margin:* BAILEY❖KENNEDY 8984 SPANISH RIDGE AVENUE LAS VEGAS, NEVADA 89148-1302 702.562.8820

# EXHIBIT C

# EXHIBIT C

*Allstate v. Shah*

## EXHIBIT C

## ADDITIONAL CLAIMANT DOCUMENTS PRODUCED BY ALLSTATE

| Allstate Claim No. | Date of Loss | Claimant Initials |
|---|---|---|
| 0315614024 | 02/05/14 | JB |
| 0356078303 | 01/27/15 | RC |
| 0383311677 | 09/06/15 | JC |
| 0383779352 | 09/11/15 | IB |
| 0387327414 | 09/22/15 | TR |
| 0385214291 | 09/23/15 | WT |
| 0385498983 | 09/25/15 | JGC |
| 0386140461 | 09/29/15 | DL |
| 0386251003 | 10/02/15 | AJ |
| 0386585772 | 10/05/15 | EG |
| 0388040123 | 10/16/15 | JF |
| 0404642613 | 10/21/15 | MB |
| 0388951451 | 10/24/15 | AS |
| 0389086983 | 10/26/15 | IA |
| 0389147224 | 10/26/15 | AS, AS |
| 0390429355 | 10/27/15 | DH, FG |
| 0389615708 | 10/28/15 | BN, AS |
| 0389732289 | 10/29/15 | WC |
| 0390823169 | 11/06/15 | WC |
| 0391134467 | 11/10/15 | NG |
| 0410228019 | 11/13/15 | WG |
| 0392849931 | 11/23/15 | EM |
| 0392735956 | 11/24/15 | JGV |
| 0393731724 | 11/27/15 | MS |
| 0393449525 | 12/01/15 | SH |
| 0393703087 | 12/03/15 | MS |
| 0395053515 | 12/04/15 | JD |
| 0393988118 | 12/06/15 | MV |
| 0394384564 | 12/09/15 | KMB |
| 0394650535 | 12/09/15 | SC |
| 0394626097 | 12/11/15 | LS |
| 0395363625 | 12/17/15 | PA, IA |
| 0395876055 | 12/18/15 | ACR |
| 0395822935 | 12/22/15 | VC |
| 0395583925 | 12/19/15 | CV |
| 0395859499 | 12/22/15 | JL |
| 0396601403 | 12/26/15 | JG |
| 0396601593 | 12/27/15 | AF |

| Allstate Claim No. | Date of Loss | Claimant Initials |
|---|---|---|
| 0315614024 | 02/05/14 | JB |
| 0356078303 | 01/27/15 | RC |
| 0397082900 | 01/04/16 | AK |
| 0398036194 | 01/12/16 | PB |
| 0398542613 | 01/14/16 | DR |
| 0399222751 | 01/15/16 | SB, RH |
| 0398761213 | 01/17/16 | SB |
| 0398771782 | 01/18/16 | SR |
| 0399184381 | 01/19/16 | DA |
| 0399213008 | 01/21/16 | RA |
| 0400261665 | 01/30/16 | JG |
| 0401704416 | 02/11/16 | KVR |
| 0401755616 | 02/12/16 | KF |
| 0401888722 | 02/14/16 | JR, CB |
| 0401981824 | 02/14/16 | PA |
| 0402723621 | 02/21/16 | RLL |
| 0403129141 | 02/13/16 | BW |
| 0404498601 | 03/04/16 | FP |
| 0404900656 | 03/09/16 | DCA |
| 0405984097 | 03/18/16 | AT |
| 0406798610 | 03/23/16 | MD, MG |
| 0409429479 | 04/06/16 | TN |
| 0408720779 | 04/08/16 | BA |
| 0408088367 | 04/14/16 | RR |
| 0410220305 | 04/19/16 | SS |
| 0410660534 | 04/21/16 | LM |
| 0411738305 | 04/30/16 | CF |
| 0412369027 | 05/05/16 | JVE |
| 0413391467 | 05/12/16 | MA |
| 0417076056 | 06/13/16 | KS |
| 0417254612 | 06/07/16 | RJ |
| 0417717246 | 06/17/16 | FV |
| 0417945771 | 06/18/16 | ESL |
| 0419314810 | 06/30/16 | OAC |
| 0419586325 | 07/01/16 | JD |
| 0420087165 | 07/06/16 | OL |
| 0421736299 | 07/18/16 | LM, LD |
| 0423367358 | 07/26/16 | WB |
| 0422660613 | 07/27/16 | JN, PN |
| 0424254126 | 08/08/16 | WC |
| 0424434520 | 08/09/16 | AM, AM |
| 0427424411 | 09/02/16 | BE |
| 0435068879 | 11/06/16 | CM |
| 0435845862 | 11/13/16 | TT |

| Allstate Claim No. | Date of Loss | Claimant Initials |
|---|---|---|
| 0315614024 | 02/05/14 | JB |
| 0356078303 | 01/27/15 | RC |
| 0437723083 | 11/30/16 | AL, GP |
| 0439746669 | 12/18/16 | SG |
| 0442712303 | 01/15/17 | JJ |
| 0443978895 | 01/25/17 | MF |
| 0488060559 | 01/08/18 | JA |
| 0493472096 | 02/26/18 | DB, TB, CB, AB |
| 0494794126 | 03/10/18 | TG, KG |
| 0495002909 | 03/12/18 | SBC |
| 0504355793 | 06/02/18 | JH |
| 0505852442 | 06/08/18 | FH |
| 0505373274 | 06/11/18 | AQ |
| 0509287140 | 06/13/18 | DL |
| 0506337492 | 06/18/18 | FS |
| 0558905642 | 07/18/18 | LH |
| 0510155518 | 07/19/18 | RP |
| 0515746071 | 08/31/18 | FM |
| 0515530103 | 09/01/18 | EC, BC, JE, LSC, RA |
| 0563204817 | 09/21/18 | RC |
| 0519488225 | 10/04/18 | JB |
| 0522796241 | 10/30/18 | SC |
| 0525025409 | 11/18/18 | LF |
| 0526213913 | 11/28/18 | DS |
| 0528017486 | 12/14/18 | AR |
| 0529877788 | 12/21/18 | SMP |
| 0553340571 | 03/16/19 | MT |
| 0540985801 | 04/07/19 | KK |
| 0543014807 | 04/23/19 | AS |
| 0543472260 | 04/26/19 | MM |
| 0545432866 | 05/12/19 | ICH |
| 0547141879 | 05/27/19 | FM |
| 0548496602 | 05/27/19 | FM |
| 0551461593 | 06/29/19 | JMS |
| 0552171381 | 07/03/19 | HD |
| 0558494159 | 08/25/19 | ACM |

003246-001559 6949732.1