Eron Z. Cannon, NV Bar No. 8013
eron@favros.com
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLAN SPILLANE PLLC
701 5th Avenue, Suite 470
Seattle, WA 98104
Telephone: 206-749-0094

Todd W. Baxter *(admitted Pro Hac Vice)*
Todd.baxter@mccormickbarstow.com
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone: 702-949-1100

Dylan P. Todd, NV Bar No. 10456
dtodd@fgppr.com
Lee H. Gorlin, NV Bar No. 13879
FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052
Telephone: 702-827-1510

*Attorneys for Plaintiff/Counter-defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., AND RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200, <br><br> Defendants <br><br> AND RELATED CLAIMS | CASE NO. 2:15-cv-001786-APG- DJA <br><br><br> **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL DYLAN P. TODD AND LEE H. GORLIN AS COUNSEL OF RECORD FOR PLAINTIFFS** |

Plaintiffs Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively "Plaintiffs") hereby advise the Court and all parties that Dylan P. Todd and Lee H. Gorlin have withdrawn from the case as attorneys of record for these Plaintiffs and should be removed from all service lists. Effective May 14, 2021, Dylan P. Todd and Lee H. Gorlin are no longer affiliated with Foran Glennon Palandech Ponzi & Rudloff  PC.   Since Fain Anderson Vanderhoef Rosendahl O'Hallan Spillane PLLC and Mccormick, Barstow, Sheppard, Wayte & Carruth LLP still represent these Plaintiffs, no parties are prejudiced by the withdrawal of Dylan P. Todd and Lee H. Gorlin.

Dated this 14th day of May 2021.

FORAN GLENNON PALANDECH
PONZI & RUDLOFF PC


By: ___/s/ *Dylan Todd*_____
Dylan P. Todd (NV Bar No. 10456)
Lee H. Gorlin (NV Bar No. 13879)
2200 Paseo Verde Parkway, Suite 280
Henderson, NV 89052

*Attorneys for Plaintiffs/Counter-defendants*

**IT IS SO ORDERED.**

DATED: May 17, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

As an employee of Foran Glennon, I certify that a copy of the foregoing **NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL DYLAN P. TODD AS COUNSEL OF RECORD FOR PLAINTIFFS** was served by the method indicated:

☐ **BY FAX:** by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a). A printed transmission record is attached to the file copy of this document(s).

☐ **BY U.S. MAIL:** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed as set forth below.

☒ **BY ELECTRONIC SERVICE:** submitted to the above-entitled Court for electronic service upon the Court's Registered Service List for the above-referenced case.

☐ **BY EMAIL:** by emailing a PDF of the document listed above to the email addresses of the individual(s) listed below.

Dated: May 14, 2021.

*/s/ Regina Brouse*
An Employee of Foran Glennon

FORAN GLENNON PALANDECH PONZI & RUDLOFF PC
2200 Paseo Verde Parkway, Suite 280
Henderson, Nevada 89052