JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:15-cv-01786-APG-DJA
MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S
VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE

On April 15, 2021, this Court issued an order [Doc. 392] granting the Verified Petition for Permission to Practice Pro Hac Vice as to Gregory Scott Mason [Doc. 391] and approving Designation of Local Counsel Dylan P. Todd.

Mr. Todd has changed law firms and has now disassociated from this case. Therefore, plaintiffs hereby designate Jonathan W. Carlson, Nevada Bar No. 10536, as associate resident counsel in this action. Mr. Carlson's contact information is as follows:

>Jonathan W. Carlson #10536
>McCORMICK, BARSTOW, SHEPPARD,
>WAYTE & CARRUTH LLP
>8337 West Sunset Road, Suite 350
>Las Vegas, Nevada 89113
>Telephone: (702) 949-1100
>Facsimile: (702) 949-1101
>*jonathan.carlson@mccormickbarstow.com*

DATED this 24th day of May, 2021

>McCORMICK, BARSTOW, SHEPPARD,
>WAYTE & CARRUTH LLP
>
>
>By    */s/ Todd W. Baxter*
>Jonathan W. Carlson, Nevada Bar No. 10536
>Todd W. Baxter, *Admitted Pro Hac Vice*
>Gregory S. Mason, *Admitted Pro Hac Vice*
>MCCORMICK, BARSTOW, SHEPPARD,
>WAYTE & CARRUTH LLP
>8337 West Sunset Road, Suite 350
>Las Vegas, Nevada 89113
>
>Eron Z. Cannon, Nevada Bar No. 8013
>FAIN ANDERSON VANDERHOEF ROSENDAHL
>O'HALLORAN SPILLANE PLLC
>701 Fifth Avenue, Suite 4750
>Seattle, Washington 98104
>
>Attorneys for Plaintiffs/Counterdefendants

IT IS SO ORDERED.

Dated:   May 25   , 2021

UNITED STATES DISTRICT JUDGE

003246-001559 7637634.1

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On May 24, 2021, I served true copies of the following document(s) described as **MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE** on the interested parties in this action as follows:

Dennis L. Kennedy, Esq.
Joseph A. Liebman, Esq.
Joshua P. Gilmore, Esq.
Andrea Champion, Esq.
BAILEY KENNEDY
8984 Spanish Ridge Avenue
Las Vegas, NV 89148-1302
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
*dkennedy@baileykennedy.com*
*jliebman@baileykennedy.com*
*jgilmore@baileykennedy.com*
*achampion@baileykennedy.com*
*SRusso@baileykennedy.com*
*AMattox@baileykennedy.com*
*ALacroix@baileykennedy.com*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on May 24, 2021, at Fresno, California.

*/s/ Mary M. Souders*
Mary M. Souders

Case No. 2:15-cv-01786-APG-DJA

MOTION TO SUBSTITUTE DESIGNATED LOCAL COUNSEL ON GREGORY SCOTT MASON'S VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE