DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
ANDREA M. CHAMPION
Nevada Bar No. 13461
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.; and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

Bailey❖Kennedy
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
702.562.8820

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | Case No.  2:15-cv-01786-APG-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO THE RADAR PARTIES' MOTION TO STRIKE ALLSTATE'S THIRD SUPPLEMENTAL EXPERT DISCLOSURE** |
| vs. | |
| RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200, | **(First Request)** |
| Defendants. | |
| AND RELATED CLAIMS. | |

/ / /

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.      On June 30, 2021, the Radar Parties filed their Motion to Strike Allstate's Third Supplemental Expert Disclosure [ECF No. 406] (the "Motion");

2.      The Allstate Parties presently have until July 14, 2021 to file their Response to the Motion and the Radar Parties presently have until July 28, 2021 to file their Reply in support of the Motion.

3.      Due to scheduling conflicts for both parties, they now stipulate and agree that the Allstate Parties shall now have up to and including July 28, 2021 to file their Response and the Radar Parties shall now have up to and including August 18, 2021 to file their Reply to Plaintiffs' Response to the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1        4.      This is the first stipulation to extend the briefing related to the Motion.  This

2  stipulation is made in good faith and not to delay the proceedings.

3        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED this 1st day of July, 2021.           DATED this 1st day of July, 2021.

5      FAIN ANDERSON VANDERHOEF     BAILEY❖KENNEDY
       ROSENDAHL O'HALLORAN

6      SPILLANE PLLC          By: */s/ Andrea M. Champion*
                              DENNIS L. KENNEDY

7  By: */s/ Eron Z. Cannon*        JOSEPH A. LIEBMAN
       ERON Z. CANNON        JOSHUA P. GILMORE

8      JENNIFER M. SMITROVICH    ANDREA M. CHAMPION
       701 Fifth Avenue, Suite 4750    8984 Spanish Ridge Avenue

9      Seattle, WA 98104        Las Vegas, NV 89148

10     TODD W. BAXTER       *Attorneys for Defendants & Counterclaimant*
       McCORMICK, BARSTOW,

11     SHEPPARD, WAYTE & CARRUTH
       8337 West Sunset Road, Suite 350

12     Las Vegas, NV 89113

13     TODD W. BAXTER
       GREGORY SCOTT MASON

14     McCORMICK, BARSTOW,
       SHEPPARD, WAYTE & CARRUTH

15     7647 North Fresno Street
       Fresno, CA  93720

16

17 *Attorneys for Plaintiffs/Counterdefendants*

18     **IT IS SO ORDERED.**

19

20                     UNITED STATES MAGISTRATE JUDGE

21

22                 DATED:  July 2, 2021

23

24

25

26

27

28