ERON Z. CANNON, Nevada Bar No. 8013
JENNIFER M. SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone: (206) 749-0094 / Facsimile: (206) 749-0194
eron@favros.com // jennifers@favros.com

TODD W. BAXTER, *Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:   (702) 949-1100 / Facsimile:   (702) 949-1101
renee.maxfield@mccormickbarstow.com // todd.baxter@mccormickbarstow.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants. | Case No.   2:15-cv-01786-APG-DJA<br><br>SECOND STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO THE RADAR PARTIES' MOTION TO STRIKE ALLSTATE'S THIRD SUPPLEMENTAL EXPERT DISCLOSURE |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATEPROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY

SECOND STIUPLATION AND ORDER TO EXTEND BRIEFING SCHEDULE - 1 of 3.

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194

(the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On June 30, 2021, the Radar Parties filed their Motion to Strike Allstate's Third Supplemental Expert Disclosure [ECF No. 406] (the "Motion");

2. On July 1, 2021, the Parties filed a Stipulation and Order to Extend Briefing Schedule Related to the Radar Parties' Motion to Strike Allstate's Third Supplemental Expert Disclosure [ECF No. 408]. The Court signed the stipulated order on July 2, 2021 [ECF No. 409].

2. Based on the revised schedule presented in the first stipulated order, the Allstate Parties have until July 28, 2021 to respond to the Radar Parties' motion. The Radar Parties have until August 18, 2021, to reply.

3. Due to ongoing scheduling conflicts for the Allstate Parties, the Allstate Parties have requested an additional one week extension to the motion briefing schedule. The Radar Parties have agreed to this extension request.

4. The Allstate and Radar Parties now stipulate and agree that the Allstate Parties shall now have up to and including **August 4, 2021** to file their Response and the Radar Parties shall have up to and including **August 25, 2021** to file their Reply to Plaintiffs' Response to the Motion.

5. This is the second stipulation to extend the briefing related to the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 20th day of July, 2021.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE
PLLC

DATED this 20th day of July, 2021.

BAILEY❖KENNEDY

BAILEY KENNEDY, LLP

SECOND STIUPLATION AND ORDER TO EXTEND BRIEFING SCHEDULE - 2 of 3.

By: */s/ Eron Z. Cannon*
    ERON Z. CANNON
    JENNIFER M. SMITROVICH
    FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
    SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

    TODD W. BAXTER
    GREGORY SCOTT MASON
    MCCORMICK, BARSTOW,
    SHEPPARD, WAYTE & CARRUTH
    8337 West Sunset Road, Suite 350
    Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

By: */s/ Andrea S. Champion*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    ANDREA M. CHAMPION
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2021

SECOND STIUPLATION AND ORDER TO EXTEND BRIEFING SCHEDULE - 3 of 3.

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 ・ f. 206-749-0194