DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
ANDREA M. CHAMPION
Nevada Bar No. 13461
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
AChampion@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.; and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE RELATED TO THE RADAR PARTIES' MOTION TO STRIKE ALLSTATE'S THIRD SUPPLEMENTAL EXPERT DISCLOSURE**<br><br>**(Third Request)** |

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On June 30, 2021, the Radar Parties filed their Motion to Strike Allstate's Third Supplemental Expert Disclosure [ECF No. 406] (the "Motion").

2. On July 1, 2021, the parties submitted a Stipulation to Extend Briefing Schedule Related to the Motion [ECF No. 408], extending the deadline for the Allstate Parties to file their Response to the Motion and setting a deadline for the Radar Parties to file their Reply to the Response to the Motion. The Court entered an Order approving the Stipulation on July 2, 2021 [ECF No. 409].

3. On July 21, 2021, the parties submitted a Stipulation to Extend Briefing Schedule Related to the Motion [ECF No. 410], extending the deadline for the Allstate Parties to file their Response to the Motion and setting a deadline for the Radar Parties to file their Reply to the Response to the Motion. The Court entered an Order approving the Stipulation on July 22, 2021 [ECF No. 411].

4. On August 4, 2021, the Allstate Parties filed their Response to the Motion [ECF No. 416].

5. Due to scheduling conflicts for the Radar Parties and the upcoming Fed. R. Civ. P. 30(b)(6) deposition of the Allstate Parties, the Radar Parties shall now have up to and including September 3, 3021, to file their Reply to the Response to the Motion.

/ / /
/ / /
/ / /
/ / /
/ / /

1  6. This is the third stipulation to extend the briefing schedule related to the Motion. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 20th day of August, 2021.   DATED this 20th day of August, 2021.

FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC

BAILEY✤KENNEDY

By: /s/ Eron Z. Cannon
ERON Z. CANNON
JENNIFER M. SMITROVICH
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

JONATHAN W. CARLSON
TODD W. BAXTER
GREGORY S. MASON
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

By: /s/ Andrea M. Champion
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
ANDREA M. CHAMPION
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: August 24, 2021