DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-DJA<br><br>**MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** |

1  Pursuant to LR IA 11-6, Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (collectively, the "Radar Parties"), by and through their counsel, hereby move this Court for an order removing Andrea M. Champion, Esq. from all service lists, including the court's electronic notification list, in the above-captioned case.

Ms. Champion is no longer employed by Bailey❖Kennedy; accordingly, electronic notices of filings in this case should no longer be directed to her.  The Radar Parties will continue to be represented in this case by Dennis L. Kennedy, Esq.; Joseph A. Liebman, Esq.; Joshua P. Gilmore, Esq.; and Rebecca L. Crooker, Esq. of Bailey❖Kennedy.

DATED this 10th day of May, 2022.

BAILEY❖KENNEDY

By: */s/ Joshua P. Gilmore*
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    REBECCA L. CROOKER

*Attorneys for Defendants and Counterclaimant*

**IT IS SO ORDERED**.

DATED: May 11, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

I certify that I am an employee of BAILEY❖KENNEDY and that on the 10th day of May, 2022, service of the foregoing **MOTION TO REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST** was made by mandatory electronic service through the United States District Court's electronic filing system and/or by depositing a true and correct copy in the U.S. Mail, first class postage prepaid, and addressed to the following at their last known address:

| | |
|---|---|
| TODD WILLIAM BAXTER, ESQ.<br>JONATHAN W. CARLSON<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV  89113 | Email:<br>Laura.lybarger@mccormickbarstow.com<br>Tricia.dorner@mccormickbarstow.com<br>Debbie.sizemore@mccormickbarstow.com<br>Jennifer.deboer@mccormickbarstow.com<br>Krystina.butchart@mccormickbarstow.com<br>Jonathan.carlson@mccormickbarstow.com<br><br>*Attorneys for Plaintiffs/<br>Counterdefendants* |
| ERON Z. CANNON, ESQ.<br>JENNIFER SMITROVICH, ESQ.<br>**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC**<br>701 Fifth Avenue, Ste. 4750<br>Seattle, WA  98104 | Email:<br>Eron@favros.com<br>donna@favros.com<br>Jennifers@favros.com<br><br>*Attorneys for Plaintiffs/<br>Counterdefendants* |
| TODD WILLIAM BAXTER, ESQ.<br>GREGORY SCOTT MASON, ESQ.<br>**MCCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP**<br>7647 North Fresno Street<br>Fresno, CA  93720 | Email:<br>Todd.baxter@mccormickbarstow.com<br>Greg.mason@mccormickbarstow.com<br><br>*Attorneys for Plaintiffs/<br>Counterdefendants* |

*/s/ Susan Russo* _____
Employee of BAILEY❖KENNEDY