TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile:  (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone:     (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>                    Plaintiffs,<br><br>          v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>                    Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG- DJA<br><br>**STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS/COUNTER-DEFENDANTS TO RESPOND TO THE RADAR PARTIES' MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS** |

2:15-cv-01786-APG-CWH

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO THE RADAR PARTIES' MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, RUSSELL J. SHAH, MD, LTD., and DIPTI R. SHAH, MD, LTD. (collectively referred to as the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On May 13, 2022, the Radar Parties filed their Motion to Compel the Allstate Parties' Responses to Disputed Discovery Requests ("Motion") [ECF No. 430].

2. The Allstate Parties presently have until May 27, 2022 to file their opposition.

3. Due to the Allstate Parties' counsel's work schedule during the weeks of May 16, 2022 and May 23, 2022, the Allstate Parties shall now have until June 3, 2022 to file their opposition.

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO THE RADAR PARTIES' MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS

4.     This is the first stipulation for an extension of time to file an Opposition to the Motion.  This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated:_May 23, 2022.                              Dated:_May 23, 2022.

McCORMICK, BARSTOW, SHEPPARD,                              BAILEY KENNEDY
WAYTE & CARRUTH LLP


By:_____/s/ Todd W. Baxter_____          By:_____/s/ Joshua P. Gilmore_____
TODD W. BAXTER, ESQ.                              DENNIS L, KENNEDY, ESQ.
*Admitted Pro Hac Vice*                              Nevada Bar No. 1462
8337 West Sunset Road, Suite 350                   JOSEPH A. LIEBMAN, ESQ.
Las Vegas, Nevada 89113                            Nevada Bar No. 10125
                                                   JOSHUA P. GILMORE, ESQ.
ERON Z. CANNON, ESQ.                               Nevada Bar No. 11576
Nevada Bar No. 8013                                8984 Spanish Ridge Avenue
FAIN ANDERSON VANDERHOEF                           Las Vegas, Nevada 89148
ROSENDAHL O'HALLORAN                               *Attorneys for Defendants &*
SPILLANE, PLLC                                     *Counterclaimant*
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*


**ORDER**

IT IS SO ORDERED.

DATED this 24th day of May, 2022.


_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO THE RADAR PARTIES' MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS

1

## CERTIFICATE OF SERVICE

2     I hereby certify that on this 23rd day of May 2022, a true and correct copy of

3 **STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS/COUNTER-**

4 **DEFENDANTS TO RESPOND TO THE RADAR PARTIES' MOTION TO COMPEL THE**

5 **ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS [430]**  was

6 served via the United States District Court CM/ECF system on all parties or persons requiring

7 notice.

8

9                                          By   */s/ Helen L. Walton*
                                                _____
10                                              Helen L. Walton, an employee of
                                                MCCORMICK, BARSTOW, SHEPPARD,
11                                              WAYTE & CARRUTH LLP

12   003246-001559 8422858.1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

STIPULATION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE OPPOSITION TO THE RADAR
PARTIES' MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY
REQUESTS