DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO TAKE ALLSTATE INSURANCE COMPANY'S FED. R. CIV. P. 30(B)(6) DEPOSITION OUTSIDE THE CLOSE OF DISCOVERY** |

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On May 9, 2022, counsel for the Radar Parties sent a draft Notice of Videotaped Deposition of Counterdefendant Allstate Insurance Company Pursuant to Federal Rule of Civil Procedure 30(b)(6) to counsel for the Allstate Parties and requested dates in early June 2022 to schedule the deposition;

2. On May 20, 2022, counsel for the Allstate Parties requested an opportunity to meet and confer regarding the four (4) topics listed in the notice and indicated that the early part of June 2022 did not work for taking the deposition due to pre-existing scheduling conflicts;

3. On May 23, 2022, Joshua P. Gilmore, on behalf of the Radar Parties, and Todd W. Baxter, on behalf of the Allstate Parties, participated in a telephonic meet and confer related to the topics listed in the notice. At the conclusion of the call, Mr. Gilmore indicated that he would formally serve the notice, setting the date and time of the deposition for June 13, 2022, at 9:00 AM, with the understanding that the parties would find a mutually-convenient date and time for the deposition after the close of discovery;

4. The parties are continuing to meet and confer regarding the topics under the 30(b)(6) notice and a mutually-convenient date and time for the Fed. R. Civ. P. 30(b)(6) deposition. The Allstate Parties are also still determining whether one or more individuals will be designated to testify on their behalf;

5. Although discovery closes in this matter on June 13, 2022, the Radar Parties may proceed with the Fed. R. Civ. P. 30(b)(6) deposition outside the close of discovery and use the transcript as if the deposition had been taken during discovery; and

/ / /

/ / /

6. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 8th day of June, 2022.          DATED this 8th day of June, 2022.

McCORMICK, BARSTOW, SHEPPARD,              BAILEY✥KENNEDY
WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*                   By: */s/ Joshua P. Gilmore*
    JONATHAN W. CARLSON                        DENNIS L. KENNEDY
    TODD W. BAXTER                             JOSEPH A. LIEBMAN
    GREGORY S. MASON                           JOSHUA P. GILMORE
    8337 West Sunset Road, Suite 350           8984 Spanish Ridge Avenue
    Las Vegas, NV 89113                        Las Vegas, NV 89148

    ERON Z. CANNON                         *Attorneys for Defendants & Counterclaimant*
    JENNIFER M. SMITROVICH
    FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
    SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 9, 2022