1   DENNIS L. KENNEDY
    Nevada Bar No. 1462
2   JOSEPH A. LIEBMAN
    Nevada Bar No. 10125
3   JOSHUA P. GILMORE
    Nevada Bar No. 11576
4   REBECCA L. CROOKER
    Nevada Bar No. 15202
5   **BAILEY❖KENNEDY**
    8984 Spanish Ridge Avenue
6   Las Vegas, Nevada 89148-1302
    Telephone:  702.562.8820
7   Facsimile:  702.562.8821
    DKennedy@BaileyKennedy.com
8   JLiebman@BaileyKennedy.com
    JGilmore@BaileyKennedy.com
9   RCrooker@BaileyKennedy.com

10  *Attorneys for Defendants & Counterclaimant*
    RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
11  M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
    R. SHAH, MD, LTD.;  and RADAR
12  MEDICAL GROUP, LLP dba UNIVERSITY
    URGENT CARE
13
                UNITED STATES DISTRICT COURT
14                  DISTRICT OF NEVADA

15
    ALLSTATE INSURANCE COMPANY,
16  ALLSTATE PROPERTY & CASUALTY
    INSURANCE COMPANY, ALLSTATE
17  INDEMNITY COMPANY, and ALLSTATE
    FIRE & CASUALTY INSURANCE
18  COMPANY,

19                              Plaintiffs,

20              vs.

21  RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
    M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
22  R. SHAH, MD, LTD.;  and RADAR MEDICAL
    GROUP, LLP dba UNIVERSITY URGENT
23  CARE, Does 1-100, and ROES 101-200,

24                              Defendants.
    _____
25
    AND RELATED CLAIMS.
26

27

28

Case No.  2:15-cv-01786-APG-DJA

**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY TO RESPONSE TO MOTION TO COMPEL THE ALLSTATE PARTIES' RESPONSES TO DISPUTED DISCOVERY REQUESTS**

**(First Request)**

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.    On May 13, 2022, the Radar Parties filed their Motion to Compel the Allstate Parties' Responses to Disputed Discovery Requests [ECF No. 430] (the "Motion").

2.    On May 23, 2022, the parties submitted a Stipulation [ECF No. 431], extending the deadline for the Allstate Parties to file their Response to the Motion.  The Court entered an Order approving the Stipulation on May 24, 2022 [ECF No. 432].

3.    On June 3, 2022, the Allstate Parties filed their Response to the Motion [ECF No. 433].

4.    The Radar Parties presently have until June 10, 2022 to file their Reply to the Response to the Motion.

5.    Due to scheduling conflicts for the Radar Parties' counsel, the Radar Parties shall now have up to and including June 17, 2022, to file their Reply to the Response to the Motion.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1    6.    This is the first stipulation to extend the deadline for the Reply to the Response to the

2    Motion.  This stipulation is made in good faith and not to delay the proceedings.

3        IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4    DATED this 9th day of June, 2022.        DATED this 9th day of June, 2022.

5    McCORMICK, BARSTOW, SHEPPARD,        BAILEY❖KENNEDY
     WAYTE & CARRUTH LLP

6

7    By:    /s/ Todd W. Baxter            By:    /s/ Joshua P. Gilmore
            JONATHAN W. CARLSON                 DENNIS L. KENNEDY
8           TODD W. BAXTER                      JOSEPH A. LIEBMAN
            GREGORY S. MASON                    JOSHUA P. GILMORE
9           8337 West Sunset Road, Suite 350    REBECCA L. CROOKER
            Las Vegas, NV 89113                 8984 Spanish Ridge Avenue
10                                              Las Vegas, NV 89148

11          ERON Z. CANNON
            JENNIFER M. SMITROVICH        *Attorneys for Defendants & Counterclaimant*
12          FAIN ANDERSON VANDERHOEF
            ROSENDAHL O'HALLORAN
13          SPILLANE PLLC
            701 Fifth Avenue, Suite 4750
14          Seattle, WA 98104

15   *Attorneys for Plaintiffs/Counterdefendants*

16        **IT IS SO ORDERED.**

17                                    _____

18                                    UNITED STATES MAGISTRATE JUDGE

19                                    DATED:___June 10, 2022___

20

21

22

23

24

25

26

27

28