| | |
|---|---|
| 1 | DENNIS L. KENNEDY |
|   | Nevada Bar No. 1462 |
| 2 | JOSEPH A. LIEBMAN |
|   | Nevada Bar No. 10125 |
| 3 | JOSHUA P. GILMORE |
|   | Nevada Bar No. 11576 |
| 4 | REBECCA L. CROOKER |
|   | Nevada Bar No. 15202 |
| 5 | **BAILEY❖KENNEDY** |

8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | Case No.  2:15-cv-01786-APG-DJA |
| Plaintiffs, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE DISPOSITIVE MOTIONS** |
| vs. | |
| RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200, | **(Eighteenth Request)** |
| Defendants. | |
| AND RELATED CLAIMS. | |

Page **1** of **3**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On February 16, 2022, the Court entered an Order [ECF No. 427] approving a Stipulation [ECF No. 426] extending the close of discovery until June 13, 2022, and setting the deadline to file dispositive as August 11, 2022.

2. On June 9, 2022, the Court entered an Order [ECF No. 435] approving a Stipulation [ECF No. 434] authorizing the Radar Parties to take the Fed. R. Civ. P. 30(b)(6) deposition of the Allstate Parties concerning the Counterclaims outside the close of discovery.

3. Although discovery has since closed, the parties are continuing to meet and confer concerning the topics listed under the Fed. R. Civ. P. 30(b)(6) deposition notice. Further, the Allstate Parties are still determining the designees to testify on their behalf.

4. Due to the number of issues and claimants involved in this case, the volume of discovery that was completed (*see, e.g.*, Order [ECF No. 427] at 2:13-8:6), the outstanding 30(b)(6) deposition of the Allstate Parties, and the pending Motion to Compel [ECF No. 430], which has been fully briefed, the parties shall have an additional 60 days, up to and including October 10, 2022, to file dispositive motions.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1     5.    This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 21st day of July, 2022.        DATED this 21st day of July, 2022.

McCORMICK, BARSTOW, SHEPPARD,        BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

By:   /s/ Todd W. Baxter                  By:   /s/ Joshua P. Gilmore
      JONATHAN W. CARLSON                    DENNIS L. KENNEDY
      TODD W. BAXTER                              JOSEPH A. LIEBMAN
      GREGORY S. MASON                        JOSHUA P. GILMORE
      8337 West Sunset Road, Suite 350        REBECCA L. CROOKER
      Las Vegas, NV 89113                            8984 Spanish Ridge Avenue
                                                                Las Vegas, NV 89148

      ERON Z. CANNON
      JENNIFER M. SMITROVICH        *Attorneys for Defendants & Counterclaimant*
      FAIN ANDERSON VANDERHOEF
      ROSENDAHL O'HALLORAN
      SPILLANE PLLC
      701 Fifth Avenue, Suite 4750
      Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 22, 2022

Page **3** of **3**