DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Defendants & Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR THE RADAR PARTIES' RESPONSE TO THE ALLSTATE PARTIES' PARTIAL OBJECTION [ECF NO. 444] TO U.S. MAGISTRATE JUDGE'S AUGUST 15, 2022, ORDER [ECR NO. 443] GRANTING MOTION TO COMPEL [ECR NO. 430] PURSUANT TO LOCAL RULE IB 3-1(A)**<br><br>**(First Request)** |

Page **1** of **3**

1    Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On August 15, 2022, the Court entered its Order [ECF No. 443] granting the Radar Parties' Motion to Compel the Allstate Parties' Responses to Disputed Discovery Requests [ECF No. 430] (the "August 15, 2022 Order")  In so doing, the Court ordered the Allstate Parties to respond to Request No. 3 in the Radar Parties' Seventh Set of Requests for Production of Documents and Interrogatory Nos. 14 and 15 in Radar Medical's Second Set of Interrogatories.

2. On August 29, 2022, the Allstate Parties filed their Partial Objection to the August 15, 2022 Order [ECF No. 444] (the "Partial Objection").  Specifically, the Allstate Parties objected to the portion of the August 15, 2022 Order compelling them to respond to Interrogatory No. 14.

3. The Radar Parties presently have until September 12, 2022, to file their Response to the Partial Objection.

4. Due to scheduling conflicts for the Radar Parties' counsel, including preparations for an upcoming oral argument before the Nevada Supreme Court in an unrelated matter, the Radar Parties shall have up to and including September 26, 2022, to file their Response to the Partial Objection.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1      5.      This is the first stipulation to extend the deadline to file a Response to the Partial

2  Objection.  This stipulation is made in good faith and not to delay the proceedings.

3      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  DATED this 8th day of September, 2022.        DATED this 8th day of September, 2022.

5  McCORMICK, BARSTOW, SHEPPARD,         BAILEY✜KENNEDY
   WAYTE & CARRUTH LLP

By:    /s/  Todd W. Baxter                By:    /s/  Joshua P. Gilmore
       JONATHAN W. CARLSON                        DENNIS L. KENNEDY
       TODD W. BAXTER                             JOSEPH A. LIEBMAN
       GREGORY S. MASON                           JOSHUA P. GILMORE
       8337 West Sunset Road, Suite 350           REBECCA L. CROOKER
       Las Vegas, NV 89113                        8984 Spanish Ridge Avenue
                                                  Las Vegas, NV 89148
       ERON Z. CANNON
       JENNIFER M. SMITROVICH            *Attorneys for Defendants & Counterclaimant*
       FAIN ANDERSON VANDERHOEF
       ROSENDAHL O'HALLORAN
       SPILLANE PLLC
       701 Fifth Avenue, Suite 4750
       Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: September 9, 2022