UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DR. RUSSELL J. SHAH, M.D., et al.,<br><br>Defendants. | Case No. 2:15-cv-01786-APG-DJA<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S ORDER**<br><br>(ECF No. 444) |

On February 7, 2018, Magistrate Judge Albregts granted the Radar Defendants'[1] motion to compel. ECF No. 443.  The plaintiffs partially objected to that ruling. ECF No. 444.  I have reviewed the objection, Judge Albregts' ruling, and the underlying papers.  Judge Albregts' Order is not clearly erroneous or contrary to law. Local Rule IB 3-1(a).  Therefore, Magistrate Judge Albregts' ruling **(ECF No. 443) is affirmed**, and the plaintiffs' objection **(ECF No. 444) is overruled**.

DATED this 6th day of October, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

---

[1] "Radar Defendants" refers to defendants Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care.