DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
REBECCA L. CROOKER
Nevada Bar No. 15202
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
RCrooker@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.; and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER CONCERNING FED. R. CIV. P. 30(B)(6) DEPOSITION OF THE ALLSTATE PARTIES INVOLVING THE COUNTERCLAIMS** |

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On June 9, 2022, the Court entered an Order [ECF No. 435] approving a Stipulation [ECF No. 434] authorizing the Radar Parties to take the Fed. R. Civ. P. 30(b)(6) deposition of the Allstate Parties concerning the Counterclaims outside the close of discovery.

2. Following several telephonic meet and confers concerning the topics listed under the Fed. R. Civ. P. 30(b)(6) deposition notice (the "Notice"), the parties agreed that certain prior testimony given by Carole LaDuke, in her individual capacity, on August 10, 2021, addressed the information sought by the Radar Parties through Topic No. 1 in the Notice. Currently, Ms. LaDuke is the SIU litigation manager for the Allstate Parties.

3. Accordingly, the following portions of Ms. LaDuke's testimony (identified by page and line number) will be binding upon the Allstate Parties as if Ms. LaDuke had appeared and testified in her capacity as a Fed. R. Civ. P. 30(b)(6) designee for the Allstate Parties in response to Topic No. 1: 99:21 – 125:11 and 136:13 – 140:18.

///
///
///

4. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 27th day of October, 2022.          DATED this 27th day of October, 2022.

McCORMICK, BARSTOW, SHEPPARD,                   BAILEY✜KENNEDY
WAYTE & CARRUTH LLP

By:   /s/ Todd W. Baxter                        By:   /s/ Joshua P. Gilmore
      JONATHAN W. CARLSON                             DENNIS L. KENNEDY
      TODD W. BAXTER                                  JOSEPH A. LIEBMAN
      GREGORY S. MASON                                JOSHUA P. GILMORE
      8337 West Sunset Road, Suite 350                REBECCA L. CROOKER
      Las Vegas, NV 89113                             8984 Spanish Ridge Avenue
                                                      Las Vegas, NV 89148
      ERON Z. CANNON
      JENNIFER M. SMITROVICH                    *Attorneys for Defendants & Counterclaimant*
      FAIN ANDERSON VANDERHOEF
      ROSENDAHL O'HALLORAN
      SPILLANE PLLC
      701 Fifth Avenue, Suite 4750
      Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 28, 2022

Page **3** of **3**