TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*dylan.todd@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone:    (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>            Plaintiffs,<br><br>      v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>            Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT FILED 12/16/22** |

2:15-cv-01786-APG-DJA

STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MSJ

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D. ("Dr. Russell Shah"), DIPTI R. SHAH M.D. ("Dr. Dipti Shah"), RUSSELL J. SHAH, MD, LTD. ("Russell PC"), DIPTI R. SHAH, MD, LTD. ("Dipti PC"), and RADAR MEDICAL GROUP, LLP ("Radar") (collectively, the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2022, Radar filed its detailed Motion for Summary Judgment Regarding Allstate's Failure to File an Answer to the Amended Counterclaims [ECF No. 457] ("Radar MSJ No. 1").

2. The Allstate Parties presently have until January 6, 2023 to file their Response to Radar MSJ No. 1.

3. On December 16, 2022, the Allstate Parties filed their detailed Motion for Summary Judgment as to both counterclaims alleged by Radar in this matter [ECF No. 458] ("Allstate MSJ").

4. Radar presently has until January 6, 2023 to file its Response to the Allstate MSJ.

5. On December 16, 2022, the Radar Parties filed their Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460, 461] ("Radar MSJ No. 2").[1] It is an extensive, detailed motion covering 50 pages of points and authorities,[2] along with 35 volumes of exhibits [ECF Nos. 462-496] gleaned from the extensive discovery that took place in this matter.

6. The Allstate Parties presently have until January 6, 2023 to file their Response to Radar MSJ No. 2.

---

[1] ECF No. 460 was publicly-filed and ECF No. 461 was filed under seal.

[2] Pursuant to the Court's December 16, 2022 Minute Order [ECF No. 456], the Radar Parties were granted leave to file an oversized brief that did not exceed 50 pages.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2   2:15-cv-01786-APG-DJA
STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT

7. Following the filing of Radar MSJ Nos. 1 and 2 and the Allstate MSJ (collectively, the "Motions"), counsel for the Allstate Parties, Todd W. Baxter, who is primarily responsible for preparing the Responses to Radar MSJ Nos. 1 and 2, was engaged in a trial in Tulare County Superior Court, in Visalia, California, from December 19, 2022 through December 23, 2022.  Mr. Baxter was then out of the office until December 27, 2022.   He is also scheduled to be out of the office from December 29, 2022 through January 3, 2023.  Upon his return to the office, Mr. Baxter has an oral argument scheduled on January 12, 2023, before the Fifth District Court of Appeal in Fresno, California, and has two appellate briefs scheduled to be filed on January 13, 2023, and January 17, 2023.

8. Counsel for the Radar Parties, Joshua P. Gilmore, who is primarily responsible for preparing the Response to the Allstate MSJ, was out of the office beginning on December 17, 2022, and returned to the office following the holiday break on December 27, 2022.  Mr. Gilmore's work schedule is equally pressing prior to the January 6, 2023 deadline, and in the days after as well, in part due to five (5) summary judgment motions, two (2) motions *in limine*, and one (1) motion to compel and related countermotion to compel in a matter pending in Nevada state court, which are still being briefed and which are set to be heard on January 4, 2023, January 11, 2023, and January 18, 2023.

9. In light of the critical importance of the Motions, the extensive size of Radar MSJ No. 2 filed by the Radar Parties as to the six claims made by the Allstate Parties in this matter, and the work schedule and holiday schedule of counsel for the parties, the parties hereby stipulate and agree that (i) the Allstate Parties shall now have until February 6, 2023, to file their Responses to Radar MSJ Nos. 1 and 2 and (ii) Radar shall now have until February 6, 2023, to file its Response to the Allstate MSJ.

/ / /
/ / /
/ / /
/ / /
/ / /

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3   2:15-cv-01786-APG-DJA
STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT

10. This is the first stipulation for an extension of time to file Responses to the Motions. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated: December 27, 2022.                                   Dated: December 27, 2022.

McCORMICK, BARSTOW, SHEPPARD,                 BAILEY KENNEDY
WAYTE & CARRUTH LLP

By:      */s/ Todd W. Baxter*                          By:      */s/ Joshua P. Gilmore*
TODD W. BAXTER, ESQ.                                   DENNIS L, KENNEDY, ESQ.
*Admitted Pro Hac Vice*                                Nevada Bar No. 1462
8337 West Sunset Road, Suite 350                       JOSEPH A. LIEBMAN, ESQ.
Las Vegas, Nevada 89113                                Nevada Bar No. 10125
                                                       JOSHUA P. GILMORE, ESQ.
ERON Z. CANNON, ESQ.                                   Nevada Bar No. 11576
Nevada Bar No. 8013                                    8984 Spanish Ridge Avenue
FAIN ANDERSON VANDERHOEF                               Las Vegas, Nevada 89148
ROSENDAHL O'HALLORAN                                   *Attorneys for Defendants &*
SPILLANE, PLLC                                         *Counterclaimant*
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

## **ORDER**

IT IS SO ORDERED.

DATED this 5th Day of January, 2023.

_____
UNITED STATES DISTRICT JUDGE

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4                                           2:15-cv-01786-APG-DJA
STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT