TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile:  (702) 949-1101
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone:    (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT FILED 12/16/22**<br><br>**(Third Request)** |

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D. ("Dr. Russell Shah"), DIPTI R. SHAH M.D. ("Dr. Dipti Shah"), RUSSELL J. SHAH, MD, LTD. ("Russell PC"), DIPTI R. SHAH, MD, LTD. ("Dipti PC"), and RADAR MEDICAL GROUP, LLP ("Radar") (collectively, the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2022, Radar filed its detailed Motion for Summary Judgment Regarding Allstate's Failure to File an Answer to the Amended Counterclaims [ECF No. 457] ("Radar MSJ No. 1").

2. On December 16, 2022, the Allstate Parties filed their detailed Motion for Summary Judgment as to both counterclaims alleged by Radar in this matter [ECF No. 458] ("Allstate MSJ").

3. On December 16, 2022, the Radar Parties filed their Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460, 461] ("Radar MSJ No. 2").[1]  It is an extensive, detailed motion covering 50 pages of points and authorities,[2] along with 35 extensive volumes of exhibits [ECF Nos. 462-496] gleaned from the discovery that took place over many years in this matter.

4. The initial deadline for the parties to file their respective Responses to Radar MSJ Nos. 1 and 2 and the Allstate MSJ (collectively, the "Motions") was January 6, 2023.

5. Due to scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Radar Parties (Joshua P. Gilmore) and the holidays, and in light of the critical importance of the Motions, the parties filed a Stipulation for an extension of time to file their Responses to the Motions [ECF No. 499], and the Court entered an Order granting their Stipulation and extending the time to file the Responses to February 6, 2023 [ECF No. 500].

---

[1] ECF No. 460 was publicly-filed and ECF No. 461 was filed under seal.

[2] Pursuant to the Court's December 16, 2022 Minute Order [ECF No. 456], the Radar Parties were granted leave to file an oversized brief that did not exceed 50 pages.

2   2:15-cv-01786-APG-DJA
THIRD STIPULATION FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MSJs

6. With on-going scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Radar Parties (Joshua P. Gilmore), work schedules and in light of the critical importance of the Motions, the parties filed a second Stipulation for an extension of time to file their Responses to the Motions [ECF No. 501], and the Court entered an Order granting their Stipulation and extending the time to file the Responses to February 21, 2023 [ECF No. 502].

7. Following the issuance of that Order, starting on January 30, 2023 through February 4, 2023, counsel for the Allstate Parties unexpectedly had a medical issue that arose leading to a limited work schedule. That has since resolved. In addition, Mr. Baxter is in trial during the week of February 6, 2023 in Tulare County Superior Court in Visalia, California.

8. Although counsel for the Allstate Parties and the Radar Parties have been diligently working on the Responses, additional time is needed due to the issues presented by the extensive Motions and unanticipated work-related issues and scheduling conflicts.

9. In light of the amount of time that was initially granted to the parties to file their respective Motions after the close of discovery, the critical importance of these Motions, the extensive size of Radar MSJ No. 2, and the work schedule of counsel for the parties, and in order to ensure that the parties have an adequate opportunity to address the Motions, the parties hereby stipulate and agree (i) that the Allstate Parties shall now have until March 3, 2023, to file their Responses to Radar MSJ Nos. 1 and 2 and (ii) Radar shall now have until March 3, 2023, to file its Response to the Allstate MSJ.

10. This is the third stipulation for an extension of time to file Responses to the Motions. Neither party presently anticipates any further extensions will be needed for the Responses. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

| Dated: February 8, 2023. | Dated: February 8, 2023. |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY KENNEDY |
| By: */s/ Todd W. Baxter* <br> TODD W. BAXTER, ESQ. <br> *Admitted Pro Hac Vice* <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br><br> ERON Z. CANNON, ESQ. <br> Nevada Bar No. 8013 <br> FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC <br> 701 Fifth Avenue, Suite 4750 <br> Seattle, Washington 98104 <br> *Attorneys for Plaintiffs/Counterdefendants* | By: */s/ Joshua P. Gilmore* <br> DENNIS L, KENNEDY, ESQ. <br> Nevada Bar No. 1462 <br> JOSEPH A. LIEBMAN, ESQ. <br> Nevada Bar No. 10125 <br> JOSHUA P. GILMORE, ESQ. <br> Nevada Bar No. 11576 <br> 8984 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants & Counterclaimant* |

**ORDER**

IT IS SO ORDERED.

DATED this 9th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE