TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile:  (702) 949-1101
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington  98104
Telephone:     (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO RESPOND TO PARTIES' MOTIONS FOR SUMMARY JUDGMENT FILED 12/16/22**<br><br>**(Fourth Request)**<br>**(Present due date is March 3, 2023)** |

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, the "Allstate Parties"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D. ("Dr. Russell Shah"), DIPTI R. SHAH M.D. ("Dr. Dipti Shah"), RUSSELL J. SHAH, MD, LTD. ("Russell PC"), DIPTI R. SHAH, MD, LTD. ("Dipti PC"), and RADAR MEDICAL GROUP, LLP ("Radar") (collectively, the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 16, 2022, Radar filed its detailed Motion for Summary Judgment Regarding Allstate's Failure to File an Answer to the Amended Counterclaims [ECF No. 457] ("Radar MSJ No. 1").

2. On December 16, 2022, the Allstate Parties filed their detailed Motion for Summary Judgment as to both counterclaims alleged by Radar in this matter [ECF No. 458] ("Allstate MSJ").

3. On December 16, 2022, the Radar Parties filed their Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460, 461] ("Radar MSJ No. 2").[1] It is an extensive, detailed motion covering 50 pages of points and authorities,[2] along with 35 volumes of exhibits [ECF Nos. 462-496] gleaned from the extensive discovery that took place in this matter.

4. The initial deadline for the parties to file their respective Responses to Radar MSJ Nos. 1 and 2 and the Allstate MSJ (collectively, the "Motions") was January 6, 2023.

5. Due to scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Radar Parties (Joshua P. Gilmore) and the holidays, and in light of the critical importance of the Motions, the parties filed a Stipulation for an extension of time to file their Responses to the Motions [ECF No. 499], and the Court entered an Order granting their Stipulation and extending the time to file the Responses to February 6, 2023 [ECF No. 500].

---

[1] ECF No. 460 was publicly-filed and ECF No. 461 was filed under seal.

[2] Pursuant to the Court's December 16, 2022 Minute Order [ECF No. 456], the Radar Parties were granted leave to file an oversized brief that did not exceed 50 pages.

6. Due to additional scheduling conflicts for respective counsel for the Allstate Parties (Todd W. Baxter) and the Radar Parties (Joshua P. Gilmore) and in light of the critical importance of the Motions, the parties filed a second Stipulation for an extension of time to file their Responses to the Motions [ECF No. 501], and the Court entered an Order granting their Stipulation and extending the time to file the Responses to February 21, 2023 [ECF No. 502].

7. Due to an unexpected medical issue for counsel for the Allstate Parties alongside involvement in a trial in Tulare County Superior Court in Visalia, California, the parties filed a third Stipulation for an extension of time to file their Responses to the Motions [ECF No. 503], and the Court entered an Order granting their Stipulation and extending the time to file the Responses to March 3, 2023 [ECF No. 504].

8. Counsel for the Allstate Parties became ill starting on Friday, February 24, 2023, and it reasonably appears that he will miss a significant part of this week in the office due to the illness. This is the main reason herein for the request to extend the time to file the Responses to the Motions for an additional week, to March 10, 2023.

9. Although counsel for the Allstate Parties and the Radar Parties have been diligently working on the Responses, additional time is needed due to the issues presented by the Motions and unanticipated illness as detailed above.

10. In light of the amount of time that was initially granted to the parties to file their respective Motions after the close of discovery, the critical importance of these Motions, the extensive size of Radar MSJ No. 2, the work schedule of counsel for the parties, the recent illness of the Allstate Parties' counsel, and in order to ensure that the parties have an adequate opportunity to address the Motions, the parties hereby stipulate and agree (i) that the Allstate Parties shall now have until March 10, 2023, to file their Responses to Radar MSJ Nos. 1 and 2 and (ii) Radar shall now have until March 10, 2023, to file its Response to the Allstate MSJ.

11.  This is the fourth stipulation for an extension of time to file Responses to the Motions. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

| Dated: February 27, 2023. | Dated: February 27, 2023 |
|---|---|
| McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP | BAILEY KENNEDY |
| By: */s/ Todd W. Baxter* <br> TODD W. BAXTER, ESQ. <br> *Admitted Pro Hac Vice* <br> 8337 West Sunset Road, Suite 350 <br> Las Vegas, Nevada 89113 <br><br> ERON Z. CANNON, ESQ. <br> Nevada Bar No. 8013 <br> FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC <br> 701 Fifth Avenue, Suite 4750 <br> Seattle, Washington 98104 <br> *Attorneys for Plaintiffs/Counterdefendants* | By: */s/ Joshua P. Gilmore* <br> DENNIS L, KENNEDY, ESQ. <br> Nevada Bar No. 1462 <br> JOSEPH A. LIEBMAN, ESQ. <br> Nevada Bar No. 10125 <br> JOSHUA P. GILMORE, ESQ. <br> Nevada Bar No. 11576 <br> 8984 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants & Counterclaimant* |

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED this 28th day of February, 2023.

_____
UNITED STATES DISTRICT JUDGE