TODD W. BAXTER
Admitted Pro Hac Vice
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*todd.baxter@mccormickbarstow.com*

ERON Z. CANNON
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
701 5th Avenue #4750
Seattle, Washington 98104
Telephone:   (206) 749-0094
Facsimile:  (206) 749-0194
*eron@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>               Plaintiffs,<br><br>       v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>               Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALLSTATE TO RESPOND TO THE RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT FILED 12/16/22**<br><br>**(Fifth Request)**<br>**(Present due date is March 10, 2023)** |

Plaintiffs/Counter-defendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY (collectively, "Allstate"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D. ("Dr. Russell Shah"), DIPTI R. SHAH M.D. ("Dr. Dipti Shah"), RUSSELL J. SHAH, MD, LTD. ("Russell PC"), DIPTI R. SHAH, MD, LTD. ("Dipti PC"), and RADAR MEDICAL GROUP, LLP ("Radar") (collectively, the "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The parties herein are stipulating to provide Allstate until Tuesday, March 14, 2023 to file its Response to the Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460, 461] ("Radar MSJ No. 2").

2. This morning, Allstate's counsel ran into serious technical problems in that the exhibits in support of Allstate's Response to Radar MSJ No. 2 became corrupted, causing Allstate's counsel's printers to crash. Allstate's counsel is working with its IT department to fix the issue, however, it will require an extensive rebuild of the exhibits which will not be completed today. Allstate's counsel intends to work as quickly as possible to rectify the problem, and will file the Response to Radar MSJ No. 2 by Tuesday, March 14, 2023 at the latest. However, it will not be until early next week before this issue is corrected. The paginated exhibits to Allstate's Response are essential to finalize the citations to the record for its memorandum of points and authorities.

3. Yesterday, Allstate filed its Response to the Radar Parties' Motion for Summary Judgment Regarding Allstate's Failure to File an Answer to the Amended Counterclaims [ECF No. 457] ("Radar MSJ No. 1"). (*See* ECF Nos. 511-512.)

4. Today, Radar is filing its Response to Allstate's Motion for Summary Judgment as to both counterclaims alleged by Radar in this matter [ECF No. 458] ("Allstate MSJ") (*See* ECF Nos. 513, 514.)

5. Allstate fully expected to file its Response today to Radar MSJ No. 2; however, the technical problems simply cannot be overcome today.

6. In light of the amount of time that was initially granted to the parties to file their respective Motions for Summary Judgment after the close of discovery, the critical importance of

having the paginated exhibits to Allstate's Response on Radar MSJ No. 2 for citation purposes in the memorandum of points and authorities, the parties hereby stipulate and agree that Allstate shall now have until March 14, 2023, to file its Response to Radar MSJ No. 2.

7. This is the fifth and expected to be final extension of time for Allstate to file a Response to Radar MSJ No. 2. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

Dated: March 10, 2023.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: */s/ Todd W. Baxter*
TODD W. BAXTER, ESQ.
*Admitted Pro Hac Vice*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113

ERON Z. CANNON, ESQ.
Nevada Bar No. 8013
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

Dated: March 10, 2023

BAILEY KENNEDY

By: */s/ Joshua P. Gilmore*
DENNIS L, KENNEDY, ESQ.
Nevada Bar No. 1462
JOSEPH A. LIEBMAN, ESQ.
Nevada Bar No. 10125
JOSHUA P. GILMORE, ESQ.
Nevada Bar No. 11576
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
*Attorneys for Defendants & Counterclaimant*

**ORDER**

IT IS SO ORDERED.

DATED this 10th day of March, 2023.

_____
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2023, a true and correct copy of **FIFTH STIPULATION AND ORDER FOR EXTENSION OF TIME TO RESPOND TO THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT FILED 12/16/22** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By  /s/ Helen L. Walton
Helen L. Walton, an employee of
MCCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

003246-001559 8973866.1

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4

2:15-cv-01786-APG-DJA

FIFTH STIPULATION FOR EXTENSION OF TIME FOR ALLSTATE TO RESPOND TO RADAR MSJs