1   JONATHAN W. CARLSON
    Nevada Bar No. 10536
2   TODD W. BAXTER
    *Admitted Pro Hac Vice*
3   GREGORY S. MASON
    *Admitted Pro Hac Vice*
4   McCORMICK, BARSTOW, SHEPPARD,
    WAYTE & CARRUTH LLP
5   8337 West Sunset Road, Suite 350
    Las Vegas, Nevada  89113
6   Telephone:     (702) 949-1100
    Facsimile:     (702) 949-1101
7   *jonathan.carlson@mccormickbarstow.com*
    *todd.baxter@mccormickbarstow.com*
8   *greg.mason@mccormickbarstow.com*

9   ERON Z. CANNON
    Nevada Bar No. 8013
10  FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN SPILLANE PLLC
11  701 5th Avenue #4750
    Seattle, Washington  98104
12  Telephone:     (206) 749-0094
    Facsimile:     (206) 749-0194
13  *eron@favros.com*

14  Attorneys for Plaintiffs/Counterdefendants

15              **UNITED STATES DISTRICT COURT**

16                  **DISTRICT OF NEVADA**

17  ALLSTATE INSURANCE COMPANY,          CASE NO. 2:15-cv-01786-APG-DJA
    ALLSTATE PROPERTY & CASUALTY
18  INSURANCE COMPANY, ALLSTATE          **STIPULATION AND ORDER TO**
    INDEMNITY COMPANY, and ALLSTATE      **SUBSTITUTE REDACTED EXHIBITS**
19  FIRE & CASUALTY INSURANCE            **AND TO SEAL CONFIDENTIAL**
    COMPANY,                             **EXHIBITS IN SUPPORT OF**
20                                       **ALLSTATE'S RESPONSE TO RADAR**
                Plaintiffs,              **PARTIES' MOTION FOR SUMMARY**
21                                       **JUDGMENT**
            v.
22
    RUSSELL J. SHAH, MD, DIPTI R. SHAH,
23  MD, RUSSELL J. SHAH, MD, LTD., DIPTI
    R. SHAH, MD, LTD., and RADAR
24  MEDICAL GROUP, LLP dba UNIVERSITY
    URGENT CARE, DOES 1-100, and ROES
25  101-200,

26              Defendants.

27
    AND RELATED CLAIMS
28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

**STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY COMPANY (hereinafter collectively referred to as "Allstate"), and Defendants and Counterclaimant RUSSELL J. SHAH, M.D., DIPTI R. SHAH, M.D., RUSSELL J. SHAH, M.D., LTD., DIPTI R. SHAH, M.D., LTD., and RADAR MEDICAL GROUP, LLP d/b/a UNIVERSITY URGENT CARE (hereinafter collectively referred to as the "Radar Parties"), by and through their respective counsel of record stipulate and agree as follows:

1.      On April 10, 2023, the Honorable Court issued an Order (ECF No. 556) denying without prejudice Allstate's Motion For Leave (ECF No. 550) to: 1. Redact Their Response to Radar Parties' Motion for Summary Judgment (ECF No. 460); and 2. File Under Seal Exhibits in Support of Allstate's Response to Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in the First Amended Complaint (ECF No. 460) (hereinafter, the "Motion for Leave").  The Court, in denying Allstate's Motion for Leave, granted Allstate leave to file a renewed Motion to Seal associated with its Response (ECF No. 547) to the Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint (ECF No. 460).

2.      In consideration of the Court's Order, the parties met and conferred and reached an agreement as to (i) redactions of Allstate's Response (ECF No. 547) and certain exhibits submitted in support of the Response, and (ii) confidential exhibits to seal that were submitted in support of Allstate's Response.

3.      The parties hereby stipulate to the substitution of Allstate's Response (ECF No. 547) containing redactions of confidential and/or protected business and/or financial information of the parties and/or private health information of non-parties.  The redacted Response is being publicly-filed with the Court.

4.      The parties hereby stipulate to the substitution of Allstate's Appendix of Exhibits to Allstate's Response to Radar Parties' Motion for Summary Judgment (ECF No. 550-1, Exhibits 1-32), containing redactions of confidential and/or protected business and/or financial information of

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

2

Case No. 2:15-cv-01786-APG-DJA

STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

the parties and/or private health information of non-parties in lieu of sealing the entirety of the following exhibits:

a. **Exhibit 1:** The parties agree that it is appropriate to redact (i) medical information of a non-party, (ii) private business and financial information of the Radar Parties, including information in relation to the Radar Parties' profit and loss statements, income, salary, and expenses, and (iii) patient/claimant names. As a result, a redacted copy of Exhibit 1 is being publicly-filed with the Court;

b. **Exhibit 2:** The parties agree that it is appropriate to redact (i) private business and financial information of the Radar Parties, including dollar amounts discussed in relation to the Radar Parties' charges and lien reductions, and (ii) patient/claimant names. As a result, a redacted copy of Exhibit 2 is being publicly-filed with the Court;

c. **Exhibit 3:** The parties agree that it is appropriate to redact patient/claimant names. As a result, a redacted copy of Exhibit 3 is being publicly-filed with the Court;

d. **Exhibit 4:** The parties agree that it is appropriate to redact (i) private business and financial information of the Radar Parties, including dollar amounts discussed in relation to the Radar Parties' charges and lien reductions, and (ii) patient/claimant names. As a result, a redacted copy of Exhibit 4 is being publicly-filed with the Court;

e. **Exhibit 6:** The parties agree that it is appropriate to redact patient/claimant names. As a result, a redacted copy of Exhibit 6 is being publicly-filed with the Court;

f. **Exhibit 8:** The parties agree that it is appropriate to redact patient/claimant names. As a result, a redacted copy of Exhibit 8 is being publicly-filed with the Court;

g. **Exhibit 22:** The parties agree that it is appropriate to redact private business and financial information of the Radar Parties, including their Tax ID number and dollar amounts billed and paid in relation to Radar Parties' treatment of the patient/claimants involved in this case. As a result, a redacted copy of Exhibit 22 is being publicly-filed with the Court;

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3

Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

1        h.     **Exhibit 25:**   The parties agree that it is appropriate to redact

2 patient/claimant names.  As a result, a redacted copy of Exhibit 25 is being publicly-filed with the

3 Court;

4        i.     **Exhibit 28:**   The parties agree that it is appropriate to redact (i) private

5 business and financial information of the Radar Parties, including dollar amounts and percentages

6 discussed in relation to the Radar Parties' charges and lien reductions, and (ii) patient/claimant

7 names. As a result, a redacted copy of Exhibit 28 is being publicly-filed with the Court;

8        j.     **Exhibit 30:**   The parties agree that it is appropriate to redact

9 patient/claimant names.  As a result, a redacted copy of Exhibit 30 is being publicly-filed with the

10 Court;

11        k.     **Exhibit 31:**   The parties agree that it is appropriate to redact

12 patient/claimant names.  As a result, a redacted copy of Exhibit 31 is being publicly-filed with the

13 Court.

14     5.     The parties hereby stipulate and agree that the following exhibits to Allstate's

15 Response to the Radar Parties' Motion for Summary Judgment should be sealed and that redacting

16 these exhibits is not feasible under the circumstances given the extent of confidential information

17 discussed or contained in them as described below, *see, e.g.*, *Ansara v. Maldonado*, No. 2:19-cv-

18 01394-GMN-VCF, 2022 WL 17253803, at *3 (D. Nev. Nov. 1, 2022):

19        a.     **Exhibit 9:**   The parties agree that the excerpts of deposition testimony

20 from patient/claimant A.G. should be sealed as said testimony contains private and confidential

21 medical/health information of the deponent.  As a result, the parties request that Exhibit 9 be sealed.

22        b.     **Exhibit 10:**   The parties agree that the excerpts of deposition testimony

23 from patient/claimant G.P. should be sealed as said testimony contains private and confidential

24 medical/health information of the deponent.  As a result, the parties request that Exhibit 10 be sealed.

25        c.     **Exhibit 11:**   The parties agree that the excerpts of deposition testimony

26 from patient/claimant C.D. should be sealed as said testimony contains private and confidential

27 medical/health information of the deponent.  As a result, the parties request that Exhibit 11 be sealed.

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4               Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

d.   **Exhibit 12:**   The parties agree that the excerpts of deposition testimony from patient/claimant G.V. should be sealed as said testimony contains private and confidential medical/health information of the deponent.  As a result, the parties request that Exhibit 12 be sealed.

e.   **Exhibit 13:**   The parties agree that the excerpts of deposition testimony from patient/claimant Y.W. should be sealed as said testimony contains private and confidential medical/health information of the deponent.  As a result, the parties request that Exhibit 13 be sealed.

f.   **Exhibit 14:**   The parties agree that the excerpts of deposition testimony from patient/claimant R.W. should be sealed as said testimony contains private and confidential medical/health information of the deponent.  As a result, the parties request that Exhibit 14 be sealed.

g.   **Exhibit 15:**   The parties agree that it is appropriate to seal excerpts from the deposition of Peter Grant, M.D. and Dr. Grant's accompanying expert report as said testimony and document contain (i) private business and financial information of the Radar Parties, including dollar amounts discussed in relation to the Radar Parties' charges, (ii) patient/claimant names, and (iii) details concerning confidential patient medical records/health information and patient testimony. As a result, the parties request that Exhibit 15 be sealed.

h.   **Exhibit 16:**   The parties agree that it is appropriate to seal excerpts from the deposition of Kurt Miller, M.D. and Dr. Miller's accompanying expert report as said testimony and document contain (i) private business and financial information of the Radar Parties, including dollar amounts discussed in relation to the Radar Parties' charges, (ii) patient/claimant names, and (iii) details concerning confidential patient medical records/health information and patient testimony. As a result, the parties request that Exhibit 16 be sealed.

i.   **Exhibit 17:**   The parties agree that it is appropriate to seal excerpts from the deposition of Dean Nickles, M.D. and Dr. Nickles' accompanying expert reports as said testimony and documents contain (i) private business and financial information of the Radar Parties, including dollar amounts discussed in relation to the Radar Parties' charges, (ii) patient/claimant names, and (iii) details concerning confidential patient medical records/health information and patient testimony. As a result, the parties request that Exhibit 17 be sealed.

/ / /

MCCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

5

Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

1          j.     **Exhibit 18:**     The parties agree that it is appropriate to seal excerpts from

2   the deposition of Leslie Dorfman, M.D. and Dr. Dorfman's accompanying expert report as said

3   testimony and document contain (i) private business and financial information of the Radar Parties,

4   including dollar amounts discussed in relation to the Radar Parties' charges, (ii) patient/claimant

5   names, and (iii) details concerning confidential patient medical records/health information and

6   patient testimony. As a result, the parties request that Exhibit 18 be sealed.

7          k.     **Exhibit 19:**     The parties agree that it is appropriate to seal excerpts from

8   the deposition of Richard Ofstein, M.D. and Dr. Ofstein's accompanying expert report as said

9   testimony and document contain (i) private business and financial information of the Radar Parties,

10  including dollar amounts discussed in relation to the Radar Parties' charges, (ii) patient/claimant

11  names, and (iii) details concerning confidential patient medical records/health information and

12  patient testimony. As a result, the parties request that Exhibit 19 be sealed.

13         l.     **Exhibit 21:**     The parties agree that medical records of non-party claimants

14  should be sealed as said medical records and related documents contain private and confidential

15  medical/health information of non-parties.  As a result, the parties request that Exhibit 21 be sealed.

16         m.     **Exhibit 23:**     The parties agree that proprietary business and financial

17  information of the Radar Parties and private information related to non-parties should be sealed.  As

18  a result, the parties request that Exhibit 23 be sealed.

19         n.     **Exhibit 27:**     The parties agree that Aaron Patterson's Declaration and its

20  corresponding attachments contain proprietary information as to the claim handling process of

21  Allstate as well as confidential medical/health information of non-party claimants.  As a result, the

22  parties request that Exhibit 27 be sealed.

23      6.     The parties stipulate and agree that Exhibits 5, 7, 20, 24, 26, 29, and 32 to Allstate's

24  Response to the Radar Parties' Motion for Summary Judgment do not require redaction and do not

25  need to be sealed; and thus, they will be publicly-filed.

26      7.     If necessary or required by this Court, the parties respectfully request that this

27  Stipulation be treated as a joint motion.

28  / / /

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

6

Case No. 2:15-cv-01786-APG-DJA

STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

8.     The parties maintain that compelling reasons exist to justify redacting the Response and sealing/redacting Exhibits to the Response, beyond treatment of the information as confidential pursuant to the terms of the Stipulated Confidentiality Agreement and Protective Order (ECF No. 39).  *See, e.g.*, *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). Specifically, and as noted above:

    a.     The Response and exhibits contain or reference private information related to non-parties to this case for which redaction and/or sealing is warranted, *see, e.g.*, *Ansara v. Maldonado*, No. 2:19-cv-01394-GMN-VCF, 2022 WL 17253803, at *3 (D. Nev. Nov. 1, 2022); *Cox v. Lewis*, No. 2:20-cv-01792-JCM-BNW, 2022 WL 10632379, at *2 (D. Nev. Oct. 18, 2022); *Brodsky v. Baca*, No. 3:14-cv-00641-RCJ-WGC, 2015 WL 6962867, at *1 (D. Nev. Nov. 10, 2015);

    b.     The Response and exhibits contain confidential business and financial information related to the Radar Parties for which redaction and/or sealing is warranted, *see, e.g.*, *Boca Park Marketplace Syndications Group, LLC v. Ross Dress for Less, Inc.*, 2:16-cv-01197-RFB-PAL, 2018 WL 1524432, at *5 (D. Nev. Mar. 28, 2018); *Koninklijke Philips N.V. v. Elec-Tech Int'l Co.*, No. 14-cv-02737-BLF, 2015 WL 581574, at *2 (N.D. Cal. Feb. 10, 2015); and/or

    c.     The Response and exhibits contain confidential business information related to Allstate for which redaction and/or sealing is warranted, *see, e.g.*, *In re Google Location History Litig.*, 514 F. Supp. 3d 1147, 1162 (N.D. Cal. 2021); *Koninklijke Philips N.V.*, 2015 WL 581574, at *2.

9.     The Court has previously recognized that similar information found in exhibits attached to the parties' briefing on summary judgment is appropriately subject to redaction.  *See generally* Order, filed Feb. 28, 2023 (ECF No. 507); *see also* Order, filed Apr. 10, 2023 (ECF No. 556) (permitting the Radar Parties to redact their Motion for Summary Judgment and to seal/redact exhibits supporting their Motion for Summary Judgment).  Such ruling aligns with prior rulings by the Court.  *See* Order, filed Sept. 20, 2016 (ECF No. 67); Order, filed Apr. 4, 2017 (ECF No. 133); Order, filed Apr. 4, 2017 (ECF No. 134); Order Grant. Mots. Seal, filed Jan. 2, 2018 (ECF No. 217).

10.     For these reasons, the parties respectfully request that the Court approve this Stipulation and grant the following relief:

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

7

Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

a.    Enter an Order redacting Allstate's Response (ECF No. 547) to the Radar Parties' Motion for Summary Judgment (ECF No. 460);

b.    Enter an Order redacting Exhibits 1, 2, 3, 4, 6, 8, 22, 25, 28, 30, and 31 to Allstate's Response (ECF No. 547) to the Radar Parties' Motion for Summary Judgment (ECF No. 460); and

c.    Enter an Order sealing Exhibits 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 23, and 27 to Allstate's Response (ECF No. 547) to the Radar Parties' Motion for Summary Judgment (ECF No. 460).

IT IS SO STIPULATED.

Dated: May 1, 2023                                         Dated: May 1, 2023

McCORMICK, BARSTOW, SHEPPARD,                BAILEY KENNEDY
WAYTE & CARRUTH, LLP

By: _/s/ Todd W. Baxter_                              By: _/s/ Joshua P. Gilmore_
JONATHAN W. CARLSON, ESQ.                    DENNIS L, KENNEDY, ESQ.
TODD W. BAXTER, ESQ.                              JOSEPH A. LIEBMAN, ESQ.
GREGORY S. MASON, ESQ.                          JOSHUA P. GILMORE, ESQ.
8337 West Sunset Road, Suite 350                  TAYLER D. BINGHAM, ESQ.
Las Vegas, Nevada 89113                              8984 Spanish Ridge Avenue
                                                              Las Vegas, Nevada 89148
ERON Z. CANNON, ESQ.                            *Attorneys for Defendants and*
JENNIFER M. SMITROVICH, ESQ.                 *Counterclaimant*
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE, PLLC
701 Fifth Avenue, Suite 4750
Seattle, Washington 98104
*Attorneys for Plaintiffs/Counterdefendants*

## **ORDER**

Based on the parties' Stipulation, including the specific factual findings for overcoming the public's presumptive right of access to judicial records; the standards for seeking to seal or redact documents attached to a dispositive motion pursuant to the Ninth Circuit's directives in *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and *Ctr. for Auto Safety v. Chrysler Group, LLC*, 809 F.3d 1092 (9th Cir. 2016); upon balancing the competing interests of the public and the parties; and good cause appearing,

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

8                                   Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

1    **IT IS ORDERED** that the above Stipulation is **GRANTED**.

2    **IT IS FURTHER ORDERED** that compelling reasons exist to redact Allstate's Response

3    (ECF No. 560) to the Radar Parties' Motion for Summary Judgment (ECF No. 460).

4    **IT IS FURTHER ORDERED** that compelling reasons exist to redact Exhibits 1, 2, 3, 4, 6,

5    8, 22, 25, 28, 30, and 31 to Allstate's Response (ECF No. 560) to the Radar Parties' Motion for

6    Summary Judgment (ECF No. 460).

7    **IT IS FURTHER ORDERED** that compelling reasons exist to seal Exhibits 9, 10, 11, 12,

8    13, 14, 15, 16, 17, 18, 19, 21, 23, and 27 to Allstate's Response (ECF No. 561) to the Radar Parties'

9    Motion for Summary Judgment (ECF No. 460).

10

11   **IT IS FURTHER ORDERED** that Allstate must file unredacted versions of Exhibits 1, 2, 3, 4, 6,

12   8, 22, 25, 28, 30, and 31 under seal on or before **May 30, 2023**.

13   **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **STRIKE** Allstate's

14   Response (ECF No. 547) because it has been replaced by ECF No. 560 and **STRIKE** Allstate's
Exhibits in Support of its Response (ECF No. 548).

15

16   **IT IS FURTHER ORDERED** that Allstate's Sealed Response (ECF No. 549) shall remain under

17   seal.

18   **IT IS FURTHER ORDERED** that Allstate's Sealed Exhibit (ECF No. 561) shall remain under

19   seal.

20

21

22

23   _____

24   DANIEL J. ALBREGTS
     UNITED STATES MAGISTRATE JUDGE

25   DATED: May 8, 2023

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

9                                    Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO SUBSTITUTE REDACTED EXHIBITS AND TO SEAL CONFIDENTIAL EXHIBITS IN
SUPPORT OF ALLSTATE'S RESPONSE TO RADAR PARTIES' MOTION FOR SUMMARY JUDGMENT

1  JONATHAN W. CARLSON
   Nevada Bar No. 10536
2  TODD W. BAXTER
   *Admitted Pro Hac Vice*
3  GREGORY S. MASON
   *Admitted Pro Hac Vice*
4  McCORMICK, BARSTOW, SHEPPARD,
   WAYTE & CARRUTH LLP
5  8337 West Sunset Road, Suite 350
   Las Vegas, Nevada  89113
6  Telephone:    (702) 949-1100
   Facsimile:    (702) 949-1101
7  *jonathan.carlson@mccormickbarstow.com*
   *todd.baxter@mccormickbarstow.com*
8  *greg.mason@mccormickbarstow.com*

9  ERON Z. CANNON
   Nevada Bar No. 8013
10 FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN SPILLANE PLLC
11 701 5th Avenue #4750
   Seattle, Washington  98104
12 Telephone:    (206) 749-0094
   Facsimile:    (206) 749-0194
13 *eron@favros.com*

14 Attorneys for Plaintiffs/Counterdefendants

15              **UNITED STATES DISTRICT COURT**

16                 **DISTRICT OF NEVADA**

| | |
|---|---|
| 17  ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY | CASE NO. 2:15-cv-01786-APG-DJA |
| 18  INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE | **INDEX OF ALL EXHIBITS TO ALLSTATE'S RESPONSE TO RADAR** |
| 19  FIRE & CASUALTY INSURANCE COMPANY, | **PARTIES' MOTION FOR SUMMARY JUDGMENT [Docs 460, 461]** |
| 20 | |
| 21          Plaintiffs, | |
| 22          v. | |
| 23  RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI | |
| 24  R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY | |
| 25  URGENT CARE, DOES 1-100, and ROES 101-200, | |
| 26          Defendants. | |
| 27 | |
| 28  AND RELATED CLAIMS | |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

TABLE OF CONTENTS

| Ex. No. | Document Description | Numbering Sequence |
|---|---|---|
| 1 | Excerpts of Dipti Shah Transcript, Volume 1; Advertisement (Ex 6 to D. Shah depo); photo of sign (Ex 8 to D. Shah); photo of sign (Ex 9 to D. Shah) depo **REDACTED** | 000001-000043 |
| 2 | Excerpts of Dipti Shah Transcript Volume 2 **REDACTED** | 000044-000058 |
| 3 | Excerpts of Dipti Shah Transcript Volume 3 **REDACTED** | 000059-000066 |
| 4 | Excerpts of Dipti Shah Transcript, Volume 4 **REDACTED** | 000067-000076 |
| 5 | Excerpts of Russell Shah Transcript, Volume 1 | 000077-000094 |
| 6 | Excerpts of Russell Shah Transcript, Volume 2 **REDACTED** | 000095-000105 |
| 7 | Excerpts of Russell Shah Transcript, Volume 3 | 000106-000110 |
| 8 | Excerpts of Russell Shah Transcript, Volume 4 **REDACTED** | 000111-000114 |
| 9 | Excerpts of Amanda Golden Transcript **FILED UNDER SEAL** | 000115-000122 |
| 10 | Excerpts of Gwendolyn Polzin Transcript **FILED UNDER SEAL** | 000123-000134 |
| 11 | Excerpts of Cynthia Dumas Transcript **FILED UNDER SEAL** | 000135-000149 |
| 12 | Excerpts of Giuliano Vecchione Transcript **FILED UNDER SEAL** | 000150-000154 |
| 13 | Excerpts of Jacqueline Wagoner Transcript **FILED UNDER SEAL** | 000155-000158 |
| 14 | Excerpts of Reid Wilke Transcript **FILED UNDER SEAL** | 000159-000163 |
| | | |

| Ex. No. | Document Description | Numbering Sequence |
|---|---|---|
| 15 | Excerpts of Dr. Peter Grant Transcript; Excerpts of Dr. Peter Grant Transcript re: report identification; Excerpts of Dr. Peter Grant's report<br>**FILED UNDER SEAL** | 000164-000220 |
| | VOLUME 2 | |
| 16 | Excerpts of Dr. Kurt Miller's Transcript; excerpts of Dr. Miller's transcript re report identification; Dr. Miller's Report<br>**FILED UNDER SEAL** | 000221-000250 |
| 17 | Excerpts of Dr. Dean Nickles' Transcript; excerpts re report identification; Dr. Nickles' report; excerpts of supplemental report<br>**FILED UNDER SEAL** | 000251-000275 |
| 18 | Excerpts of Dr. Leslie Dorfman's Transcript<br>**FILED UNDER SEAL** | 000276-000311 |
| 19 | Excerpts of Dr. Richard Ofstein's Excerpts of Dr. Richard Ofstein's Transcript re: report identification; excerpts of report; Dr. Ofstein's report Transcript<br>**FILED UNDER SEAL** | 000312-000326 |
| 20 | Excerpts of Dr. Gary Stanton's Transcript | 000327-000332 |
| 21 | Selected RADAR records from Defendants' discovery responses<br>**FILED UNDER SEAL** | 000333-000389 |
| 22 | Defendant RADAR's First Supplemental Responses to Plaintiffs' First Set of Interrogatories with Table of Amounts Billed and Amounts Paid to Defendants<br>**REDACTED** | 000390-000420 |
| | VOLUME 3 | |
| 23 | Selected lien reduction letter exhibits from Dr. Dipti Shah's February 5, 2020 deposition.<br>**FILED UNDER SEAL** | 000421-000431 |
| 24 | Excerpts of John Griffith's Transcript, Volume 1 | 000432-000485 |
| 25 | Excerpts of John Griffith's Transcript, Volume 2<br>**REDACTED** | 000486-000492 |
| 26 | Excerpts of Gina Accola's Transcript, Volume 1 | 000493-000513 |

| Ex. No. | Document Description | Numbering Sequence |
|---------|---------------------|--------------------|
| 27 | Declaration of Aaron Patterson dated 3/8/23 **FILED UNDER SEAL** | 000514-000577 |
| 28 | Dipti Shah, Deposition Transcript taken 2/5/2020 **REDACTED** | 000578-000589 |
| 29 | Excerpts of Melissa Hanpft's Transcript, 8/17/2018 | 000590-000610 |
| 30 | Excerpts of Melissa Hanpft's Transcript, 6/12/2019 **REDACTED** | 000611-000630 |
| 31 | Excerpts of Dipti Shah Transcript, 4/1/2014 in case Damron v Roger Cross, et al., Case No. A-13-680333 **REDACTED** | 000631-000641 |
| 32 | Declaration Todd W. Baxter | 000642-000648 |

003246-001559 8975606.1