# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., | Case No. 2:15-cv-01786-APG-DJA |
| Plaintiffs, | **ORDER GRANTING MOTION FOR OVERSIZED REPLY BRIEF** |
| v. | (ECF No. 567) |
| DR. RUSSELL J. SHAH, M.D., et al., | |
| Defendants. | |

The defendants' motion for leave to file an oversized reply brief **(ECF No. 567) is granted.**

DATED this 24th day of May, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE