**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> RUSSELL J. SHAH, MD, et al., <br><br> Defendants | Case No. 2:15-cv-01786-APG-DJA <br><br> **ORDER GRANTING MOTIONS TO SEAL** <br><br> [ECF Nos. 574, 576] |

      The parties have filed two motions to seal exhibits they attached to their recent filings and to redact portions of their briefs. ECF Nos. 574, 576.  The motions are supported by good cause so I will grant them.

      I THEREFORE ORDER that the parties' respective motions to seal **(ECF Nos. 574, 576) are GRANTED.**  The documents filed as ECF Nos. 572, 575, and 578 shall remain sealed, and the parties shall file redacted versions of the documents as indicated in their motions.

      DATED this 25th day of May, 2023.

                                                      _____
                                                    ANDREW P. GORDON
                                                    UNITED STATES DISTRICT JUDGE