**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al.,<br><br>　　　　Plaintiffs<br><br>v.<br><br>DR. RUSSELL J. SHAH, MD, et al.,<br><br>　　　　Defendants | Case No.: 2:15-cv-01786-APG-DJA<br><br>**Order** |

　　　　I temporarily sealed my order at ECF No. 583 and gave the parties until July 28, 2023 to file a motion to seal my order, otherwise I would unseal it. ECF No. 583 at 12. No party filed a motion to seal.

　　　　I THEREFORE ORDER the clerk of court to unseal my order at ECF No. 583.

　　　　DATED this 16th day of August, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE