1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  TAYLER D. BINGHAM
   Nevada Bar No. 15870
5  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
7  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
8  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
9  TBingham@BaileyKennedy.com

10 *Attorneys for Defendants and Counterclaimant*
   RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
11 M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
   R. SHAH, MD, LTD.; and RADAR
12 MEDICAL GROUP, LLP dba UNIVERSITY
   URGENT CARE
13
                UNITED STATES DISTRICT COURT
14                  DISTRICT OF NEVADA

15

16 ALLSTATE INSURANCE COMPANY,
   ALLSTATE PROPERTY & CASUALTY
17 INSURANCE COMPANY, ALLSTATE        Case No.  2:15-cv-01786-APG-DJA
   INDEMNITY COMPANY, and ALLSTATE
18 FIRE & CASUALTY INSURANCE          **STIPULATION AND ORDER TO**
   COMPANY,                           **EXTEND DEADLINE TO FILE JOINT**
19                                    **PRETRIAL ORDER**
                         Plaintiffs,
20                                    **(First Request)**
              vs.
21 RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
   M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
22 R. SHAH, MD, LTD.;  and RADAR MEDICAL
   GROUP, LLP dba UNIVERSITY URGENT
23 CARE, Does 1-100, and ROES 101-200,

24                        Defendants.
   _____
25
   AND RELATED CLAIMS.
26

27

28

Page **1** of **3**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1.     On December 16, 2022, the parties filed the following dispositive motions:

    a.     Radar filed its Motion for Summary Judgment Regarding Allstate's Failure to File an Answer to the Amended Counterclaims [ECF No. 457] ("Radar MSJ No. 1");

    b.     The Allstate Parties filed their Motion for Summary Judgment as to both counterclaims alleged by Radar [ECF No. 458] ("Allstate MSJ"); and

    c.     The Radar Parties filed their Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460/461] ("Radar MSJ No. 2");

2.     On July 17, 2023, the Court entered its decisions on these motions, as follows:

    a.     The Court entered an Order [ECF No. 581] denying Radar MSJ No. 1;

    b.     The Court entered an Order [ECF No. 582] denying Allstate MSJ; and

    c.     The Court entered an Order [ECF No. 583] addressing Radar MSJ No. 2. The Order was (and currently remains) sealed by the Court pending a motion filed by any party seeking to seal all or portions of the Order;[1]

3.     Pursuant to LR 26-1(b)(5), a joint pretrial order must be filed 30 days after a decision on dispositive motions or further court order – *i.e.*, by August 16, 2023;

4.     Based on the Order addressing Radar MSJ No. 2 and due to the number of items to be addressed by the parties in the joint pretrial order under LR 16-3(b), the parties seek to extend the deadline to file the joint pretrial order until 90 days after a written decision from the Court on the joint status report to be submitted by the parties pursuant to the Order addressing Radar MSJ No. 2;[2]

---

[1]     Neither the Radar Parties nor the Allstate Parties moved to seal any portion of the Order within the time set by the Court for doing so.

[2]     Either by separate stipulation and proposed order or through the joint pretrial order, the parties will propose deadlines for filing motions *in limine* and serving pretrial disclosures and objections thereto.

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

5.      This is the first request to extend the deadline for filing the joint pretrial order; and

6.      This stipulation is submitted in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 16ᵗʰ day of August, 2023.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE
PLLC

By: /s/ Eron Z. Cannon
    ERON Z. CANNON
    JENNIFER M. SMITROVICH
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

    JONATHAN W. CARLSON
    TODD W. BAXTER
    GREGORY S. MASON
    McCORMICK, BARSTOW,
    SHEPPARD, WAYTE & CARRUTH
    8337 West Sunset Road, Suite 350
    Las Vegas, NV 89113

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 16ᵗʰ day of August, 2023.

BAILEY✦KENNEDY

By:     /s/ Joshua P. Gilmore
    DENNIS L. KENNEDY
    JOSEPH A. LIEBMAN
    JOSHUA P. GILMORE
    TAYLER D. BINGHAM
    8984 Spanish Ridge Avenue
    Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 23, 2023