DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.; and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER REGARDING DISMISSAL OF CERTAIN PATIENTS UNDERLYING ALLSTATE'S CAUSES OF ACTION** |

Page **1** of **3**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On July 17, 2023, the Court entered its Order [ECF No. 583] granting in part the Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460/461]. The Court directed the parties to confer regarding which of the remaining 197 patients underlying Allstate's causes of action[1] are subject to dismissal in accordance with the Court's Order and, upon doing so, prepare and file: (i) A stipulation and proposed order identifying those patients for whom the parties agree are subject to dismissal (the "Stipulation"); and (ii) a joint status report identifying those patients for whom the parties disagree are subject to dismissal, together with the parties' respective positions (the "Joint Status Report").

2. Since then, the parties conferred and agreed that, pursuant to the Court's Order, Allstate's causes of action are dismissed as to 91 patients who are identified by numbers, first and last initials, and claim numbers in Exhibit "A" attached to this Stipulation.

3. Following the meet and confer process, the parties agreed that 91 patients who are identified by numbers, first and last initials, and claim numbers in Exhibit "B" attached to this Stipulation are not subject to dismissal pursuant to the Court's Order.

4. Despite their best efforts, the parties could not agree whether 15 patients who are identified by numbers, first and last initials, and claim numbers in Exhibit "C" attached to this Stipulation are subject to dismissal pursuant to the Court's Order. As a result, the parties are filing a Joint Status Report identifying those patients for whom the parties disagree are subject to dismissal, together with the parties' respective positions.

---

[1] Allstate voluntarily dismissed 16 patients underlying its causes of action prior to the close of discovery.

5.  Nothing herein is intended or shall be construed as a waiver of any party's appellate rights with respect to the Court's Order. Subject to pre-trial rulings of the Court, the Allstate Parties reserve the right to use portions of the dismissed claims as evidence in trial; and the Radar Parties reserve the right to move to exclude such evidence from being admitted at trial.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | |
|---|---|
| DATED this 29th day of September, 2023. | DATED this 29th day of September, 2023. |
| FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC | BAILEY❖KENNEDY |
| By: /s/ Eron Z. Cannon<br>ERON Z. CANNON<br>JENNIFER M. SMITROVICH<br>701 Fifth Avenue, Suite 4750<br>Seattle, WA 98104<br><br>JONATHAN W. CARLSON<br>TODD W. BAXTER<br>GREGORY S. MASON<br>McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH<br>8337 West Sunset Road, Suite 350<br>Las Vegas, NV 89113 | By: /s/ Joshua P. Gilmore<br>DENNIS L. KENNEDY<br>JOSEPH A. LIEBMAN<br>JOSHUA P. GILMORE<br>TAYLER D. BINGHAM<br>8984 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br><br>*Attorneys for Defendants & Counterclaimant* |
| *Attorneys for Plaintiffs/Counterdefendants* | |

## ORDER

Based on the above Stipulation, and pursuant to the Court's July 17, 2023 Order [ECF No. 583] granting in part the Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460/461], and good cause appearing,

**IT IS ORDERED** that summary judgment is entered in favor of the Radar Parties against Allstate with respect to the 91 patients underlying Allstate's causes of action in its First Amended Complaint who are identified in Exhibit "A" attached to this Order.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: October 2, 2023

# INDEX OF EXHIBITS TO STIPULATION AND ORDER REGARDING DISMISSAL OF CERTAIN PATIENTS UNDERLYING ALLSTATE'S CAUSES OF ACTION

| Exhibit No. | Document Description |
|---|---|
| A | 91 Patients Dismissed Pursuant to the Court's Order |
| B | 91 Patients Not Dismissed Pursuant to the Court's Order |
| C | 15 Patients Disputed as to Dismissal Pursuant to the Court's Order |

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

# EXHIBIT A

# 91 Patients Dismissed Pursuant to the Court's Order

Exhibit "A" to Stipulation and Order Regarding Dismissal of Certain Patients Underlying Allstate's Causes of Action

| No. | Claim No. | Patient Initials |
|---|---|---|
| 2 | 117198456 | R.P. |
| 4 | 121150635 | P.P. |
| 6 | 125100768 | M.A. |
| 7 | 128745031 | P.B. |
| 10 | 131086217 | M.C. |
| 12 | 134652114 | N.G. |
| 13 | 136848603 | E.G. |
| 14 | 136848603 | Y.W. |
| 16 | 137599410 | C.S. |
| 17 | 138291091 | D.W. |
| 18 | 140572769 | V.S. |
| 24 | 143936466 | M.B. |
| 25 | 146898571 | C.E. |
| 28 | 147522338 | V.G. |
| 34 | 152425906 | Y.A. |
| 37 | 155786809 | O.E. |
| 40 | 161282363 | C.M. |
| 42 | 162263222 | E.F.M. |
| 45 | 164074387 | J.Z. |
| 50 | 170652804 | I.Y. |
| 51 | 173848441 | M.P. |
| 52 | 175102904 | J.R. |
| 55 | 178779245 | C.S. |
| 56 | 180474025 | M.A.N. |
| 57 | 181903428 | G.B. |
| 58 | 182918078 | C.D. |
| 59 | 183180108 | G.A. |
| 60 | 183756857 | L.D. |
| 66 | 189425993 | G.O. |
| 67 | 189674582 | C.D. |
| 68 | 190689975 | T.J.G. |
| 69 | 191091999 | M.C. |
| 70 | 192831204 | V.G. |
| 71 | 194759296 | D.T. |
| 75 | 1974737188 | M.R. |
| 76 | 1974773984 | C.R.C. |
| 77 | 1974780989 | N.B. |
| 79 | 1974792738 | L.P. |
| 87 | 201343068 | C.M. |
| 91 | 203251079 | M.D. |
| 92 | 203251079 | P.G. |
| 94 | 204186886 | Or.K. |
| 95 | 204186886 | Oo.K. |
| 99 | 206696378 | T.A. |
| 102 | 208231845 | M.C. |
| 107 | 210469060 | L.L. |

Exhibit "A" to Stipulation and Order Regarding Dismissal of Certain Patients Underlying Allstate's Causes of Action

| No. | Claim No. | Patient Initials |
|---|---|---|
| 108 | 212270037 | J.D. |
| 111 | 214688574 | J.G. |
| 112 | 214983157 | E.O. |
| 114 | 218986768 | J.L. |
| 126 | 226912632 | B.W. |
| 129 | 227920543 | R.W. |
| 131 | 231131681 | E.R. |
| 136 | 234407344 | K.E. |
| 137 | 235066404 | H.A. |
| 144 | 240634808 | T.R. |
| 145 | 241755826 | K.V.B. |
| 148 | 242662450 | D.A. |
| 150 | 244407466 | R.C. |
| 151 | 244407466 | P.C. |
| 152 | 244717724 | A.T. |
| 153 | 244891776 | A.D. |
| 154 | 244891776 | S.D. |
| 158 | 247534976 | R.D. |
| 162 | 248437733 | D.D. |
| 165 | 253948871 | J.O. |
| 166 | 255162919 | F.M. |
| 167 | 256063066 | P.G. |
| 168 | 257987057 | D.P. |
| 170 | 258755453 | R.A. |
| 173 | 262507734 | E.A. |
| 174 | 263346520 | H.F. |
| 176 | 268057692 | T.C. |
| 178 | 268759164 | E.S. |
| 179 | 269238697 | I.W. |
| 181 | 275351153 | K.F. |
| 185 | 277183588 | G.S.D. |
| 186 | 278987151 | N.V. |
| 187 | 279236228 | K.K. |
| 190 | 281910042 | B.G. |
| 191 | 289145708 | T.A. |
| 195 | 297937252 | E.K. |
| 196 | 298694241 | A.P. |
| 197 | 298952978 | G.P. |
| 198 | 299171132 | H.C. |
| 199 | 300060597 | C.M. |
| 207 | 306559105 | B.C.S. |
| 208 | 310921630 | R.B. |
| 210 | 316244474 | M.A. |
| 211 | 316244474 | Y.L. |
| 212 | 316244474 | J.L.S. |

# EXHIBIT B

# 91 Patients Not Dismissed Pursuant to the Court's Order

Allstate v. Shah, Case No. 2:15-cv-01786-APG-DJA
Exhibit "B" to Stipulation and Order Regarding Dismissal of Certain Patients Underlying Allstate's Causes of Action

| No. | Claim No. | Patient Initials |
|---|---|---|
| 1 | 116339052 | T.T. |
| 5 | 122116437 | L.R. |
| 8 | 128926342 | R.O. |
| 9 | 129105789 | J.F. |
| 11 | 131176752 | L.C. |
| 15 | 137018602 | D.T. |
| 20 | 141741744 | M.L. |
| 21 | 142793017 | J.S. |
| 29 | 147815542 | R.S. |
| 30 | 149172744 | S.W. |
| 31 | 150958775 | K.L. |
| 33 | 152171351 | B.L. |
| 35 | 154033658 | V.A. |
| 36 | 155299463 | C.G. |
| 38 | 156254245 | D.C. |
| 39 | 157396812 | A.J. |
| 41 | 161682000 | M.D. |
| 43 | 162628267 | T.R. |
| 47 | 168545572 | G.A. |
| 48 | 168545572 | L.A. |
| 61 | 187765862 | A.N.G. |
| 63 | 188488449 | J.C.A. |
| 64 | 188488449 | E.Q. |
| 65 | 188607642 | J.D. |
| 73 | 197358781 | C.C. |
| 74 | 1974709336 | N.S. |
| 78 | 1974785682 | R.P. |
| 80 | 1974800580 | T.V. |
| 81 | 1974905009 | M.A. |
| 82 | 1974905009 | N.A. |
| 85 | 201257888 | C.R. |
| 86 | 201257888 | R.R. |
| 88 | 202589354 | H.T.N. |
| 89 | 202589354 | R.V. |
| 90 | 202882304 | I.T. |
| 93 | 203768429 | K.C. |
| 96 | 206327421 | A.A. |
| 97 | 206327421 | L.L. |
| 98 | 206327421 | C.R. |
| 100 | 207819426 | S.M. |
| 101 | 207825647 | D.A. |
| 103 | 208231845 | J.C. |
| 106 | 209466341 | S.M. |
| 109 | 213495392 | C.A.S. |
| 110 | 213495392 | D.A. |
| 115 | 219460284 | D.F. |

Allstate v. Shah, Case No. 2:15-cv-01786-APG-DJA
Exhibit "B" to Stipulation and Order Regarding Dismissal of Certain Patients Underlying Allstate's Causes of Action

| No. | Claim No. | Patient Initials |
|---|---|---|
| 117 | 223529181 | M.M. |
| 118 | 224292441 | K.N. |
| 119 | 224292441 | P.C. |
| 120 | 224292441 | W.M. |
| 121 | 224775908 | K.P. |
| 122 | 224915124 | E.J.K. |
| 124 | 226314250 | T.S. |
| 125 | 226660033 | H.L. |
| 127 | 227846524 | R.C. |
| 132 | 232580555 | J.A.P. |
| 133 | 234201192 | A.A. |
| 134 | 234212892 | S.L.A. |
| 135 | 234212892 | J.T. |
| 138 | 236721775 | C.S. |
| 139 | 236942520 | J.V. |
| 140 | 237296248 | A.M. |
| 141 | 238159917 | T.T. |
| 142 | 238981526 | R.A. |
| 143 | 240634808 | J.R. |
| 147 | 242395795 | N.B. |
| 149 | 242917409 | C.M. |
| 157 | 246191308 | D.B. |
| 159 | 247577588 | J.D.N. |
| 160 | 247750102 | S.N. |
| 163 | 248437733 | C.H. |
| 164 | 250810603 | T.C. |
| 171 | 260058714 | P.H. |
| 172 | 261069082 | D.W. |
| 175 | 265652339 | S.B. |
| 177 | 268759164 | A.R. |
| 180 | 274945328 | E.M.C. |
| 182 | 275797965 | E.G. |
| 183 | 276051901 | E.C. |
| 184 | 276051901 | L.C. |
| 188 | 279377550 | J.S. |
| 189 | 280018698 | M.S. |
| 192 | 293049994 | M.T. |
| 193 | 293533550 | R.D. |
| 194 | 297937252 | K.B. |
| 200 | 300456950 | T.O. |
| 201 | 300456950 | L.O. |
| 204 | 302317672 | N.O. |
| 206 | 304573363 | M.J. |
| 209 | 315140426 | Y.D. |
| 213 | 999050205 | J.D.D. |

# EXHIBIT C

# 15 Patients Disputed as to Dismissal Pursuant to the Court's Order

Allstate v. Shah, Case No. 2:15-cv-01786-APG-DJA
Exhibit "C" to Stipulation and Order Regarding Dismissal of Certain Patients Underlying Allstate's Causes of Action

| No. | Claim No. | Patient Initials |
|---|---|---|
| 27 | 147431571 | P.M. |
| 32 | 151735743 | R.V. |
| 44 | 163301203 | R.D. |
| 46 | 165579475 | G.V. |
| 49 | 170565899 | K.M. |
| 53 | 176502102 | A.V. |
| 62 | 188002810 | M.V. |
| 72 | 194891099 | M.A.R. |
| 83 | 1974985613 | J.S. |
| 104 | 208279018 | R.S |
| 105 | 209315258 | H.C. |
| 123 | 226314250 | C.K. |
| 128 | 227885928 | E.J. |
| 130 | 229474010 | M.V. |
| 146 | 241895373 | R.M. |