| | |
|---|---|
| 1 | DENNIS L. KENNEDY<br>Nevada Bar No. 1462 |
| 2 | JOSEPH A. LIEBMAN<br>Nevada Bar No. 10125 |
| 3 | JOSHUA P. GILMORE<br>Nevada Bar No. 11576 |
| 4 | TAYLER D. BINGHAM<br>Nevada Bar No. 15870 |
| 5 | **BAILEY✧KENNEDY**<br>8984 Spanish Ridge Avenue |
| 6 | Las Vegas, Nevada 89148-1302<br>Telephone: 702.562.8820 |
| 7 | Facsimile: 702.562.8821<br>DKennedy@BaileyKennedy.com |
| 8 | JLiebman@BaileyKennedy.com<br>JGilmore@BaileyKennedy.com |
| 9 | TBingham@BaileyKennedy.com |

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Second Request)** |

Page **1** of **4**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On July 17, 2023, the Court entered its Order [ECF No. 583] granting in part the Radar Parties' Motion for Summary Judgment on Allstate's Causes of Action in its First Amended Complaint [ECF Nos. 460/461]. The Court directed the parties to confer regarding which of the remaining 197 patients underlying Allstate's causes of action should be dismissed in accordance with the Court's decision and to then prepare and file: (i) a stipulation and proposed order identifying those patients for whom the parties agree are subject to dismissal (the "Stipulation"); and (ii) a joint status report identifying those patients for whom the parties disagree are subject to dismissal, together with the parties' respective positions (the "Joint Status Report").

2. On September 29, 2023, the parties filed the Stipulation [ECF No. 591], identifying 91 patients who are subject to dismissal (Exhibit "A"), 91 patients who are not subject to dismissal (Exhibit "B"), and 15 patients for whom the parties disagreed are subject to dismissal (Exhibit "C").

3. Also on September 29, 2023, the parties filed the Joint Status Report [ECF No. 592], setting forth their respective positions as to dismissal of the patients identified in Exhibit "C."

4. On October 2, 2023, the Court entered its Order [ECF No. 593] granting summary judgment for the Radar Parties as to the 91 patients in Exhibit "A."

5. On November 6, 2023, the Court entered its Order [ECF No. 595] denying summary judgment for the Radar Parties as to the 15 patients identified in Exhibit "C."

6. Pursuant to the Court's August 23, 2023 Order [ECF No. 586] granting the parties' Stipulation [ECF No. 584], the parties presently have until February 4, 2024 to prepare and file the joint pretrial order (*i.e.*, 90 days following entry of the Court's November 6, 2023 Order addressing the Joint Status Report).

7. Although the parties have each since separately worked on various aspects of the joint pretrial order, based on the number of contested facts and legal issues to be resolved at trial for the Allstate Parties' claims, the Radar Parties' affirmative defenses to those claims, and the Radar Parties' counterclaims; the volume of exhibits to be reviewed for pretrial disclosure purposes; the number of depositions taken in discovery, including numerous Fed. R. Civ. P. 30(b)(6) depositions of the Allstate Parties, and corresponding need to identify the pages and lines of each transcript to be offered, or which may be offered, at trial; and so that counsel for the parties have an adequate opportunity to confer in good faith in an attempt to narrow the issues to be decided by the Court through motions *in limine*, the parties seek additional time to complete the joint pretrial order.

8. Further, following discussions between counsel for the parties after the Court's summary judgment rulings, the parties have agreed to attend a private mediation with either a retired federal district judge or a retired federal magistrate judge. Subject to the mediator's availability once selected, the parties presently seek to schedule an in-person mediation in April 2024 (thus allowing sufficient time for the parties to prepare lengthy mediation briefs and participate in pre-mediation discussions with the mediator).

9. In recognition of the substantial amount of time and effort that will be expended by the parties in pre-trial work, including preparing the joint pretrial order and drafting motions *in limine*, the parties seek to extend the deadline for filing the joint pretrial order until 45 days after the mediation.

10. Based on the foregoing, and assuming that the mediation occurs by April 30, 2024, the parties seek to extend the deadline for filing the joint pretrial order until June 14, 2024.

11. Once the mediator is selected and the date for the mediation is chosen, the parties will file a joint status report, updating the Court as to the parties' progress with respect to mediation.

12. This is the second request to extend the deadline for filing the joint pretrial order.

/ / /

/ / /

/ / /

/ / /

1    13.     This stipulation is submitted in good faith and not to delay the proceedings.

2    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

3    DATED this 31st day of January, 2024.         DATED this 31st day of January, 2024.

4    McCORMICK, BARSTOW, SHEPPARD,                 BAILEY❖KENNEDY
     WAYTE & CARRUTH LLP

6    By:    /s/ Todd W. Baxter                    By:    /s/ Joshua P. Gilmore
            JONATHAN W. CARLSON                           DENNIS L. KENNEDY
7           TODD W. BAXTER                                JOSEPH A. LIEBMAN
            GREGORY S. MASON                              JOSHUA P. GILMORE
8           8337 West Sunset Road, Suite 350             TAYLER D. BINGHAM
            Las Vegas, NV 89113                           8984 Spanish Ridge Avenue
                                                          Las Vegas, NV 89148
            ERON Z. CANNON
            JENNIFER M. SMITROVICH              *Attorneys for Defendants & Counterclaimant*
            FAIN ANDERSON VANDERHOEF
            ROSENDAHL O'HALLORAN
            SPILLANE PLLC
            701 Fifth Avenue, Suite 4750
            Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 2/1/2024