DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
R. SHAH, MD, LTD.; and RADAR
MEDICAL GROUP, LLP dba UNIVERSITY
URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**(Third Request)** |

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On January 31, 2024, the parties submitted a Stipulation [ECF No. 596] extending the deadline to prepare and file the joint pretrial order until June 14, 2024, pending the outcome of a private mediation, which the parties agreed to conduct following discussions between them after the Court's summary judgment rulings. On February 1, 2024, the Court entered an Order [ECF No. 597] approving the parties' Stipulation.

2. On April 12, 2024, the parties submitted a Joint Status Report [ECF No. 598] indicating that they had scheduled an all-day private, in-person mediation with the Honorable Margaret A. Nagle (Ret.) through JAMS for May 29, 2024, with separate, two-hour pre-mediation teleconferences to occur for the Allstate Parties and the Radar Parties on May 10, 2024. The parties then each prepared and submitted a confidential mediation statement.

3. On May 10, 2024, the Allstate Parties and the Radar Parties each separately had a brief call with Retired Magistrate Judge Nagle. Following those calls, the parties decided to use a different mediator for the mediation. The parties have since agreed to use the Honorable Frank Maas (Ret.) through JAMS and are scheduling the mediation with him for September 30, 2024. As before, the parties will have separate pre-mediation teleconferences with Retired Magistrate Judge Maas before the actual all-day, in-person mediation.

4. Based on the number of contested facts and legal issues to be resolved at trial for the Allstate Parties' claims, the Radar Parties' affirmative defenses to those claims, and the Radar Parties' counterclaims; the volume of exhibits to be reviewed for pretrial disclosure purposes; the number of depositions taken in discovery, including numerous Fed. R. Civ. P. 30(b)(6) depositions of the Allstate Parties, and corresponding need to identify the pages and lines of each transcript to be offered, or which may be offered, at trial; and so that counsel for the parties have an adequate

1  opportunity to confer in good faith in an attempt to narrow the issues to be decided by the Court
2  through motions *in limine*, the parties seek additional time to complete the joint pretrial order. Due
3  to the substantial amount of time and effort that will be expended by the parties in pre-trial work,
4  including preparing the joint pretrial order and drafting motions *in limine*, the parties seek to extend
5  the deadline for filing the joint pretrial order until 30 days after the mediation.

6      5.    Based on the foregoing, and assuming that the mediation occurs by September 30,
7  2024, the parties seek to extend the deadline for filing the joint pretrial order until October 30, 2024.

8      6.    The parties will notify the Court regarding the outcome of mediation.

9      7.    This is the third request to extend the deadline for filing the joint pretrial order.

10     8.    This stipulation is submitted in good faith and not to delay the proceedings.

11 IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

12 DATED this 14th day of June, 2024.　　　　　　　DATED this 14th day of June, 2024.

13 McCORMICK, BARSTOW, SHEPPARD,　　　　　BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

15 By: /s/ Todd W. Baxter　　　　　　　　　　By: /s/ Joshua P. Gilmore
    JONATHAN W. CARLSON　　　　　　　    DENNIS L. KENNEDY
16     TODD W. BAXTER　　　　　　　　　　　    JOSEPH A. LIEBMAN
    GREGORY S. MASON　　　　　　　　　　    JOSHUA P. GILMORE
17     8337 West Sunset Road, Suite 350　　　　　    TAYLER D. BINGHAM
    Las Vegas, NV 89113　　　　　　　　　　　    8984 Spanish Ridge Avenue
18 　　　　　　　　　　　　　　　　　　　　　　　　    Las Vegas, NV 89148
19     ERON Z. CANNON
    JENNIFER M. SMITROVICH　　　　　　*Attorneys for Defendants & Counterclaimant*
20     FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
21     SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
22     Seattle, WA 98104

23 *Attorneys for Plaintiffs/Counterdefendants*

24 **IT IS SO ORDERED.**

26 DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

27 DATED: 6/18/2024