JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*

ERON Z. CANNON, Nevada Bar No. 8013
JENNIFER M. SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
3131 Elliott Ave. #300
Seattle, WA 98121
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
*eron@favros.com*
*jennifer@favros.com*

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER**<br><br>**[FOURTH REQUEST]** |

Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties") and Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On June 14, 2024, the parties submitted a Third Stipulation [ECF No. 599] extending the deadline to prepare and file the joint pretrial order until October 30, 2024, pending the outcome of a private mediation, which the parties agreed to conduct on September 30, 2024, with Hon. Frank Maas (Ret.) through JAMS. On June 18, 2024, the Court entered an Order [ECF No. 600] approving the parties' Stipulation.

2. On September 30, 2024, the parties attended an all-day private, in-person mediation in New York City, before Judge Maas. The parties also had separate pre-mediation conference calls with Judge Maas. The parties were unable to resolve this matter at the mediation on September 30, 2024.

3. Since the mediation, counsel for both parties have been embroiled in a number of matters that require immediate attention. Joshua P. Gilmore, primary counsel for the Radar Parties, has a number of outstanding matters this month and next month, including an evidentiary hearing, a settlement conference, depositions, oppositions to countermotions for summary judgment, replies to summary judgment motions, a motion to dismiss, other motion practice, and a CLE. Todd W. Baxter, primary counsel for the Allstate Parties, is also involved in addressing certain motions that will be heard on November 1, 2024, and November 15, 2024, and has an Appellate Brief due on October 25, 2024. Mr. Baxter will also be out of state from October 27, 2024, through October 31, 2024, and will not be returning to the office until November 1, 2024. Moreover, Mr. Baxter received a proposed statement of decision issued on October 11, 2024, and has until November 1, 2024, within which to file objections to the 31-page proposed statement of decision. When the parties submitted the prior Stipulation on June 14, 2024, it was hard to anticipate at that time, any conflicts

1  that would make the drafting of the joint pretrial order difficult within the time allotted, requiring
2  this additional request.

3　　　　　4.　As the Court is aware, this matter has been litigated over an extensive number of
4  years.  Based on the number of contested facts and legal issues to be resolved at trial for the Allstate
5  Parties' claims, the Radar Parties' affirmative defenses to those claims, and the Radar Parties'
6  counterclaims; the volume of Exhibits to be reviewed for pretrial disclosure purposes; the number
7  of depositions taken in discovery, including numerous Fed. R. Civ. P. 30(b)(6) depositions of the
8  Allstate Parties, and corresponding need to identify the pages and lines of each transcript to be
9  offered, or which may be offered at trial; and so that counsel for the parties have an adequate
10 opportunity to confer in good faith, which has not happened yet, in an attempt to narrow the issues
11 to be decided by the Court through motions in limine (and decide an appropriate briefing schedule
12 for motions in limine), the parties seek additional time to complete the joint pretrial order.  Due to
13 the substantial amount of time and effort that will be expended by the parties in pre-trial work,
14 including preparing the extensive joint pretrial order, and counsel's existing schedules as
15 summarized herein, and with the Thanksgiving holiday, the parties are requesting an extension up
16 to and including until December 9, 2024 to file the joint pretrial order.

17　　　　　5.　This is the fourth request to extend the deadline for filing the joint pretrial order.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3　　　　Case No. 2:15-cv-01786-APG-DJA
STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE JOINT PRETRIAL ORDER

6. This Stipulation is submitted in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: October 16, 2024             DATED: October 16, 2024

McCORMICK, BARSTOW, SHEPPARD,        BAILEY❖KENNEDY
    WAYTE & CARRUTH LLP

By: /s/Todd W. Baxter                By: /s/Joshua P. Gilmore

JONATHAN W. CARLSON                  DENNIS L. KENNEDY
TODD W. BAXTER                       JOSEPH A. LIEBMAN
GREGORY S. MASON                     JOSHUA P. GILMORE
8337 West Sunset Road, Suite 350     TAYLER D. BINGHAM
Las Vegas, NV 89113                  8984 Spanish Ridge Avenue
                                     Las Vegas, NV 89148-1302
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN                 *Attorneys for Defendants and*
SPILLANE PLLC                        *Counterclaimant*
ERON Z. CANNON
JENNIFER M. SMITROVICH
3131 Elliott Ave. #300
Seattle, WA 98121

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 601) is GRANTED. **Barring extreme unforeseen circumstances, this shall be the last extension of discovery deadlines that the Court will grant**.

DATED: October 17, **2024**       _____
                                  DANIEL J. ALBREGTS
                                  UNITED STATES MAGISTRATE JUDGE

003246-001559 10316082.1