1  DENNIS L. KENNEDY
   Nevada Bar No. 1462
2  JOSEPH A. LIEBMAN
   Nevada Bar No. 10125
3  JOSHUA P. GILMORE
   Nevada Bar No. 11576
4  TAYLER D. BINGHAM
   Nevada Bar No. 15870
5  **BAILEY✧KENNEDY**
   8984 Spanish Ridge Avenue
6  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
7  Facsimile:  702.562.8821
   DKennedy@BaileyKennedy.com
8  JLiebman@BaileyKennedy.com
   JGilmore@BaileyKennedy.com
9  TBingham@BaileyKennedy.com

10 *Attorneys for Defendants and Counterclaimant*
   RUSSELL J. SHAH, M.D.; DIPTI R. SHAH,
11 M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI
   R. SHAH, MD, LTD.; and RADAR
12 MEDICAL GROUP, LLP dba UNIVERSITY
   URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br><br>AND RELATED CLAIMS. | Case No. 2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE**<br><br>**(First Request)** |

Page **1** of **3**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 16, 2024, the Court entered its Order Setting Settlement Conference [ECF No. 606]. The Court set an in-person settlement conference for March 19, 2025, starting at 10:00 a.m. before U.S. Magistrate Judge Daniel J. Albregts, with written settlement statements due by March 12, 2025, at 4:00 p.m.

2. Joshua P. Gilmore, Esq., an attorney for the Radar Parties who has been primarily responsible for this action since its filing in 2015, is scheduled to be out of town March 16-20, 2025 (the week of Spring Break) for a family vacation. Because his presence at the settlement conference is necessary for the Radar Parties (e.g., he coordinated written discovery for the Radar Parties, attended nearly all depositions, worked on summary judgment briefing, participated in the prior mediation, and is handling trial preparations, including disclosures and motions *in limine*), the parties agreed to reschedule the settlement conference.

3. After meeting and conferring about possible dates, the parties propose rescheduling the settlement conference for any of the following dates:

    a. April 30, 2025;
    b. July 21, 2025;
    c. July 22, 2025;
    d. July 23, 2025;
    e. July 24, 2025.

///
///
///

4. This is the first request to continue the settlement conference and is submitted in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 7th day of March, 2025.                    DATED this 7th day of March, 2025.

McCORMICK, BARSTOW, SHEPPARD,                         BAILEY✜KENNEDY
WAYTE & CARRUTH LLP

By:  /s/ Todd W. Baxter                               By:  /s/ Joshua P. Gilmore
     JONATHAN W. CARLSON                                   DENNIS L. KENNEDY
     TODD W. BAXTER                                        JOSEPH A. LIEBMAN
     GREGORY S. MASON                                      JOSHUA P. GILMORE
     8337 West Sunset Road, Suite 350                      TAYLER D. BINGHAM
     Las Vegas, NV 89113                                   8984 Spanish Ridge Avenue
                                                           Las Vegas, NV 89148
     ERON Z. CANNON
     JENNIFER M. SMITROVICH                           *Attorneys for Defendants & Counterclaimant*
     FAIN ANDERSON VANDERHOEF
     ROSENDAHL O'HALLORAN
     SPILLANE PLLC
     701 Fifth Avenue, Suite 4750
     Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**IT IS SO ORDERED.** The settlement conference is continued to April 30, 2025 at 10:00 AM, with settlement statements due by April 23, 2025. All other requirements set forth in the Order Setting Settlement Conference [ECF No. 606] remain in effect.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 3/10/2025