JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
jonathan.carlson@mccormickbarstow.com
todd.baxter@mccormickbarstow.com
greg.mason@mccormickbarstow.com

ERON Z. CANNON, Nevada Bar No. 8013
JENNIFER M. SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE PLLC
3131 Elliott Ave. #300
Seattle, WA 98121
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
eron@favros.com
jennifer@favros.com

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-DJA<br><br><br><br><br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE MOTIONS IN LIMINE**<br><br>**(Second Request)** |

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY COMPANY (hereinafter collectively "Plaintiffs" or "Allstate"), Defendants RUSSELL J. SHAH, MD (hereinafter "Dr. Russell Shah"); DIPTI R. SHAH, MD (hereinafter "Dr. Dipti Shah"); RUSSELL J. SHAH, MD, LTD. (hereinafter "Russell PC"); and DIPTI R. SHAH, MD, LTD. (hereinafter "Dipti PC") and Defendant/COUNTERCOMPLAINANT RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT Care (hereinafter "Radar Medical") (hereinafter collectively "Defendants" or "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 9, 2024, the parties filed a Joint Pretrial Order that set, among other deadlines, April 25, 2025 as the date for parties to file motions in limine, including *Daubert* motions, and June 5, 2025 as the date for parties to file oppositions to motions in limine. [ECF No. 603].

2. On December 11, 2024, the Court approved the Joint Pretrial Order with conditions that the parties file an Amended Joint Pretrial Order. The Court set this matter for a jury trial on the stacked calendar on June 1, 2026, with Calendar Call set for May 26, 2026. [ECF Nos. 604-05].

3. On December 16, 2024, the Court set a settlement conference for March 19, 2025. [ECF No. 606].

4. On March 10, 2025, the parties filed a stipulation to continue the settlement conference providing as one of the alternative dates, April 30, 2025. [ECF No. 611].

5. On March 11, 2025, the Court approved the stipulation and continued the settlement conference to April 30, 2025. [ECF No. 612].

6. On March 21, 2025, the parties filed an Amended Joint Pretrial Order that, among other additions, set forth the parties' proposed motions in limine to be filed following their exchange of meet and confer letters and two separate telephonic meet and confers related to motions in limine. [ECF No. 613].

7. On March 24, 2025, the Court approved the Amended Joint Pretrial Order. [ECF No. 614].

8. On April 16, 2025, the parties filed a stipulation for an extension of time to alter the deadlines to file motions in limine until May 16, 2025 and oppositions to motions in limine until June 26, 2025 given the April 30, 2025 continued settlement conference. [ECF No. 615].

9. On April 23, 2025, the Court approved the stipulation and continued the deadlines to file motions in limine to May 16, 2025 and oppositions to motions in limine to June 26, 2025. [ECF No. 616].

10. On April 30, 2025, the parties attended a settlement conference before U.S. Magistrate Judge Daniel J. Albregts. No settlement was reached by the parties. [ECF No. 617].

11. In light of the April 30, 2025 continued settlement conference and the parties' good faith attempt to resolve this matter at that time, and given the number of issues to be addressed through the various motions in limine to be filed by each side, and as a matter of professional courtesy, the parties hereby stipulate and agree that the deadline to file motions in limine, including *Daubert* motions, be continued to May 21, 2025 and the deadline to file oppositions to motions in limine be continued to July 1, 2025.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

12. This is the second stipulation for an extension of time to alter the deadlines to file motions in limine and oppositions to motions in limine. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 15th day of May, 2025.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Todd W. Baxter
JONATHAN W. CARLSON
TODD W. BAXTER
GREGORY S. MASON
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

ERON Z. CANNON
JENNIFER M. SMITROVICH
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 15th day of May, 2025.

BAILEY❖KENNEDY

By: /s/ Joshua P. Gilmore
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
TAYLER D. BINGHAM
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

*Attorneys for Defendants & Counterclaimant*

IT IS SO ORDERED:

Dated: May 16, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

003246-001559 11646436.1