JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone: (702) 949-1100
Facsimile: (702) 949-1101
jonathan.carlson@mccormickbarstow.com
todd.baxter@mccormickbarstow.com
greg.mason@mccormickbarstow.com

ERON Z. CANNON, Nevada Bar No. 8013
JENNIFER M. SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
3131 Elliott Ave. #300
Seattle, WA 98121
Telephone: (206) 749-0094
Facsimile: (206) 749-0194
eron@favros.com
jennifer@favros.com

Attorneys for Plaintiffs/Counterdefendants

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br>v.<br><br>RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200,<br><br>Defendants.<br><br>AND RELATED CLAIMS | CASE NO. 2:15-cv-01786-APG-MDC<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE**<br><br>**(Third Request)**<br><br>Trial Date: June 1, 2026 |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

Case No. 2:15-cv-01786-APG-MDC

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

Plaintiffs/Counterdefendants ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY COMPANY, ALLSTATE INDEMNITY COMPANY, AND ALLSTATE FIRE & CASUALTY COMPANY (hereinafter collectively "Plaintiffs" or "Allstate"), Defendants RUSSELL J. SHAH, MD (hereinafter "Dr. Russell Shah"); DIPTI R. SHAH, MD (hereinafter "Dr. Dipti Shah"); RUSSELL J. SHAH, MD, LTD. (hereinafter "Russell PC"); and DIPTI R. SHAH, MD, LTD. (hereinafter "Dipti PC") and Defendant/COUNTERCOMPLAINANT RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT Care (hereinafter "Radar Medical") (hereinafter collectively "Defendants" or "Radar Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On December 9, 2024, the parties filed a Joint Pretrial Order that set, among other deadlines, April 25, 2025 as the date for parties to file motions in limine, including *Daubert* motions, and June 5, 2025 as the date for parties to file oppositions to motions in limine. [ECF No. 603].

2. On December 11, 2024, the Court approved the Joint Pretrial Order with conditions that the parties file an Amended Joint Pretrial Order. The Court set this matter for a jury trial on the stacked calendar on June 1, 2026, with Calendar Call set for May 26, 2026. [ECF Nos. 604-05].

3. On December 16, 2024, the Court set a settlement conference for March 19, 2025. [ECF No. 606].

4. On March 10, 2025, the parties filed a stipulation to continue the settlement conference providing as one of the alternative dates, April 30, 2025. [ECF No. 611].

5. On March 11, 2025, the Court approved the stipulation and continued the settlement conference to April 30, 2025. [ECF No. 612].

6. On March 21, 2025, the parties filed an Amended Joint Pretrial Order that, among other additions, set forth the parties' proposed motions in limine to be filed following their exchange of meet and confer letters and two separate telephonic meet and confers related to motions in limine. [ECF No. 613].

7. On March 24, 2025, the Court approved the Amended Joint Pretrial Order. [ECF No. 614].

///

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2   Case No. 2:15-cv-01786-APG-MDC
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

8.  On April 16, 2025, the parties filed a stipulation for an extension of time to alter the deadlines to file motions in limine until May 16, 2025 and oppositions to motions in limine until June 26, 2025 given the April 30, 2025 continued settlement conference. [ECF No. 615].

9.  On April 23, 2025, the Court approved the stipulation and continued the deadlines to file motions in limine to May 16, 2025 and oppositions to motions in limine to June 26, 2025. [ECF No. 616].

10. On April 30, 2025, the parties attended a settlement conference before U.S. Magistrate Judge Daniel J. Albregts. No settlement was reached by the parties. [ECF No. 617].

11. On May 15, 2025, the parties filed a stipulation for an extension of time to alter the deadlines to file motions in limine until May 21, 2025 and oppositions to motions in limine to July 1, 2025 given the April 30, 2025 continued settlement conference. [ECF No. 619].

12. On May 16, 2025, the Court approved the stipulation and continued the deadlines to file motions in limine to May 21, 2025 and oppositions to motions in limine to July 1, 2025. [ECF No. 620].

13. On May 21, 2025, the parties filed their respective motions in limine. Plaintiffs filed 25 motions in limine. [ECF Nos. 643-646, 648-669, 672]. Defendants filed 19 motions in limine, together with an omnibus appendix of exhibits and a motion to seal documents. [ECF Nos. 621-642, 647, 670, 671].

14. In light of the number of motions filed, the time until trial, the parties' prior good faith attempts to resolve this matter, unexpected and unanticipated work for each side's counsel in other matters, and summer vacations, and as a matter of professional courtesy, the parties hereby stipulate and agree that the deadline to file opposition to motions in limine, including *Daubert* motions, be continued to August 4, 2025.

///
///
///
///

McCormick, Barstow, Sheppard, Wayte & Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3    Case No. 2:15-cv-01786-APG-MDC
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE

15. This is the third stipulation for an extension of time to alter the deadlines to file oppositions to motions in limine. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED.

DATED this 23rd day of June, 2025.                           DATED this 23rd day of June, 2025.

McCORMICK, BARSTOW, SHEPPARD,                BAILEY✧KENNEDY
WAYTE & CARRUTH LLP

By:   /s/ Jonathan W. Carlson                              By:   /s/ Dennis L. Kennedy
   JONATHAN W. CARLSON                                      DENNIS L. KENNEDY
   TODD W. BAXTER                                           JOSEPH A. LIEBMAN
   GREGORY S. MASON                                         JOSHUA P. GILMORE
   8337 West Sunset Road, Suite 350                         TAYLER D. BINGHAM
   Las Vegas, NV 89113                                      8984 Spanish Ridge Avenue
                                                            Las Vegas, NV 89148
   ERON Z. CANNON
   JENNIFER M. SMITROVICH                                *Attorneys for Defendants & Counterclaimant*
   FAIN ANDERSON VANDERHOEF
   ROSENDAHL O'HALLORAN
   SPILLANE PLLC
   701 Fifth Avenue, Suite 4750
   Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**ORDER**

IT IS SO ORDERED.

DATED this 24th day of June, 2025.

By: _____
CHIEF UNITED STATES DISTRICT JUDGE

003246-001559 11734147.1

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

4    Case No. 2:15-cv-01786-APG-MDC
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR ALL PARTIES TO FILE OPPOSITIONS TO MOTIONS IN LIMINE