DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR LEAVE TO FILE REPLIES TO MOTIONS IN LIMINE**<br><br>**(First Request)** |

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 12, 2024, the Court entered the parties' Joint Pretrial Order [ECF No. 605]. The Joint Pretrial Order provides that the "parties reserve the right to seek leave to file replies, as necessary, to motions *in limine* and [*Daubert*] motions within **thirty (30) calendar days** of the filing of oppositions." [ECF No. 605 at 124:26-27].

2. On May 21, 2025, the Radar Parties filed their Motions in Limine Nos. 1–19 [ECF Nos. 621–39]; and the Allstate Parties filed their Motions in Limine Nos. 1-25 [ECF Nos. 643–46; 648–69].

3. On August 4, 2025, the Radar Parties filed their Responses to the Allstate Parties' Motions in Limine [ECF Nos. 679–95]; and the Allstate Parties filed their Responses to the Radar Parties' Motions in Limine [ECF Nos. 700–719]. Also, the parties filed a Stipulation Regarding Stipulated Motions in Limine [ECF No. 678], which was entered by the Court on August 5, 2025 [ECF No. 721].

4. Under the Joint Pretrial Order, the parties currently have until September 3, 2025 to seek leave to file any replies to their motions in limine.

5. Since filing the Responses, the Radar Parties' counsel has had a combination of significant, and unexpected, work obligations arise in other matters requiring a substantial and immediate time commitment. These commitments have been further strained with school for the Radar Parties' counsel's children resuming, which has required some work schedule adjustments.

6. Given these work commitments, the number of respective Responses filed, and the parties' continued good-faith efforts to extend appropriate professional courtesies, the parties request that this Court extend the deadline for the parties to file, if any, motions for leave to file replies to their motions in limine until **September 26, 2025**.

7. This will also allow the parties the opportunity to review the respective Responses and evaluate the need, if any, to seek leave to file replies to certain motions in limine.

8. This is the first request to extend the time to file motions for leave to file replies to motions in limine. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 22nd day of August, 2025.   DATED this 22nd day of August, 2025.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

BAILEY❖KENNEDY

By: /s/ Todd W. Baxter
JONATHAN W. CARLSON
TODD W. BAXTER
GREGORY S. MASON
EMMA R. REYES
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113

By: /s/ Joshua P. Gilmore
DENNIS L. KENNEDY
JOSEPH A. LIEBMAN
JOSHUA P. GILMORE
TAYLER D. BINGHAM
8984 Spanish Ridge Avenue
Las Vegas, NV 89148

ERON Z. CANNON
JENNIFER M. SMITROVICH
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN
SPILLANE PLLC
701 Fifth Avenue, Suite 4750
Seattle, WA 98104

*Attorneys for Defendants & Counterclaimant*

*Attorneys for Plaintiffs/Counterdefendants*

**ORDER**

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: August 25, 2025