DENNIS L. KENNEDY
Nevada Bar No. 1462
JOSEPH A. LIEBMAN
Nevada Bar No. 10125
JOSHUA P. GILMORE
Nevada Bar No. 11576
TAYLER D. BINGHAM
Nevada Bar No. 15870
**BAILEY✧KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
DKennedy@BaileyKennedy.com
JLiebman@BaileyKennedy.com
JGilmore@BaileyKennedy.com
TBingham@BaileyKennedy.com

*Attorneys for Defendants and Counterclaimant*
RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.; and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>RUSSELL J. SHAH, M.D.; DIPTI R. SHAH, M.D.; RUSSELL J. SHAH, MD, LTD.; DIPTI R. SHAH, MD, LTD.;  and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, Does 1-100, and ROES 101-200,<br><br>Defendants.<br>_____<br>AND RELATED CLAIMS. | Case No.  2:15-cv-01786-APG-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE MOTION FOR LEAVE TO FILE REPLIES TO MOTIONS IN LIMINE**<br><br>**(Second Request)** |

Page **1** of **4**

Defendants and Counterclaimant Russell J. Shah, M.D., Dipti R. Shah M.D., Russell J. Shah, MD, Ltd., Dipti R. Shah, MD, Ltd., and Radar Medical Group, LLP d/b/a University Urgent Care (collectively, the "Radar Parties") and Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Insurance Company, Allstate Indemnity Company, and Allstate Fire & Casualty Insurance Company (collectively, the "Allstate Parties"), by and through their respective attorneys of record, stipulate and agree as follows:

1. On December 12, 2024, the Court entered the parties' Joint Pretrial Order [ECF No. 605], which was amended on March 24, 2025 [ECF No. 614]. The Court set this matter for a jury trial on the June 1, 2026 stacked calendar, with Calendar Call set for May 26, 2026 [ECF Nos. 604-05].

2. The initial Joint Pretrial Order provides that the "parties reserve the right to seek leave to file replies, as necessary, to motions *in limine* and [*Daubert*] motions within thirty (30) calendar days of the filing of oppositions." [ECF No. 605 at 124:26-27].

3. On May 21, 2025, the Radar Parties filed their Motions in Limine Nos. 1–19 [ECF Nos. 621–39]; and the Allstate Parties filed their Motions in Limine Nos. 1-25 [ECF Nos. 643–46; 648–69].

4. On August 4, 2025, the Radar Parties filed their Responses to the Allstate Parties' Motions in Limine [ECF Nos. 679–95]; and the Allstate Parties filed their Responses to the Radar Parties' Motions in Limine [ECF Nos. 700–719]. Also, the parties filed a Stipulation Regarding Stipulated Motions in Limine [ECF No. 678], which was entered by the Court on August 5, 2025 [ECF No. 721].

5. On August 25, 2025, the Court entered an Order [ECF No. 723] granting the parties' Stipulation [ECF No. 722] to extend the deadline for seeking leave to file any replies to motions in limine until September 26, 2025.

6. The parties have been diligently working in preparing Replies to Responses to certain Motions in Limine. However, counsel have encountered and had to address unexpected, time-sensitive work. Also, the primary attorney for the Radar Parties will be out of the office most of this week due to an NRCP 30(b)(6) deposition in an unrelated matter and then, for the Jewish holiday of

1  Rosh Hashanah.  Further, one of the primary attorneys for the Allstate Parties is also out of the office
2  most of this week.

3      7.    Given the upcoming holiday and out-of-office commitments, work obligations in
4  other matters, the number of respective Responses filed to Motions in Limine, and the parties'
5  continued good-faith efforts to extend professional courtesies where appropriate, the parties
6  respectfully request that the Court extend the deadline for the parties to file motions for leave to file
7  replies to motions in limine until October 6, 2025.

8      8.    The additional time will also allow the parties to continue to review the respective
9  Responses and evaluate the need to seek leave to file replies to certain Motions in Limine.

*[remainder of page intentionally left blank]*

9. This is the second request to extend the time to file motions for leave to file replies to motions in limine. This stipulation is made in good faith and not to delay the proceedings.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 22nd day of September, 2025.     DATED this 22nd day of September, 2025.

McCORMICK, BARSTOW, SHEPPARD,     BAILEY❖KENNEDY
WAYTE & CARRUTH LLP

By:  /s/ Eron Z. Cannon              By:  /s/ Joshua P. Gilmore
    JONATHAN W. CARLSON          DENNIS L. KENNEDY
    TODD W. BAXTER               JOSEPH A. LIEBMAN
    GREGORY S. MASON             JOSHUA P. GILMORE
    EMMA R. REYES                TAYLER D. BINGHAM
    8337 West Sunset Road, Suite 350    8984 Spanish Ridge Avenue
    Las Vegas, NV 89113          Las Vegas, NV 89148

    ERON Z. CANNON
    JENNIFER M. SMITROVICH       *Attorneys for Defendants & Counterclaimant*
    FAIN ANDERSON VANDERHOEF
    ROSENDAHL O'HALLORAN
    SPILLANE PLLC
    701 Fifth Avenue, Suite 4750
    Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

**ORDER**

**IT IS SO ORDERED.**

_____
CHIEF UNITED STATES DISTRICT JUDGE

DATED: September 23, 2025