**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, et al., <br><br> Plaintiffs <br><br> v. <br><br> DR. RUSSELL J. SHAH, MD, et al., <br><br> Defendants | Case No.: 2:15-cv-01786-APG-MDC <br><br> **Order Denying Motions as Moot** <br><br> [ECF Nos. 621 through 639, 643, 646, 648, 649, 650, 655 through 658, 660 through 666, 669, 671, 727, 729] |

In light of the parties' notice of settlement (ECF No. 733),

I ORDER that the pending motions in limine **(ECF Nos. 621 through 639, 643, 646, 648, 649, 650, 655 through 658, 660 through 666, 669)** and motion for leave to file replies **(ECF Nos. 727, 729) are DENIED as moot**, without prejudice to refile them if the settlement does not finalize.

I FURTHER ORDER that the motion to seal **(ECF No. 671) is GRANTED** because the sealed documents contain nonparties' private health information.  Therefore, the documents filed at ECF Nos. 640, 641, 642, and 647 shall remain sealed.

DATED this 10th day of March, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE