JONATHAN W. CARLSON
Nevada Bar No. 10536
TODD W. BAXTER
*Admitted Pro Hac Vice*
GREGORY S. MASON
*Admitted Pro Hac Vice*
EMMA R. REYES
*Admitted Pro Hac Vice*
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
Telephone:      (702) 949-1100
Facsimile:      (702) 949-1101
*jonathan.carlson@mccormickbarstow.com*
*todd.baxter@mccormickbarstow.com*
*greg.mason@mccormickbarstow.com*
*emma.reyes@mccormickbarstow.com*

ERON Z. CANNON, Nevada Bar No. 8013
JENNIFER M. SMITROVICH, *Admitted Pro Hac Vice*
FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE PLLC
3131 Elliott Ave. #300
Seattle, WA 98121
Telephone:      (206) 749-0094
Facsimile:      (206) 749-0194
*eron@favros.com*
*jennifer@favros.com*

Attorneys for Plaintiffs/Counterdefendants

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY, ALLSTATE PROPERTY & CASUALTY INSURANCE COMPANY, ALLSTATE INDEMNITY COMPANY, and ALLSTATE FIRE & CASUALTY INSURANCE COMPANY, | CASE NO. 2:15-cv-01786-APG-MDC |
| Plaintiffs, | |
| v. | **JOINT STIPULATION AND ORDER TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |
| RUSSELL J. SHAH, MD, DIPTI R. SHAH, MD, RUSSELL J. SHAH, MD, LTD., DIPTI R. SHAH, MD, LTD., and RADAR MEDICAL GROUP, LLP dba UNIVERSITY URGENT CARE, DOES 1-100, and ROES 101-200, | Trial Date:      June 1, 2026 |
| Defendants. | |
| AND RELATED CLAIMS | |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

Case No. 2:15-cv-01786-APG-MDC

JOINT STIPULATION AND ORDER TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE

Plaintiffs/Counterdefendants Allstate Insurance Company, Allstate Property & Casualty Company, Allstate Indemnity Company, and Allstate Fire & Casualty Company (collectively "Plaintiffs/Counterdefendants" or "Allstate")—by and through their attorneys at McCormick, Barstow, Sheppard, Wayte & Carruth LLP—and Defendants and Counterclaimant Russell J. Shah, M.D.; Dipti R. Shah, M.D.; Russell J. Shah, MD, LTD.; Dipti R. Shah, MD, LTD.; and Radar Medical Group, LLP dba University Urgent Care (collectively "Defendants/Counterclaimant" or "Radar")—by and through their attorneys at Bailey Kennedy—do hereby stipulate and agree that the within action shall be dismissed in its entirety with prejudice, with each party bearing their own attorneys' fees and costs.

DATED this 27th day of May, 2026.

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By:      */s/ Jonothan W. Carlson*
  JONATHAN W. CARLSON
  TODD W. BAXTER
  GREGORY S. MASON
  7160 Rafael Rivera Way, Suite 320
  Las Vegas, Nevada 89113

  ERON Z. CANNON
  JENNIFER M. SMITROVICH
  FAIN ANDERSON VANDERHOEF
  ROSENDAHL O'HALLORAN
  SPILLANE PLLC
  701 Fifth Avenue, Suite 4750
  Seattle, WA 98104

*Attorneys for Plaintiffs/Counterdefendants*

DATED this 27th day of May, 2026.

BAILEY❖KENNEDY

By: */s/Josh P. Gilmore*
  DENNIS L. KENNEDY
  JOSEPH A. LIEBMAN
  JOSHUA P. GILMORE
  TAYLER D. BINGHAM
  8984 Spanish Ridge Avenue
  Las Vegas, NV 89148

*Attorneys for Defendants/Counterclaimant*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

2  Case No. 2:15-cv-01786-APG-MDC
JOINT STIPULATION AND ORDER TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE

# ORDER

IT IS HEREBY ORDERED, based on the foregoing Stipulation and good cause appearing, that the within action be, and the same is hereby dismissed in its entirety with prejudice, with each party bearing their own attorneys' fees and costs.

Dated:  May 28, 2026

_____
Andrew P. Gordon
Chief United States District Judge

2:15-cv-01786-APG-MDC
Allstate Insurance Company et al v. Shah, MD et al

003246-001559 16272043.1

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113

3

Case No. 2:15-cv-01786-APG-MDC
JOINT STIPULATION AND ORDER TO DISMISS THE ACTION IN ITS ENTIRETY WITH PREJUDICE